UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLOS A. ARREDONDO, in his capacity :
as Trustee of The 2000 Trust for the Grandchildren :
of Carlos A. Arredondo and Mari V. Arredondo, :
General Partner of Arredondo Properties Limited :
Partnership, :
    Plaintiff, :
     :
v. : Civil Action No. 3:02 CV 2200 (CFD)
     :
CAESAR A. ARREDONDO, individually and in :
his capacity as Trustee of The 2000 Trust for the :
Grandchildren of Caesar A. Arredondo and Carolyn :
Abad Arredondo; THE 2000 TRUST FOR THE :
GRANDCHILDREN OF CAESAR A. :
ARREDONDO AND CAROLYN ABAD :
ARREDONDO, in its capacity as General Partner of :
Arredondo Properties Limited Partnership; and :
ARREDONDO & CO., LLC, :
    Defendants. :

## RULING

Pursuant to Federal Rules of Civil Procedure 26(c) and (d), the defendants' Motion to Stay Discovery [Doc. #20] is DENIED. The defendants' Motion for Extension of Time to Respond to Discovery Requests [Doc. #27] is GRANTED. The defendants must file either their objections or responses to the Plaintiffs' First Sets of Interrogatories and Requests for Production within 30 days of this decision.

The parties are ordered to filed a proposed schedule under Rule 26(f) within 14 days of this decision.

SO ORDERED this 20th day of October 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE