TOTAL TIME: ___ hours ___ minutes     DEPUTY CLERK Dew   HONORABLE Dorsey   RPTR/ERO/TAPE Marshall

CT cvmhrg (October 17, 2003)

DATE 10/17/03   START TIME 10:05   END TIME 10:30
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Arredondo
vs.
Arredondo

CIVIL NO. 3:02cv2200 (CFD)

Stewart
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Raabe
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

[X] (mhrgh) Motion Hearing
[ ] (contmphrg.) Contempt Hearing
[ ] (pchrg.) Probable Cause Hearing
[ ] (mischrg.) Miscelaneous Hearing
[ ] (confmhrg.) Confirmation Hearing
[ ] (evidhrg.) Evidentiary Hearing
[ ] (fairhrg.) Fairness Hearing
[ ] (showhrg.) Show Cause Hearing
[ ] (jgmdbexam.) Judgment Debtor Exam
[ ] (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

[X] #20  Motion to Stay Discovery — ☐ granted ☐ denied [X] advisement
[X] #31  Motion for extention of time — ☐ granted ☐ denied [X] advisement

Hearing continued until ___ at ___