UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his ) | CIV. ACTION NO: 3:02 CV 2200 (CFD) |
| Capacity as Trustee of The 2000 Trust for ) | |
| The Grandchildren of Carlos A. ) | |
| Arredondo and Mari V. Arredondo, ) | |
| General Partner of Arredondo Properties ) | |
| Limited Partnership, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| CAESAR A. ARREDONDO, individually ) | |
| and in his capacity as Trustee of The 2000 ) | |
| Trust for the Grandchildren of Caesar A. ) | |
| Arredondo and Carolyn Abad Arredondo; ) | |
| THE 2000 TRUST FOR THE GRAND- ) | |
| CHILDREN OF CAESAR A. ) | |
| ARREDONDO AND CAROLYN ABAD ) | |
| ARREDONDO, in its capacity as General ) | |
| Partner of Arredondo Properties Limited ) | |
| Partnership; and ARREDONDO & CO., ) | |
| LLC, ) | |
| ) | |
|     Defendants ) | NOVEMBER 3, 2003 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for all defendants in this action. Attorney Craig A. Raabe will continue to serve as counsel for all defendants.

**DEFENDANTS,**
**CAESAR A. ARREDONDO, et al.**

By _____
Elizabeth A. Fowler (ct 23584)
Email: efowler@rc.com
Craig A. Raabe (ct 04116)
Email: craabe@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax:: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, on this 3rd day of November, 2003, to the following counsel of record:

Robert P. Dolian, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

Via Certified Mail:

Mr. John Arredondo
Mr. Caesar Arredondo
Mr. Edward Arredondo
Arredondo & Co., LLC
Metro Center
One Station Place
Stamford, CT 06902

Martin J. Elgison, Esq.
David J. Stewart, Esq.
Atty. Dana Marty Haas
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Elizabeth A. Fowler