UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLOS A. ARREDONDO, in his Capacity as Trustee of The 2000 Trust for The Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br>Plaintiff | ) ) ) ) ) ) ) ) | CIV. ACTION NO: 3:02 CV 2200 (CFD) |
| v. | ) ) | |
| CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRAND-CHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NOVEMBER 3, 2003 |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for all defendants in this action. Attorney Craig A. Raabe will continue to serve as counsel for all defendants.