UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CARLOS A. ARREDONDO, in his capacity :
as Trustee of The 2000 Trust for the Grandchildren :
of Carlos A. Arredondo and Mari V. Arredondo, :
General Partner of Arredondo Properties Limited :
Partnership, :
    Plaintiff, :
 : 
v.                                  : Civil Action No. 3:02 CV 2200 (CFD)
 :
CAESAR A. ARREDONDO, individually and in :
his capacity as Trustee of The 2000 Trust for the :
Grandchildren of Caesar A. Arredondo and Carolyn :
Abad Arredondo; THE 2000 TRUST FOR THE :
GRANDCHILDREN OF CAESAR A. :
ARREDONDO AND CAROLYN ABAD :
ARREDONDO, in its capacity as General Partner of:
Arredondo Properties Limited Partnership; and :
ARREDONDO & CO., LLC, :
    Defendants. :

## SCHEDULING ORDER

The parties' proposed scheduling order [Doc. # 41] is hereby APPROVED as modified below:

Discovery will be completed by **April 20, 2004**. Discovery will not be bifurcated, but conducted on all issues. The parties are allowed to serve 40 interrogatories, including subparts, on each opposing party. The parties shall designate expert witnesses and produce expert witness reports by **February 15, 2004**. The parties shall designate rebuttal expert witnesses and produce rebuttal expert witness reports by **March 30, 2004**. Dispositive motions shall be filed by **May 19, 2004**.

The final lists of witnesses and exhibits will be due according to the court's trial memorandum order, which will be issued at a later date. This case will be considered ready for trial once the trial memorandum is filed. The court will schedule a final pretrial conference to be held after the trial memorandum is filed.

    There shall be no extensions of time for compliance, except for good cause shown which means events that are unforeseeable and beyond the control of any of the parties. This excludes lack of due diligence in moving the case forward by all permissible means with or without direct court action.

    SO ORDERED this 9th day of December 2003, at Hartford, Connecticut.

                                        CHRISTOPHER F. DRONEY
                                        UNITED STATES DISTRICT JUDGE