IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | <br><br>CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: August 1, 2003 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Carlos A. Arredondo, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership ("Plaintiff") hereby moves the Court for leave to file a sur-reply to Defendants' Reply Brief in Support of their Motion for Summary Judgment. In support of his motion, Plaintiff shows the Court as follows:

1. On June 2, 2003, Defendants Caesar A. Arredondo, The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, and Arredondo & Co.,

*DENIED without prejudice to renewal after discovery has been completed. So ordered.*
*Christopher F. Droney*
*United States District Judge*
*01/29/04*