UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his Capacity as Trustee of The 2000 Trust for The Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br>       Plaintiff<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRAND-CHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br>       Defendants | CIV. ACTION NO: 3:02 CV 2200 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JUNE 2, 2003 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the defendants, Caesar A. Arredondo ("Caesar"), The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, and Arredondo & Co., LLC (collectively "defendants"), hereby move for summary judgment on the plaintiff's Proposed Amended Complaint for Declaratory Judgment, dated May

**ORAL ARGUMENT REQUESTED**

*[Margin annotation, left side:]* DENIED without prejudice to renewal after discovery has been completed. So ordered. Christopher F. Droney, United States District Judge. 01/[..]/04