IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>        Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>        Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br><br>February 4, 2004 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Enter my appearance as counsel in this case for the defendants, Caesar A. Arredondo, et al.

DEFENDANTS, CAESAR A.
ARREDONDO, ET AL

By: _____
Robin P. Keller (ct23564)
**ROBINSON & COLE LLP**
695 East Main Street
Stamford, CT  06904-2305
Telephone:  (203) 462-7500
rkeller@rc.com

STAM1-751499-1

## **CERTIFICATION**

       This is to certify that on February 4, 2004, a copy of the foregoing Appearance was hand-delivered to:

    ROBERT P. DOLIAN, ESQ.
    CUMMINGS & LOCKWOOD LLC
    107 Elm Street
    Stamford, Connecticut 06902

and via first-class mail, postage prepaid, to:

    MARTIN J. ELGISON, ESQ.
    DAVID J. STEWART, ESQ.
    DANA MARTY HAAS, ESQ.
    ALSTON & BIRD LLP
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424

                                                        _____
                                                            Robin P. Keller