IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br>April 20, 2004 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

By and through their undersigned counsel, the plaintiff, Carlos A. Arredondo, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership, and the defendants, Caesar A. Arredondo, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; The 2000 Trust For The Grandchildren Of Caesar A. Arredondo And Carolyn Abad Arredondo, in its capacity

**NO ORAL ARGUMENT REQUESTED**

as General Partner of Arredondo Properties Limited Partnership; and Arredondo & Co., LLC, hereby jointly move the Court for an order modifying the Scheduling Order to extend the conclusion of discovery until June 30, 2004 and the deadline to file dispositive motions until August 13, 2004.

There is good cause for the requested extensions. The Scheduling Order entered in this case on December 12, 2003 sets the conclusion of the discovery period at April 20, 2004 and the deadline to file dispositive motions as May 19, 2004. During the last several months, the parties have engaged in significant written discovery and have sought to conduct depositions within this time period. Despite the diligent efforts of counsel and contrary to their reasonable expectations when the proposed case management order was submitted, however, the parties have been unable to conduct those depositions due to the conflicting schedules of the parties and counsel. The parties expect to conclude depositions in this case by June 30, 2004. For this reason, the parties jointly move for an order extending the discovery period until June 30, 2004.

Additionally, both parties believe this case may be resolved through summary judgment. The Court initially imposed a deadline to file dispositive motions of May 19, 2004, which was to be six weeks after the conclusion of discovery. In light of the requested discovery extension,

and to account for the Court's initial scheduling metrics, the parties seek a six week extension of time to file their dispositive motions, up to and including August 13, 2004.

PLAINTIFF,

CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,

BY: *[signature]*
Robert P. Dolian (ct04278)
Email: rdolian@cl-law.com
Cummings & Lockwood LLC
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut 06902
Tel.: (203) 327-1700
Fax: (203) 351-4535

Martin J. Elgison (ct24759)
Email: melgison@alston.com
David J. Stewart (ct24757)
Email: dstewart@alston.com
Dana Marty Haas (ct24758)
Email: dhaas@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

DEFENDANTS,

CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,

BY: _____
    Craig A. Raabe (ct 04116)
    Email: craabe@rc.com
    Edward J. Heath (ct20992)
    Email: eheath@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103
    Tel.: (860) 275-8200
    Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

I certify that on this 20th day of April, 2004, a true and correct copy of the foregoing **JOINT MOTION TO MODIFY SCHEDULING ORDER** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

> **Craig A. Raabe (Overnight Mail)**
> **ROBINSON & COLE LLP**
> **280 Trumbull Street**
> **Hartford, CT 06103**

*[signature]*
**Robert P. Dolian**

.StmLib1:1056740.1 04/20/04