IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CARLOS A. ARREDONDO, in his capacity as
Trustee of The 2000 Trust for the Grandchildren of Carlos
A. Arredondo and Mari V. Arredondo, General Partner of
Arredondo Properties Limited Partnership,

        Plaintiff,

v.

CAESAR A. ARREDONDO, individually and in his
capacity as Trustee of The 2000 Trust for the
Grandchildren of Caesar A. Arredondo and Carolyn Abad
Arredondo; THE 2000 TRUST FOR THE
GRANDCHILDREN OF CAESAR A. ARREDONDO
AND CAROLYN ABAD ARREDONDO, in its capacity
as General Partner of Arredondo Properties Limited
Partnership; and ARREDONDO & CO., LLC.,

        Defendants.

CIVIL ACTION NO.:
3:02 CV 02200 (CFD)

April 20, 2004

## JOINT MOTION TO MODIFY SCHEDULING ORDER

By and through their undersigned counsel, the plaintiff, Carlos A. Arredondo, in his

capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari

V. Arredondo, General Partner of Arredondo Properties Limited Partnership, and the

defendants, Caesar A. Arredondo, individually and in his capacity as Trustee of The 2000 Trust

for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; The 2000 Trust

For The Grandchildren Of Caesar A. Arredondo And Carolyn Abad Arredondo, in its capacity

**NO ORAL ARGUMENT REQUESTED**