IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership, | : : : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO.: 3:02 CV 02200 (CFD) |
| | : | |
| CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC, | : : : : : : : : : : | |
| Defendants. | : | June 21, 2004 |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to D. Conn L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of David M. Kelly, Esq. to represent the defendants, Caesar A. Arredondo, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, in its capacity as General Partner of Arredondo Properties Limited Partnership; and Arredondo & Co., LLC. In support of this motion, the undersigned represents as follows:

HART1-1187697-1

1. Mr. Kelly is an attorney with Finnegan Henderson, 1300 I Street, NW, Washington, DC 20005-3315, telephone number (202) 408-4000, fax number (202) 408-4400. Mr. Kelly's email address is david.kelly@finnegan.com.

2. As demonstrated in the affidavit of David M. Kelly dated June 18, 2004 (attached hereto as Exhibit A), Mr. Kelly is a member in good standing of the bar of the District of Columbia, the bar of the State of Pennsylvania, the bar of the state of Louisiana and is admitted to practice before several federal courts, including the Supreme Court of the United States.

3. Mr. Kelly has never been denied admission or disciplined by this Court or any other court.

4. The granting of this motion will not require modification of a scheduling order or other deadlines.

5. This motion is accompanied by payment to the Clerk of this Court the fee of twenty-five dollars ($25.00).

WHEREFORE, the undersigned respectfully requests that this Court enter an Order granting permission for David M. Kelly, Esq. to appear *pro hac vice* in the above-referenced action.

**DEFENDANTS,**
**CAESAR A. ARREDONDO, et al.**

By /s/ Edward J. Heath
Craig A. Raabe ct 04116
Email: craabe@rc.com
Edward J. Heath (ct20992)
Email: eheath@rc.com
Robin P. Keller (ct23564)
Email : rkeller@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via facsimile and first class mail on the 21st day of June, 2004, to:

ROBERT P. DOLIAN, ESQ.
CUMMINGS & LOCKWOOD LLC
107 Elm Street
Stamford, Connecticut 06902

MARTIN J. ELGISON, ESQ.
DAVID J. STEWART, ESQ.
DANA MARTY HAAS, ESQ.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

/s/ Edward J. Heath
Edward J. Heath