IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CARLOS A. ARREDONDO, in his capacity as : 
Trustee of The 2000 Trust for the Grandchildren of :
Carlos A. Arredondo and Mari V. Arredondo, :
General Partner of Arredondo Properties Limited :
Partnership, :
                                   :
       Plaintiff, :
                                   :      CIVIL ACTION NO.:
v. :      3:02 CV 02200 (CFD)
                                   :
CAESAR A. ARREDONDO, individually and in :
his capacity as Trustee of The 2000 Trust for the :
Grandchildren of Caesar A. Arredondo and Carolyn :
Abad Arredondo; THE 2000 TRUST FOR THE :
GRANDCHILDREN OF CAESAR A. :
ARREDONDO AND CAROLYN ABAD :
ARREDONDO, in its capacity as General Partner :
of Arredondo Properties Limited Partnership; and :
ARREDONDO & CO., LLC, :
                                   :
       Defendants. :      June 18, 2004

**AFFIDAVIT OF DAVID M. KELLY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, David M. Kelly, Esq., having been duly sworn, state as follows:

1.      I submit this Affidavit in support of the Motion for Admission *Pro Hac Vice* as counsel on behalf of the defendants, Caesar A. Arredondo, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, in its capacity as General Partner of Arredondo Properties Limited Partnership; and Arredondo & Co., LLC.

HART1-1187713-1

2. I am an attorney with Finnegan Henderson, 1300 I Street, NW, Washington, DC, 20005-3315, telephone number (202) 408-4000, fax number (202) 408-4400. My email address is david.kelly@finnegan.com.

3. I was admitted to the bar of the District of Columbia in 1987, the bar of the State of Pennsylvania (non-resident active status) in 1983, the bar of the state of Louisiana (non-resident active status) in 1985, and am an active member in good standing of all three bars.

4. In addition, I have been admitted to practice before several federal courts, including the Supreme Court of the United States (1987).

5. There are no disciplinary actions presently pending against me, nor have any disciplinary actions ever been initiated against me in this Court or any other court. I have not been denied admission to this Court or any other court. I am not disbarred nor have I ever been disbarred from practice in any court, nor have I been held in contempt or otherwise disciplined or sanctioned by any court.

6. I am not now nor have I ever been the subject of any criminal proceedings.

7. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

8. In light of the foregoing, I respectfully request that I be admitted *pro hac vice* for the purpose of representing the defendants Caesar A. Arredondo, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, in its capacity as General Partner of Arredondo Properties Limited Partnership; and Arredondo & Co., LLC. in this matter in association with Connecticut co-counsel. I agree to be bound by the rules governing practice in the Connecticut courts, including the disciplinary rules.

I declare under penalty of perjury that the foregoing is true and accurate.

_____
David M. Kelly

Subscribed and sworn to before me this 18th day of June 2004.

_____
Notary Public
My Commission Expires: November 30, 2004

Catherine G. DuBose
Notary Public, District of Columbia
My Commission Expires 11-30-04

3