IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>   Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD) |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

STATE OF GEORGIA   )
            ) ss: Atlanta
COUNTY OF FULTON   )

  DOUGLAS L. BRIDGES, being duly sworn, hereby deposes and says:

  1.  I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the motion for my admission *pro hac vice* in the above entitled action.

2.  I am an associate at the law firm of Alston & Bird, LLP. My contact information is as follows:

> Douglas L. Bridges, Esq.
> Alston & Bird, LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3424
> Telephone: 404.881.4617
> Facsimile: 404.881-7777
> email: dbridges@alston.com

3.  I am a member in good standing of the bar of the State of Georgia. My Georgia Bar Number is 080889. I am also admitted to practice before the Georgia Supreme Court and Fulton County Superior Court, Georgia.

4.  I have never been denied admission to or disciplined by this Court or any other court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6.  Pursuant to Local Rule 83.1(c)(1), I designate Robert P. Dolian, Esq. of Cummings & Lockwood LLC and his office, Cummings & Lockwood, LLC, Four Stamford Plaza, 107 Elm Street, Stamford, CT 06902, telephone number (203) 327-1700 as the member of the bar of this Court upon whom service of all papers shall also be made.

_____
DOUGLAS L. BRIDGES

Subscribed and sworn to before me this 16th day of June, 2004.

Shana Moore
Notary Public
My Commission Expires:

[Notary Seal: SHANA MOORE, NOTARY, EXPIRES GEORGIA MAR. 9, 2008, PUBLIC, FULTON COUNTY]

-2-