IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>      Plaintiff,<br><br>  v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: June 30, 2004 |

## **PLAINTIFF'S UNCONTESTED MOTION TO MODIFY SCHEDULING ORDER**

Plaintiff Carlos A. Arredondo, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership ("Plaintiff"), hereby moves the Court for an order modifying the Scheduling Order to extend the conclusion of discovery until August 13, 2004 for the limited purpose of completing discovery served as of this date and the deadline to file dispositive motions until September 13, 2004.  The Defendants do not oppose this requested modification to the scheduling order.

In support of his motion, Plaintiff shows the Court as follows:

- 2 -

1.  Discovery has significantly progressed since the last extension of time was given. The Court granted a motion extending original discovery deadline from April 20, 2004 to June 30, 2004. During that time both principals of this case, Carlos Arredondo and Caesar Arredondo, have been deposed. Additional document requests and productions have occurred, including document requests and subpoenas to third parties.

2.  Because of conflicts with the Defendants' schedule, the deposition of Peter Formanek, a third-party witness, was unable to be taken at the time initially noticed. Thus, his deposition will need to be taken at a time after the current cut-off date for discovery. Mr. Formanek is the accountant of Carlos Arredondo, Arredondo Properties Limited Partnership, and Arredondo & Co. The Plaintiff contends that Mr. Formanek's deposition testimony will be important to the adjudication of this case; the Defendants dispute this contention but do not contest the Plaintiff's right to depose Mr. Formanek.

3.  The deposition of Caesar Arredondo on June 24, 2004 revealed the existence of documents that the Plaintiff contends were responsive to its discovery but were not produced by the Defendants. The parties require additional time to address this contention and produce any additional responsive documents. The Plaintiff contends that it will be prejudiced if the documents are produced after the close of discovery when briefing for dispositive motions has commenced.

4.  The parties seek an extension for the limited purpose of completing written and deposition discovery that has been served or scheduled as of this date, and resolving the issue with respect to documents that is raised in Paragraph Three (3) of this Motion.

5. Pursuant to Connecticut District Court Local Rule of Civil Procedure 7(b), Plaintiff has conferred with counsel for Defendants, Attorney Edward J. Heath. Attorney Heath has reviewed this motion and advises the undersigned that the Defendants do not oppose it.

For the above reasons, the Plaintiff respectively requests the Court grant the motion to modify the scheduling order that extends the conclusion of discovery until August 13, 2004 for the limited purposes set forth above and the deadline to file dispositive motions until September 13, 2004.

Respectfully submitted this 30th day of June, 2004.

---

ROBERT P. DOLIAN (ct04278)

CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza
107 Elm Street
Stamford, Connecticut 06902
Ph (203)327-1700

Fax (203) 708-3948

OF COUNSEL:

MARTIN J. ELGISON  ct24759
DAVID J. STEWART  ct24757
DANA MARTY HAAS ct24758

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000
Fx (404) 881-7777

Counsel for Plaintiff

ATL01/11686319v1

## **CERTIFICATE OF SERVICE**

I certify that on this 30th day of June, 2004, a true and correct copy of the foregoing **PLAINTIFF'S UNCONTESTED MOTION TO MODIFY SCHEDULING ORDER** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

> Craig A. Raabe (First Class Mail)
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103

_____
Robert P. Dolian

**.StmLib1:1065487.1 06/30/04**

ATL01/11686319v1