IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>  Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>  Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br>JUNE 30, 2004 |

**DEFENDANT ARREDONDO & CO., LLC'S FIRST MOTION FOR EXTENSION OF TIME TO OBJECT AND RESPOND TO THE PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS <u>DIRECTED TO DEFENDANT ARREDONDO & CO., LLC</u>**

Pursuant to Fed. R. Civ. P. 6(b) and D. Conn. L. Civ. R. 7(b), the defendant, Arredondo & Co., LLC, hereby moves for an initial extension of time of thirty (30) days to object and/or respond to the plaintiff's Second Request For Production Of Documents And Things Directed To Defendant Arredondo & Co., LLC, dated May 31, 2004. Defendant's responses and objections would be due on June 30, 2004, and by this motion it is seeking an extension up to and including July 30, 2004 to serve its objections and responses. This is the defendant's first motion for an extension concerning

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

the set of discovery.  The undersigned has inquired of opposing counsel, Attorney David Stewart, who does not object to this motion.

WHEREFORE, the defendant respectfully moves for an additional extension of time to object and respond to the Plaintiff's Second Request For Production Of Documents And Things Directed To Defendant Arredondo & Co., LLC.

                                            **DEFENDANTS,**
                                            **CAESAR A. ARREDONDO, et al.**

By /s/ Edward J. Heath
    Craig A. Raabe (ct 04116)
    E-mail: craabe@rc.com
    Edward J. Heath (ct20992)
    E-mail: eheath@rc.com
    Robin P. Keller (ct23564)
    E-mail : rkeller@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103
    Tel.:  (860) 275-8200
    Fax:  (860) 275-8299

## ORDER

The foregoing motion having been presented to the Court, it is hereby ordered GRANTED/DENIED on this       day of            , 2004.

BY THE COURT

_____
Judge/Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing was sent first class mail, postage prepaid on this 30th day of June, 2004, to:

Robert P. Dolian, Esq.
Cummings & Lockwood LLC
107 Elm Street
Stamford, Connecticut 06902

Martin J. Elgison, Esq.
David J. Stewart, Esq.
Dana Marty Haas, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

        /s/ Edward J. Heath
        Edward J. Heath