IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>    Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>    Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br>SEPTEMBER 2, 2004 |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE A SUMMARY JUDGMENT MOTION**

Pursuant to Local Rule 9 of the Local Rules of Civil Procedure, the defendants hereby move

for a sixty (60) day extension of time within which to file a summary judgment motion.  In support

of this motion, the Defendants state the following.

1.  Under the current Scheduling Order, motions for summary judgment are due on

September 13, 2004.

2.  While the parties have completed the exchange of discovery requests and negotiation

of outstanding discovery issues, there are still outstanding materials that each side has agreed to

produce to the other in follow-up to recent depositions, but the parties still are in the process of compiling and copying those materials, which materials will impact the Defendants' summary judgment motion. Counsel expects that process to be completed in the next few weeks.

3.     Due to a death in the family of undersigned counsel and other court commitments, it would be difficult for undersigned counsel to complete the summary judgment motion prior to the current due date of September 13.

4.     From September 16 through October 2, the Defendant, Caesar Arredondo, will be on a pre-planned vacation and therefore will be unable to consult with undersigned counsel in the preparation of the summary judgment motion.

5.     The Defendants do not believe that the sixty (60) day enlargement of time will impact the trial readiness for this matter nor will it prejudice the Plaintiffs.

6.     Undersigned counsel believes that with the requested enlargement of time, the Defendants' summary judgment can be prepared properly.

7.     Despite attempts by electronic and voice mail messages, the Defendants have not been able to ascertain the Plaintiff's position on this motion.

8.     This is the first request for enlargement of time on this issue.

**DEFENDANTS,**
**CAESAR A. ARREDONDO, et al.**

By _____

     Craig A. Raabe (ct 04116)
     E-mail: craabe@rc.com
     Edward J. Heath (ct20992)
     E-mail: eheath@rc.com
     Robin P. Keller (ct23564)
     E-mail : rkeller@rc.com
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT 06103
     Tel.:  (860) 275-8200
     Fax:  (860) 275-8299

**ORDER**

The foregoing motion having been presented to the Court, it is hereby ordered

GRANTED/DENIED on this          day of                    , 2004.

BY THE COURT

_____
Judge/Clerk

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was sent first class mail, postage prepaid on this

2nd day of September, 2004, to:

      Robert P. Dolian, Esq.
      Cummings & Lockwood LLC
      107 Elm Street
      Stamford, Connecticut 06902

      Martin J. Elgison, Esq.
      David J. Stewart, Esq.
      Dana Marty Haas, Esq.
      Alston & Bird LLP
      One Atlantic Center
      1201 West Peachtree Street
      Atlanta, Georgia 30309-3424

                                        _____
                                        Craig A. Raabe