

*Granted. So ordered.*
*UPT 9/10/04*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership, <br><br>        Plaintiff, <br><br> v. <br><br> CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC, <br><br>        Defendants. | CIVIL ACTION NO. <br> 3:02 CV 02200 (CFD) <br><br><br><br><br><br><br><br> SEPTEMBER 2, 2004 |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A SUMMARY JUDGMENT MOTION

Pursuant to Local Rule 9 of the Local Rules of Civil Procedure, the defendants hereby move for a sixty (60) day extension of time within which to file a summary judgment motion. In support of this motion, the Defendants state the following.

1.  Under the current Scheduling Order, motions for summary judgment are due on September 13, 2004.

2.  While the parties have completed the exchange of discovery requests and negotiation of outstanding discovery issues, there are still outstanding materials that each side has agreed to produce to the other in follow-up to recent depositions, but the parties still are in the process of