IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CARLOS A. ARREDONDO, in his capacity as
Trustee of The 2000 Trust for the Grandchildren of
Carlos A. Arredondo and Mari V. Arredondo,
General Partner of Arredondo Properties Limited
Partnership,

        Plaintiff,

v.

CAESAR A. ARREDONDO, individually and in
his capacity as Trustee of The 2000 Trust for the
Grandchildren of Caesar A. Arredondo and Carolyn
Abad Arredondo; THE 2000 TRUST FOR THE
GRANDCHILDREN OF CAESAR A.
ARREDONDO AND CAROLYN ABAD
ARREDONDO, in its capacity as General Partner
of Arredondo Properties Limited Partnership; and
ARREDONDO & CO., LLC,

        Defendants.

CIVIL ACTION FILE

NO. 3:02 CV 2200 (CFD)

Filed: November 12, 2004

## PLAINTIFF'S UNCONTESTED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Carlos A. Arredondo, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership ("Plaintiff") hereby moves the Court for an order modifying the Scheduling Order to extend the deadline for the filing of dispositive motions until November 15, 2004.

Pursuant to Connecticut District Court Local Rule of Civil Procedure 7(b), Plaintiff has conferred with counsel for Defendants, Attorney Craig A. Raabe. Attorney Raabe advises the undersigned that the Defendants do not oppose it.

For the above reasons, the Plaintiff respectively requests the Court grant the motion to modify the scheduling order that extends the deadline to file dispositive motions until November 15, 2004.

Respectfully submitted this 12th day of November, 2004.

                ROBERT P. DOLIAN (ct04278)

                CUMMINGS & LOCKWOOD LLC
                Four Stamford Plaza, P.O. Box 120
                Stamford, Connecticut 06904-0120
                Ph (203)327-1700

                Fx (203) 708-5647

OF COUNSEL:

_/s/ Martin J. Elgison_
MARTIN J. ELGISON   ct24759
DAVID J. STEWART   ct24757

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000
Fx (404) 881-7777

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2004, a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

> Craig A. Raabe (First Class Mail)
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103

*/s/ Douglas L. Bridges*
Douglas L. Bridges

ATL01/11791102v1