IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>        Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>        Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 12, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, the defendants, Caesar A. Arredondo, The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, and Arredondo & Co., LLC hereby move for Summary Judgment in their favor on all three counts in the Plaintiff's July 21, 2004 First Amended Complaint For Declaratory Judgment. The

defendants submit the attached memorandum of law in support of their Motion for Summary Judgment.

                                     DEFENDANTS,
                                     CAESAR A. ARREDONDO, et al.

                            By _____
                                     Craig A. Raabe (ct 04116)
                                     E-mail: craabe@rc.com
                                     Edward J. Heath (ct20992)
                                     E-mail: eheath@rc.com
                                     Robinson & Cole LLP
                                     280 Trumbull Street
                                     Hartford, CT 06103
                                     Tel.: (860) 275-8200
                                     Fax: (860) 275-8299

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed via federal express, postage prepaid, on this 12th day of November, 2004, to the following counsel of record:

Robert P. Dolian, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT  06904-0120

Martin J. Elgison, Esq.
David J. Stewart, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424

_____
Craig A. Raabe