# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership, | APPEARANCE |
| Plaintiff, | CASE NUMBER: 3:02CV2200 (CFD) |
| v. | |
| CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC | |
| Defendants. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**CARLOS A. ARREDONDO**

| | |
|---|---|
| November 12, 2004 | *[signature]* |
| Date | Signature |
| ct21394 | M. Juliet Bonazzoli |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 203-351-4288 | Cummings & Lockwood LLC |
| Telephone Number | Address |
| 203-351-4534 | Four Stamford Plaza, 107 Elm Street |
| Fax Number | Stamford, CT 06902 |
| jbonazzoli | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

All Counsel of Record

*[signature]*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)