IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: November 12, 2004 |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Carlos A. Arredondo ("Plaintiff"), in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo (the "2000 Carlos Trust"), General Partner of Arredondo Properties Limited Partnership ("APLP"), moves this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff seeks summary judgment on his claim for a declaratory judgment under 28 U.S.C. § 2201 that APLP is the true and exclusive owner of certain marks, including WESTY and WESTY'S, and for relief necessary to preserve and protect APLP's exclusive ownership of the marks. Plaintiff further seeks summary

**ORAL ARGUMENT REQUESTED/
TESTIMONY NOT REQUIRED**

judgment on his claim that he is entitled to reimbursement of his costs and attorneys' fees incurred in this action from APLP, regardless of whether he wins or loses on his declaratory judgment claim, pursuant to the APLP Partnership Agreement and Connecticut partnership law.

The grounds for this Motion are set forth in full in the accompanying Memorandum of Law, and are supported by the exhibits hereto, including the Second Declaration of Carlos A. Arredondo, and other discovery of record in this case that is being submitted separately to the Court, including the transcripts of the depositions of Carlos A. Arredondo and Caesar A. Arredondo.

Respectfully submitted this 12th day of November, 2004.

ROBERT P. DOLIAN (ct04278)
M. JULIET BONAZZOLI (ct21394)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph (203)327-1700
Fx (203) 708-5647


OF COUNSEL:

MARTIN J. ELGISON  ct24759
DAVID J. STEWART  ct24757
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000
Fx (404) 881-7777

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2004, a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

       Craig A. Raabe (First Class Mail)
       ROBINSON & COLE LLP
       280 Trumbull Street
       Hartford, CT 06103

                          M. Juliet Bonazzoli

2063315_1.doc 11/12/2004

ATL01/11790331v1