2



A&Co 27543



248 1205 0-08 10 19

+0 +9 -01-01 NN -19 0890

A&Co 27544

A&Co 27545

454 1205 0-08 09 2

+0 +0 +0 -03 NN +11 0890

**3**

FROM : FRA HOLDINGS LLC   FAX NO. :442073522412   Case 3:02-cv-02200-CFD   Document 68-5   Filed 11/15/2004   Page 7 of 9   15 Oct. 2002 17:12   P5

02 8:15AM;   PAGE 9

March 9, 2002

Arredondo Properties Limited Partnership is in a strong position as the five Westy properties, that are over two years old, have produced a cash flow of $3,242,000 for 2001. By next year, we will have added Lake Success and Port Chester II to the list and the cash flow should be in excess of $4,250,000. This puts us well over our disbursement requirements and permits the surplus to be contributed to the increased value of the Partnership.

For the year 2001, your disbursement is $1,600.00 per unit and the unit value as of December 31, 2001 is $23,910.20.

## STATE OF THE PROPERTIES

1. **PORT CHESTER I (NY)** – This property finished the year at 98.6% occupancy vs. 99.4% the previous year. During 2001 we increased the rentals so that our gross income increased by $128,000 for the year. This Center continues to be an outstanding source of referrals, as last year it signed 231 leases for other Centers.

2. **NORWALK RETAIL BUILDING** – Today's Man, who had been the tenant in our Norwalk retail building, has experienced serious financial difficulties. We entered into an agreement with them whereby they paid their rent through January 9, 2003, and we voided the Lease. The local retail market has weakened recently; however, we are hopefully in the final negotiations of re-leasing this facility.

3. **TUCKAHOE (NY)** – This Center finished the year at 96.8% occupancy vs. 97.8% occupancy the previous year. Because we increased rents during the year, gross income increased $163,000 for the year.

4. **ELMSFORD (NY)** – This Center finished the year at 96.8% occupancy vs. 96.9% the previous year. Because of increased rentals and high occupancy during the summer months, our gross income increased $383,000 for the year.

5. **DANBURY (CT)** – This Center finished the year at 82.6% occupancy vs. 81.2% the previous year. The Danbury Center represents our northern-most property in Fairfield and Westchester Counties. Although this Center does not have the strong demographic base of other Centers, we reached 94.1% occupancy during the summer. Because of the higher summer occupancy and increased rentals, our gross income increased by $480,000 for the year.

Page – Three                                                                                        March 9, 2002

6. **BABYLON (Farmingdale, NY)** – This Center finished the year at 89.3% vs. 70.6% last year. Because of lease-up, higher summer occupancy, and increased rentals, the gross income increased by $1,041,000 for the year.

7. **LAKE SUCCESS (NY)** – Opened February 9, 2001, this Center was 47% leased by the end of the year and we are well on our way to establishing ourselves in this market area. Strategically, the property is one of the best sites for its purpose in Nassau County as it is bordered by Queens on one side and to the north and west we have Long Island's "Gold Coast".

8. **PORT CHESTER II (NY)** – This Center opened April 2, 2001 and by year-end was 60.6% leased. Naturally, this Center is the beneficiary of our referral system from Port Chester I, Tuckahoe, Elmsford, and Stamford – which are virtually leased in many sizes.

9. **HICKSVILLE (NY)** – This Center opened on January 25, 2002 and is directly across from the Hicksville Railroad Station – the busiest one on Long Island. This Center is midway between our Lake Success and Farmingdale Centers. The synergism of these 3 Centers has many advantages, increasing the efficiency of our advertising, personnel and management.

10. **WESTBURY (East Meadow, NY)** – We have an option on a strategically located site in East Meadow on Long Island and we are in the process of securing town approval. We currently project the start of construction to be summer of 2002. This Center will be the fourth Westy on Long Island. These four Centers are strategically located to make us the dominant quality self-storage provider on Long Island.

*Milford?*

**FIDELITY INVESTMENTS**

Investments are managed by Carlos A. Arredondo. We currently hold the following investments:

| SHARES | | 31 Dec 01 VALUE |
|---|---|---|
| 190,992.1780 | Red Oak Technology Select | 1,831,614.98 |
| 145,355.1640 | Black Oak Emerging Technology Fund | 574,152.89 |
| 9,344.0600 | Core Account (cash) | 9,344.06 |
| | | 2,415,111.93 |

# ARREDONDO PROPERTIES LIMITED PARTNERSHIP
## DECEMBER 31, 2001

### ASSETS

**CASH:**

| | |
|---|---:|
| Accounts @ First Union | 287,109.00 |
| Cash Investments: | |
| Fidelity | 2,415,111.93 |
| CD on Lake Success Project LLC | 1,615,444.00 |
| CD on Port Chester II Project LLC | 3,012,666.40 |

**REAL ESTATE (at cost):**

| | |
|---|---:|
| 1. Norwalk Development | 4,296,600.00 |
| 2. Port Chester Project LLC | 11,300,000.00 |
| 3. Tuckahoe Project LLC | 12,439,121.50 |
| 4. Greenburgh Project LLC | 16,302,051.89 |
| 5. Danbury Project LLC | 10,332,653.03 |
| 6. Babylon Project LLC | 10,582,481.67 |
| 7. Lake Success Project LLC | 21,816,931.53 |
| 8. Port Chester Project II LLC | 14,384,636.84 |
| 9. Hicksville Project LLC | 10,021,985.00 |
| 10. Westbury Project LLC | 355,663.57 |

**TOTAL ASSETS**     119,162,456.36

### LIABILITIES

| | |
|---|---:|
| SECURITY DEPOSITS | 1,283,349.20 |

**FIRST MORTGAGES:**

| | |
|---|---:|
| 1. Norwalk – Today's Man | 2,772,560.70 |
| 2. Port Chester | 8,311,449.00 |
| 3. Tuckahoe | 9,906,131.31 |
| 4. Greenburgh | 12,792,516.08 |
| 5. Danbury | 8,647,265.00 |
| 6. Babylon | 7,899,560.64 |
| 7. Lake Success | 15,212,897.58 |
| 8. Port Chester II | 12,000,000.00 |

**LINE INDEBTEDNESS:**

| | |
|---|---:|
| First Union | 1,000,000.00 |

**PENDING DISBURSEMENT:**

| | |
|---|---:|
| 1,542.000 Units as of Dec. 31, 2001 @ $1,600.00 | 2,467,200.00 |

**NET WORTH:**

| | |
|---|---:|
| 1,542.000 Units @ 23,910.20 as of Dec. 31, 2001 | 36,869,526.85 |

**TOTAL LIABILITIES**     119,162,456.36