CERTIFICATE OF INCORPORATION
OF
WESTY'S CONNECTICUT, INC.

A STOCK CORPORATION

STATE OF CONNECTICUT
SECRETARY OF STATE

The undersigned incorporator hereby forms a corporation under the Stock Corporation Act of the State of Connecticut:

FIRST   The name of the corporation is: Westy's Connecticut, Inc.

SECOND   The purpose for which the corporation is formed is to engage in any lawful act or activity for which corporations may be formed under the Connecticut Stock Corporation Act.

THIRD   The total number of shares which the corporation shall have authority to issue is One Thousand (1,000) shares of Common Stock, all of which are without par value, and all of which are of the same class.

FOURTH   The stated capital with which the corporation shall commence business is One Thousand ($1,000) dollars.

FIFTH   The duration of the corporation shall be perpetual.

SIXTH   The shareholders of the corporation shall not be entitled to preemptive rights.

A&Co 00265

<u>SEVENTH</u>    Any action which may be taken at a meeting of the shareholders may be taken without a meeting by consent, in writing, setting forth such action, signed by persons holding such proportion of the shares, not less than a majority, as is required by law to approve such action, or their duly authorized attorneys; except that directors may not be elected by action of shareholders without a meeting of shareholders other than by unanimous written consent, or pursuant to a plan of merger or consolidation.

Dated at Greenwich, Connecticut this 22th day of February, 1991.

I hereby declare, under the penalties of false statement, that the statements made in the foregoing certificate are true.

_[signature]_

Alan M. Shaver
Incorporator

```
150 f tax
 45 06
 12 cc   o/c
 25 app
———
232.00
```

FILED
STATE OF CONNECTICUT

MAR 0 8 1991

_[signature]_
SECRETARY OF THE STATE
By _____ Time 3:00 P.M.

kc/cc:
Weber Neirlli + Shaver
2 Greenwich Plz Suite 11
Greenwich CT 06830

A&Co 00266

|  | SUITE 100 |  |
|---|---|---|
| LEXINGTON AVENUE | TWO GREENWICH PLAZA | 50 MAIN STREET |
| 23rd FLOOR | GREENWICH, CONNECTICUT 06830 | 8th FLOOR |
| NEW YORK, NY 10022 | (203) 622-7640 | WHITE PLAINS, NY 10606 |
| (212) 836-4810 |  | (914) 761-7181 |
|  | CENTRAL FAX: (203) 622-1533 |  |

May 7, 1991

Mr. Carlos A. Arredondo
Arredondo & Co.
One Sound Shore Drive
Greenwich, CT  06830

Dear Carlos:

Please find enclosed the original Certificate of Incoroporation of Westy's Connecticut, Inc.

This document should be placed in the corporate minute book.

Very truly yours,

Alan M. Shaver

AMS/ms
Enclosure

RECEIVED
MAY 8 1991
Arredondo

A&Co 00267

5




04-03-2003

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Opposer,<br><br>v.<br><br>ARREDONDO & CO., LLC,<br><br>Applicant. | Opposition _____<br><br>Serial No. 76/445,815<br><br>Regarding U.S. Application for WESTY'S filed on September 3, 2002 Published on March 18, 2003 at Page TM 537 |

Commissioner for Trademarks
BOX TTAB-FEE
2900 Crystal Drive
Arlington, VA 22202-3513

04/16/2003 KSONCHAN 00000154 76445815
01 FC:6402                300.00 OP

## NOTICE OF OPPOSITION

Carlos A. Arredondo (hereinafter "Opposer"), believes that he will be damaged by the registration of the mark shown in U.S. Application No. 76/445,815 filed September 3, 2002 for WESTY'S (hereinafter "Applicant's Mark") by Arredondo & Co. (hereinafter "Applicant") covering storage services, warehouse storage facilities, locker storage services, storage of containers for the storage of goods, rental of units in a building for the storage of goods of others, rental of moving equipment and vehicles, and moving vans and trucks for moving goods in International Class 039. Accordingly, Opposer hereby opposes the application.

As grounds for the opposition, Opposer alleges as follows:

ATL01/11405877v1

1. Opposer is the trustee of a trust that is a general partner of Arredondo Properties Limited Partnership ("APLP").

2. Since at least as early as 1991, APLP has used the trademark WESTY'S in interstate commerce to identify its high-end self storage facilities, services, and related goods.

