EXHIBIT B

## Arredondo & Co.

# QUALITY CONTROL FIELD REPORT        PCXINY

(This field report to be completed by in-house architect or assistant weekly on Tuesday, Wednesday, or Thursday at the job site.) Page ___ of ___

QUALITY = CONFORMANCE TO OUR PLANS AND SPECIFICATIONS

| PURPOSE: OF REPORT | TO DETERMINE CONFORMANCE TO STANDARDS, TO IDENTIFY POTENTIAL PROBLEMS, AND TO IDENTIFY WAYS TO IMPROVE STANDARDS |
|---|---|

| DATE 6 MAR 91 | DAY WEN | TIME. 8:30 | WEATHER CLEAR 50° | TEMP. 50° | PREPARED BY | PHOTO/24 X | Q-47 WEEK NO. |
|---|---|---|---|---|---|---|---|

| CSI/TRADE/ CONTRACTOR: | R | CONFORMANCE REVIEW (*) AND COMMENTS (**) |
|---|---|---|
| 02000 SITE SAULDY/LOPES | 2 | CREW-4 * FORMING SIDEWALKS ALONG STREET REVIEW THICKNESS; BASE MATERIAL AND DESIGN                C.P.S |
| SPRINKLERS DAILY | 2 | CREW-1 * 4TH FLOOR SOFFIN CORE DRILLING FOR MAINS                C.P.S |
| DOVER | 1 | CREW-2 * CONTROL WIRING ELEV #3  C.P.S, |

ontinued - over

| CSI/TRADE: | R | MATERIALS STORED ON SITE  description and amount of material, quality of material, and damage, Is it stored properly? Is it the correct material? |
|---|---|---|
| 08410 ENTRANCE DOORS | 2 | SWING DOORS FOR RETAIL/LOBBY                C.P.S |
| 04400 GRANITE | 2 | (2) GRANITE COUNTERS FOR TOILET RMS                C.P.S, |

| PCPC: | | DATE DONE |
|---|---|---|

| RECOMMENDED ACTION: | | DATE DONE |
|---|---|---|

A&Co 26839

FORM DCF(E)D (1-17-91)

| CSI/TRADE/ CONTRACTOR: | R | CONFORMANCE REVIEW (*) AND COMMENTS (**)          WEEK NO. |
|---|---|---|
| NABER/ THOMAS | 3 | CREW-7   * WIRING LOBBY FANS, FIRE ALARM  ** DISCUSSED CHANGES IN LIGHT LOCATIONS TO COORDINATE WITH UNIT PARTITIONS WITH FOREMAN "JACK" |
| 09900 PAINTING ROSS | 2 | CREW-5   * PRIMING First FLOOR WALLS, TRIMMING SECOND FLOOR AND PRIMING LOBBY SOFFIT IN HIGH CEILING  ** PAINT IS SPLATTERED ON BACK OF DUCTS FROM ROLLERS DUCTS SHOULD BE PROTECTED OR PAINTER SHOULD SLOW DOWN WHEN PAINTING NEXT TO DUCTS. |
| 08410 ENTRANCE DOORS MACKENZIE | 2 | CREW-2   * LOBBY SLIDERS CONTROL WIRING                              C.P.S. |
| 09000 CARPENTRY CIRCLE | ①  | CREW-3   * HARDWARE FOR DOORS, AND ALCAN CEILING  ** CUTTING OF ALCAN AT CURVED BALCONY PARAPIT VERY ROUGH |
| STANFORD SIGN |  | CREW-2   * INSTALLING TEMPORY SIGN                    C.P.S. |

-over-

FORM\QCFIELD2 (1-17-91)

**A&Co 26840**

WEEK NO.
47

| CSI/TRADE/ CONTRACTOR: | REPORT # & DATE | CARRY-OVER ITEMS |
|---|---|---|
| 16500 ELEC | Q 44 | SYLVANIA LIGHT COLOR |
| 15890 HVAC | Q 45 | RETURN AIR GRILLS AT AISLES C & D LINE 4 & 5 NEED TRIM PIECE TO COVER HOLE TEDESCO TO FAB SAMPLE |
| 08410 ENTRANCE DOORS | Q 45 | ADDITIONAL TRIM PIECE REQUIRED TO ALLOW FOR MISALIGNMENT OF PRECAST AT CAULK JOINT |
| 08331 ROLL-UP DOORS | Q 45 | WEATHER STRIPPING AT ROLL-UP DOORS NOT INSTALLED |
| FIRE PROOFING | Q 46 | TROWELED ON FIRE PROOFING IN STAIRWELLS TO BE GROUND SMOOTH |

