IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>        Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: November 12, 2004 |

## REQUEST TO FILE ORIGINAL DISCOVERY

Plaintiff Carlos A. Arredondo ("Plaintiff"), in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo (the "2000 Carlos Trust"), General Partner of Arredondo Properties Limited Partnership ("APLP"), requests that defendant Caesar A. Arredondo ("Caesar"), individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo (the "2000 Caesar Trust") and Arredondo & Co, LLC ("A&Co.") (collectively "Defendants"), as custodial party, file with the Clerk of Court the following discovery:

1.  Original transcript and exhibits of the June 23, 2004 Deposition of Carlos A. Arredondo.

Respectfully submitted this 12th day of November, 2004.

>   /s/ Juliet Bonazzoli
>   ROBERT P. DOLIAN (ct04278)
>   M. JULIET BONAZZOLI (ct21394)
>   CUMMINGS & LOCKWOOD LLC
>   Four Stamford Plaza, P.O. Box 120
>   Stamford, Connecticut 06904-0120
>   Ph (203)327-1700
>   Fx (203) 708-5647

>   OF COUNSEL:
>
>   MARTIN J. ELGISON  ct24759
>   DAVID J. STEWART  ct24757
>   ALSTON & BIRD LLP
>   One Atlantic Center
>   1201 West Peachtree Street
>   Atlanta, Georgia 30309-3424
>   Ph (404) 881-7000
>   Fx (404) 881-7777
>
>   Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 12th day of November, 2004, a true and correct copy of the foregoing **REQUEST TO FILE ORIGINAL DISCOVERY** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

>   Craig A. Raabe (First Class Mail)
>   ROBINSON & COLE LLP
>   280 Trumbull Street
>   Hartford, CT 06103

_____
M. Juliet Bonazzoli

2063312_1.doc 11/12/2004

ATL01/11790346v1