UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 NOV 15 A 11: 04
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity As Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership <br> v. <br><br> CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC, | Case No. 3:02 CV 02200 (CFD) <br><br> Christopher F. Droney <br><br><br><br><br><br> Notice of Manual Filing |

Please take notice that Defendants, Caesar A. Arredondo, The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo, and Arredondo & Co., LLC have manually filed the following document or thing

Defendants' Memorandum of Law in Support of Motion for Summary Judgment with Exhibits

This document has not been filed electronically because

[ ]  the document or thing cannot be converted to an electronic format
[X]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

>Respectfully submitted,
>
>/s/ Edward J. Heath
>Edward J. Heath
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103-3597
>Phone: (860) 275-8200
>Fax: (860) 275-8299
>E-mail: eheath@rc.com
>Ct 20992