IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>December 3, 2004 |

## PLAINTIFF'S UNCONTESTED MOTION FOR EXTENSION OF TIME

Plaintiff Carlos A. Arredondo, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership ("Plaintiff"), hereby moves the Court for an extension of time for the parties to file briefs in response to the pending Motions for Summary Judgment.

The Plaintiff requests an extension until December 7, 2004 to file his Response to Defendants' Motion for Summary Judgment. The current due date for this response is December 3, 2004. The Plaintiff also requests an extension of Defendants' due date for

responding to Plaintiff's Motion for Summary Judgment. The Plaintiff requests that this due date be similarly extended until December 7, 2004.

This Motion for Extension of Time is the first motion for extension of time to respond to the Motions for Summary Judgment.

Plaintiff requests this extension to accommodate conflicts in Plaintiff's schedule. Plaintiff also requests this extension as the Thanksgiving holiday occurred during this period, thereby reducing the time available to respond to the dispositive motions.

Pursuant to Connecticut District Court Local Rule of Civil Procedure 7(b), Plaintiff has conferred with counsel for Defendants, Attorney Edward J. Heath. Attorney Heath advised the counsel for Plaintiff that the Defendants have no objection to this motion as long as an extension is similarly granted as to the defendants.

For the above reasons, the Plaintiff respectively requests the Court grant the Motion for Extension of Time to allow the Plaintiff and Defendants until December 7, 2004, to file their respective responses to the pending summary judgments motions.

Respectfully submitted this 3rd day of December, 2004.

*[signature: Robert Dolian]*

ROBERT P. DOLIAN (ct04278)

CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph (203)327-1700
Fx (203) 708-5647


OF COUNSEL:

MARTIN J. ELGISON  ct24759
DAVID J. STEWART  ct24757

ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000
Fx (404) 881-7777

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of December, 2004, a true and correct copy of the foregoing **PLAINTIFF'S UNCONTESTED MOTION FOR EXTENSION OF TIME** was served upon counsel for Defendants, by first-class U.S. Mail, addressed as follows:

>Craig A. Raabe
>ROBINSON & COLE LLP
>280 Trumbull Street
>Hartford, CT 06103

_____
Robert P. Dolian

2068956_1.doc 12/2/2004

ATL01/11802541v1