IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br>v.<br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CV 3:02 CV 2200 (CFD)<br><br><br><br>December 7, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff Carlos A. Arredondo has manually filed the following document: PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT.

This document has not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

Respectfully submitted,

_/s/ Robert Dolian_
Robert P. Dolian (ct 04278)
M. Juliet Bonazzoli (ct21394)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, CT 06904-0120
Ph (203) 327-1700  Fx (203) 708-5647

OF COUNSEL:
MARTIN J. ELGSON (ct24759)
DAVID J. STEWART (ct21394)
ALSTON & BIRD LLP
One Atlantic Center 1201 West Peachtree Street
Atlanta, Georgia 30309--3424
Ph (404) 881-7000
Fx (404) 881-7777