IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br>DECEMBER 20, 2004 |

**AFFIDAVIT OF CAESAR A. ARREDONDO
IN SUPPORT OF DEFENDANT'S DECEMBER 21, 2004 REPLY MEMORANDUM**

I, Caesar A. Arredondo, do hereby depose and say:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I have personal knowledge of the facts set forth in this affidavit.

3. The exhibits attached to the Defendants' December 21, 2004 Reply Memorandum In Support Of Summary Judgment are true and correct copies of documents that were prepared and maintained in the ordinary course of the regularly-conducted business activities of the WESTY self-storage business.

4. It was the regular business practice to generate and/or maintain the documents and they were made by persons with knowledge at the time of the act, transaction, occurrence, or event reflected in the documents or within a reasonable time thereafter.

_____
Caesar A. Arredondo

Subscribed and sworn to this
20th day of Dec, 2004
before me, BEVERLY F.
SYMONDS

_____
~~Commissioner of the Superior Court~~
Notary Public
My commission expires 9/30/08