*Marjan N.*
Vice Presi
Regional
Commerc

**people's bank**

People's
350 Bedf
Stamford,

203.359.6



March 10, 1998

Mr. Carlos A. Arredondo
Arredondo & Company
One Sound Shore Drive
Greenwich, CT 06830

**VIA FACSIMILE TRANSMISSION**
**FAX NO. (203) 622-1265**

Re:   **Tuckahoe Project, LLC**
      **Loan No. 00-0000400**

Dear Carlos:

This is to confirm that CD # 035-760591-08 was opened on March 3, 1998 in the names of Carlos and Caesar Arredondo in the amount of $400,000.00. The CD has a ninety (90) day term, with an interest rate of 5.40%. As you already know, the amount held in the CD represents the cash collateral for the above-captioned loan.

Please feel free to call me if you have any additional questions or concerns.

Sincerely,

*Marjan Murray*

Marjan N. Murray
Vice President

g:\Maureen\Letters\carlos2.doc

**RECEIVED**
MAR 1 1 1998
**Arredondo**

Marjan N. Murray
Vice President
Regional Manager
Commercial Mortgage

**people's bank**

People's Bank
350 Bedford Street
Stamford, Connecticut 06901-1741

203.359.6035   Fax: 203.359.6012

September 11, 1998

Mr. Carlos Arredondo  
Arredondo & Company  
One Sound Shore Drive  
Greenwich, CT 06830

**VIA FACSIMILE TRANSMISSION**
**FAX NO. (203) 622-1265**

Re:   <u>Greenburgh Project, LLC</u>

Dear Carlos:

This is to confirm that CD #035-760595-00 was opened on September 11, 1998 in the names of Carlos and Caesar Arredondo in the amount of $1,000,000.00. The CD has a sixty (60) day term, with an interest rate of 5.07%. As you already know, the amount held in the CD represents the cash collateral for the above-captioned loan that is scheduled to close on Tuesday, September 15, 1998.

Please feel free to call me if you have any additional questions or concerns.

Sincerely,

Marjan N. Murray  
Vice President

G:\Maureen\Letters\Carlos4.doc