# Arredondo memorandum



| TO: | FROM | DATE |
|---|---|---|
| MILFORD SELF-STORAGE FILE | MR. CARLOS | 10 MAY 89 |

RE:

I went through the Milford self-storage facility on May 10, 1989, and learned the following:

1.  In their sizes that are 5' x 10' and 10' x 10', the monthly rentals are $66 per month for the smaller and $132 per month for the larger. The impression I had is that they have relatively few unleased of the 10' x 10' and a decent number of the 5' x 10' -- though this was only an impression.

2.  If you wanted to store a car there, she suggested their 10' x 25' spaces and she could put me on a waiting list. The rent of those is $198 a month.

3.  All rents are by the month; and if you pay for one full year, you get a deduction of one month's rent.

4.  They send a bill for one month's rent every month. If they do not hear from you by the 10th, it is then assumed that you have rented the space for that month, though, obviously, your rent is late.

5.  All leases start on the day they are signed. She was very strong on this point that you cannot say you'd like to take this space from June 1st. I can see where this is an abuse they have decided never to have, in that, at least in theory, if you wanted to rent something on May 10th and wanted to take it from June 1st and then only wind up taking one month, which you have basically have done is use 50 days of their time for that space and only paid for 30 of it. So she was very clear that you sign the contract the day the lease commences. That is a "black and white" with them.

6.  They had an interesting system in the units that were 5' x 10' and 10' x 10', there was a door, rather than a garage-type door. In this door was a lock that somehow had a security system built into it. The end result is that if this door is opened at any time when they are not in business, the security alarm goes off. I did not query her entirely on how this works, though she did say that if we know we are going to be coming in at night, we should apprise her and she would turn the security system off on our particular unit.FT

AF-0771

Memo to MILFORD SELF-STORAGE FILE                                10 MAY 89

7. She lives there with her husband on a ground-floor unit that is directly behind the little office area.

8. The complex itself is eleven years old and now belongs to the Ryder system.

9. I think garage doors look better than these regular closet doors. Inside the 10' x 10' unit that I saw, they had metal studs and sheet rock with the sheet rock only on the outside of the metal studs. Thus, on the unit adjacent to me, they would see a clear wall of sheet rock, whereas on my side, I see the backside of that wall with the exposed metal studs. The floor was concrete and clean. By having the concrete slab in the floor raised, she said they have never had a problem with water entering and I believe it.