3. Opposer has expended significant money and effort to promote the goods and services it sells under Opposer's Mark, and Opposer and its affiliates each year generate substantial revenue from the sale of such goods and services. As a result, Opposer's mark is famous and an asset of substantial value to Opposer.

4. Registration of Applicant's Mark would be injurious to Opposer because Applicant's registration of its mark would be likely to mislead or deceive consumers into believing that Applicant's goods and services are endorsed or sponsored by, or associated or affiliated with, Opposer -- which they are not. Registration of Applicant's Mark will further dilute the distinctive quality of Opposer's famous mark.

5. Applicant is not now, and was not at the time of filing the Application, entitled to the registration of the mark disclosed for the goods and services specified in the Application. For these and other reasons, Opposer believes that it would be materially damaged if Applicant's Mark was registered, and, therefore, prays that registration of Applicant's Mark in International Class 039 be refused and that this Opposition be <u>sustained</u>. Two duplicates of this NOTICE OF OPPOSITION are enclosed together with the required fee in the amount of $300.

ATL01/11405877v1

All correspondence in connection with this matter should be mailed to:

> Dana Marty Haas, Esq.
> Alston & Bird, LLP
> 1201 W. Peachtree Street
> Atlanta, GA  30309-3424

Respectfully submitted, this 3 day of April, 2003.

*/s/ Dana E. Marty Haas*
DAVID J. STEWART
Georgia Bar Number 681149
DANA MARTY HAAS
Georgia Bar Number 316090
ALSTON & BIRD, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000 – telephone
(404) 881-7777 – facsimile

Attorneys for Opposer
Carlos A. Arredondo

- 3 -

ATL01/11405877v1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Opposer,<br><br>v.<br><br>ARREDONDO & CO., LLC,<br><br>Applicant. | Opposition _____<br><br>Serial No. 76/445,815<br><br>Regarding U.S. Application for WESTY'S filed on September 3, 2002 Published on March 18, 2003 at Page TM 537 |

### CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the within and foregoing Notice of Opposition upon Applicant by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, and addressed as follows:

    Arredondo & Company, LLC
    Metro Center, One Station Place
    Stamford, CT 06902-6800

This 3 day of April, 2003.

                                              _/s/ Dana Marty Haas_
                                              Dana Marty Haas

ATL01/11405877v1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Opposer,<br><br>v.<br><br>ARREDONDO & CO., LLC,<br><br>Applicant. | Opposition _____<br><br>Serial No. 76/445,815<br><br>Regarding U.S. Application for WESTY'S filed on September 3, 2002 Published on March 18, 2003 at Page TM 537 |

Commissioner for Trademarks
BOX TTAB-FEE
2900 Crystal Drive
Arlington, VA 22202-3513

## EXPRESS MAIL CERTIFICATION ACCOMPANYING PAPER

Commissioner for Trademarks
Box TTAB-FEE
2900 Crystal Drive
Arlington, Virginia 22202-3513

"Express Mail" mailing label number: EL952541385US

Date of Deposit: April 3, 2003

I hereby certify that the foregoing documents are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service pursuant to 37 C.F.R. 1.10 on the date indicated below and are addressed to Commissioner for Trademarks, Box TTAB-FEE, 2900 Crystal Drive, Arlington, Virginia 22202-3513.

WINNT/11405877v1

This 3 day of April, 2003.

*Dana E. Marty Haas* (signature)
Dana Marty Haas

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Opposer,<br><br>v.<br><br>ARREDONDO & CO., LLC,<br><br>Applicant. | Opposition _____<br><br>Serial No. 76/445,815<br><br>Regarding U.S. Application for WESTY'S filed on September 3, 2002 Published on March 18, 2003 at Page TM 537 |

Commissioner for Trademarks
BOX TTAB-FEE
2900 Crystal Drive
Arlington, VA  22202-3513

### TRANSMITTAL LETTER

Commissioner for Trademarks
BOX TTAB-FEE
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Madam:

Please find attached hereto the following items in connection with the above-identified application:

1. Notice of Opposition and two duplicate copies;
2. A check in the amount of $300.00; and
3. Return postcard.

Respectfully submitted,

_____
Dana Marty Haas

ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia  30309-3424
(404) 881-7000 (phone)
(404) 881-7777 (facsimile)
Date: April __, 2003

ATL01/11405877v1