A&Co 26841

WEEK NO
47



INSTALLATION OF ALCAN



TEMP. SIGN

-over-

A&Co 26842

WEEK NO
47



CURBS - FORMED READY TO POUR



M. J. DALY CORE DRILLING PRECAST

-over-

A&Co 26843

EXHIBIT C

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: WESTY
International Class: 039
Attorney Docket No.: 630-002450-US(-TM)

BOX NEW APPLICATION
FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

TRANSMITTAL OF TRADEMARK APPLICATION

Sir:

Enclosed is the trademark application of Arredondo & Company, LLC
for the mark WESTY.

Also enclosed is our check for $325.00 as payment of the filing
fee.

Please charge any fee deficiencies to Deposit Account No. 16-1350.

Respectfully submitted,

_____          _____
Geza C. Ziegler, Jr., Esq.                8/30/2002
                                          Date

PERMAN & GREEN, LLP
425 Post Road
Fairfield, CT 06824-6232
(203) 259-1800 Ext. 134

EXPRESS MAIL CERTIFICATE

I hereby certify that the attached above-identified paper(s) and/or fee(s) are
being deposited with the United States Postal Service "Express Mail Post
Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated below,
Express Mail label number EL336868992US, addressed to "Commissioner For
Trademarks, Box New Application Fee, 2900 Crystal Drive, Arlington, VA 22202-
3513".

_____8/30/2002_____                   Debi Conrad
Date                                      Name of Person Making Deposit

                                          _____
                                          Signature

**JS 00050**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: WESTY
International Class: 039
Attorney Docket No.: 630-002450-US(-TM)

BOX NEW APPLICATION
FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

APPLICATION FOR TRADEMARK REGISTRATION

Sir:

Arredondo & Company, LLC, Applicant, is a Connecticut corporation organized and existing under the laws of the State of Connecticut with offices at Metro Center, One Station Place, Stamford, CT 06902-6800.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq. as amended) for:

> Supplying storage services, namely warehouse and general storage;

> Providing storage facilities and storage services for others, namely warehouse storage facilities, including climate controlled and non climate controlled spaces, locker storage services, and the storage of containers for the storage of goods;

**JS 00051**

2

Providing self-storage facilities, namely the rental of units in a building for the storage of goods of others;

Rental of moving equipment and vehicles, namely dollies and moving carts, trailers, trailer hitches and tow dollies, moving vans and trucks for moving goods, and furniture pads, all of the above in International Class 039.

The mark was first used in connection with the above-identified goods and services in International Class 39 at least as early as December 15, 1997, and was first used in commerce as early as December 15, 1997, and is still in use in such commerce.  The mark is affixed on labels or tags attached to the goods.

The mark was first used by Applicant's predecessor company Westy Connecticut, Inc. and the prior use inures to the benefit of the Applicant.

The undersigned hereby appoints Clarence A. Green, a member of the Bar of the States of Connecticut, New York, and the Commonwealth of Massachusetts; Janik Marcovici, a member of the Bar of the States of Connecticut and New York; and Geza C. Ziegler Jr., a member of the Bar of the States of Connecticut and New York, all of the law firm of PERMAN & GREEN, LLP, 425 Post Road, Fairfield, Connecticut 06824-6232, to prosecute this application to register, to transact all business in the Patent and Trademark Office in

JS 00052

3

connection therewith, and to receive the certificate of registration.

Please address all correspondence to:

>       Geza C. Ziegler, Jr., Esq.
>       PERMAN & GREEN, LLP
>       425 Post Road
>       Fairfield, CT 06824-6232
>       (203) 259-1800 Ext. 134

The undersigned declares that he is an officer of applicant corporation; he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, association, or entity has the right to use said mark in commerce either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Date: 30AUG02

By: _____

Name: Edward Arredondo

Title: DEVELOPMENT MANAGER / PARTNER

JS 00053

APPLICANT: Arredonodo & Company, LLC

ADDRESS: Metro Center

       One Station Place

       Stamford, CT 06902-6800

GOODS AND SERVICES: Transportation of others goods by truck; storage of records, furniture and various other goods of others.

DATE OF FIRST USE: December 15, 1997

DATE OF FIRST USE IN COMMERCE: December 15, 1997

# WESTY

JS 00054



JS 00055

Presort Standard
U.S. Postal
PAID
Hackensack, NJ
Permit No. 9

AFI 40M 3/02

# Westy – Hicksville!

## Behind the Hicksville Mall

## (516) 433-5500

**Brand New, Beautiful, Secure, Affordable!**

- Air-Conditioned and Heated
- Many Room Sizes – 5' x 5' & Up
- Month-to-Month Rentals
- Open 7 Days a Week

### THE WESTY GUARANTEE

**WESTY** guarantees that a Customer's rent will not be increased for two years from the Agreement date.

**WESTY** guarantees that there will never be a registration or administration fee.

**WESTY** guarantees your total satisfaction. If you are not totally satisfied for any reason within the first seven days of signing your Agreement, Westy will refund all your money and void your Agreement.

**Use Our Truck Free!**
We even pay for the gas.
Call for details.

**SAVE $75.00**

On Rooms 5' x 10' or larger.
Valid in Hicksville only.
One coupon per Customer. 12/31/02

WESTY.com





**STORAGE CENTERS**

65 WEST JOHN STREET

JS 00056

EXHIBIT D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: WESTY'S
International Class: 039
Attorney Docket No.: 630-002453-US (-SM)

BOX NEW APPLICATION
FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

TRANSMITTAL OF TRADEMARK APPLICATION

Sir:

Enclosed is the trademark application of Arredondo & Company, LLC for the mark WESTY'S.

Also enclosed is our check for $325.00 as payment of the filing fee.

Please charge any fee deficiencies to Deposit Account No. 16-1350.

Respectfully submitted,

_____                    ___8/30/2002___
Geza C. Ziegler, Jr., Esq.                    Date

PERMAN & GREEN, LLP
425 Post Road
Fairfield, CT  06824-6232
(203) 259-1800 Ext. 134

EXPRESS MAIL CERTIFICATE

I hereby certify that the attached above-identified paper(s) and/or fee(s) are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated below, Express Mail label number EL336868989US addressed to "Commissioner For Trademarks, Box New Application Fee, 2900 Crystal Drive, Arlington, VA  22202-3513".

___8/30/2002___                               ___Debi Conrad___
Date                                          Name of Person Making Deposit

                                              _____
                                              Signature

JS 00062

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark: WESTY'S
International Class: 039
Attorney Docket No.: 630-002453-US (-SM)

BOX NEW APPLICATION
FEE
Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

## APPLICATION FOR TRADEMARK REGISTRATION

Sir:

Arredondo & Company, LLC, Applicant, is a Connecticut corporation organized and existing under the laws of the State of Connecticut with offices at Metro Center, One Station Place, Stamford, CT 06902-6800.

Applicant requests registration of the above-identified mark shown in the accompanying drawing in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et. seq. as amended) for:

    Supplying storage services, namely warehouse and general storage;

    Providing storage facilities and storage services for others, namely warehouse storage facilities, including climate controlled and non climate controlled spaces, locker storage services, and the storage of containers for the storage of goods;

**JS 00063**

2

Providing self-storage facilities, namely the rental of units in a building for the storage of goods of others;

Rental of moving equipment and vehicles, namely dollies and moving carts, trailers, trailer hitches and tow dollies, moving vans and trucks for moving goods, and furniture pads, all of the above in International Class 039.

The mark was first used in connection with the above-identified goods and services in International Class 39 at least as early as January 1, 1991, and was first used in commerce as early as January 1, 1991, and is still in use in such commerce. The mark is affixed on labels or tags attached to the goods.

The mark was first used by Applicant's predecessor company Westy's Connecticut, Inc. and the prior use inures to the benefit of the Applicant.

The undersigned hereby appoints Clarence A. Green, a member of the Bar of the States of Connecticut, New York, and the Commonwealth of Massachusetts; Janik Marcovici, a member of the Bar of the States of Connecticut and New York; and Geza C. Ziegler Jr., a member of the Bar of the States of Connecticut and New York, all of the law firm of PERMAN & GREEN, LLP, 425 Post Road, Fairfield, Connecticut 06824-6232, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

**JS 00064**

3

Please address all correspondence to:

        Geza C. Ziegler, Jr., Esq.
        PERMAN & GREEN, LLP
        425 Post Road
        Fairfield, CT  06824-6232
        (203) 259-1800 Ext. 134

The undersigned declares that he is an officer of applicant corporation; he believes said corporation to be the owner of the mark sought to be registered; that to the best of his knowledge and belief no other person, firm, corporation, association, or entity has the right to use said mark in commerce either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods or services of such other person, to cause confusion, or to cause mistake, or to deceive; that all statements made herein of his own knowledge are true, and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or document or any registration resulting therefrom.

Date: 30 AUG 02

By: _____

Name:  Edward Arredondo

Title: DEVELOPMENT MANAGER / PARTNER

JS 00065

APPLICANT: Arredonodo & Company, LLC

ADDRESS: Metro Center

One Station Place

Stamford, CT 06902-6800

GOODS AND SERVICES: Transportation of others goods by truck; storage of records, furniture and various other goods of others.

DATE OF FIRST USE: January 1, 1991

DATE OF FIRST USE IN COMMERCE: January 1, 1991

# WESTY'S

JS 00066

# Storage Rooms For Less Than $2 a Day!

## Westy's *Self-Storage*



- America's Finest Self-Storage Building
- Air-Conditioned & Heated
- Helpful Professional Staff
- Over 25 Different Sizes - 5'x5' & Up
- Open 7 Days a Week
- Month to Month Rentals
- Absolutely Spotless

**Only Two Minutes From I-95, Exit 2**



FREE Truck & Driver!
Ask for details.

## (914) 937-2222

# *Brand New, Secure, Beautiful and... CHEAP!*

## Across from Police HQ at 351 N. Main Street, Port Chester



**Westy's SELF-STORAGE BOX POLICY:**

### Highest Quality Boxes at Lowest Prices

| | | |
|---|---|---|
| **Book Box** 12" x 18" x 12" / 1.5 cu. ft. / 200# test | $1.25 | |
| **Legal Tote** 15" x 24" x 12" / 200# test | $2.75 | |
| **All-Purpose Box** 18" x 18" x 16" / 3.1 cu. ft. / 200# test | $1.90 | |
| **"Big" Box** 18" x 24" x 24" / 6.0 cu. ft. / 200# test | $2.85 | |
| **"Super" Box** (extra heavy-duty) 18" x 18" x 24" / 4.5 cu. ft. / 275# test | $3.95 | |
| **Wardrobe Carton** 24" x 21" x 46" / 14 cu. ft. / 275# test | $7.75 | |

JS 00067





PORT CHESTER Police HQ ★ — From Greenwich — U.S. 1 — Westy's — GREENWICH — NORTH MAIN STREET — MILL ST. — DELAVAN AVE. — EXIT 2 — CONN. TPKE. I-95 — From Rye — RYE — From I-287

**Directions:** I-95, Exit 2, to N. Main St., Port Chester. Look for our Clocktower.

# FIRST MONTH'S RENT FREE UP TO $58.

...when you pre-pay your 2nd month's rent. NEW RENTALS ONLY. ONE COUPON PER CUSTOMER. NOT VALID WITH ANY OTHER OFFER. EXPIRES 12/31/93.

**Westy's SELF-STORAGE** 351 North Main Street, Port Chester, NY

## (914) 937-2222

ADVERTISE WITH MONEY MAILER OF MID WESTCHESTER (914) 636-5402

COPYRIGHT © 1993 MONEY MAILER INC. 575-22-012-5 4 5 6-376-00-035-1 2-575-29-015-1.2