# Arredondo memorandum

| HURWITZ & SEGARIN FILE | FROM MR. CARLOS | DATE 9 AUG 89 |
|---|---|---|

RE: MEETING WITH LEWIS HURWITZ JULY 27, 1989

I met with Lew Hurwitz for about 45 minutes and learned the following:

1. He appears to be about 58 year sold, competent and friendly. I like the way he attacks a problem in that if he does not know the exact answer, he looks it up immediately.

2. It is clear that if we had a retail store on our Milford property and, in back, stored the antiques of a shop downtown, that that would not qualify under the "GB" zoning. Thus, we really have to apply for a change in zoning.

3. In order to go to the "LI-30" zoning, which is the one to our rear, slightly to our east, and also entirely to our west, we have to apply to the Planning & Zoning Commission. The Planning & Zoning Commission is the only commission and combines both Planning and Zoning and has a total of ten people. He said that in any vote, two of the people would be disqualified in that one of them is his neighbor across the street and another is a client of his; thus there are actually only eight votes involved. However, should they come to a big disagreement, which is rare, a total of two-thirds of the votes must be received. If you get technical, that means that you really have to have seven votes out of the eight. He said that he would not expect something like that to ever happen.

4. The Planning & Zoning Commission is an elected body and has an executive committee of three members that, basically, has informal meetings to review what is going to come up to the body sometime later. He recommended that as soon as we have a site plan and some idea of what the building was going to look like, that we meet with the preliminary meeting. He said, though typically there are only supposed to be three members in the committee, anybody can come and they usually wind up with about eight members showing up. After the formal application is made to the Planning & Zoning, which includes a whole litany of things we have to give them, then they give it to the various departments: Police, Fire, Sewer, Water. Then it is the responsibility of the attorney to

AF-0771

    really bug those four departments so they get their report back to Planning & Zoning. At the point at which Planning & Zoning has received the reports back from the four departments, they then go for public hearing. From that point, it should take no more than sixty days.

4. Because of the fact that if you say "storage", people conjure up something as ugly as the thing next door, I don't think it is good for us to go into the preliminary, but rather go through the regular Planning & Zoning.

5. He said the way he works is he charges $225 an hour and, to start, you give him a $2,000 retainer against this. He said he would be surprised if the total fee for this rezoning came up to $5,000.

6. He said the city engineer's name is John Casey and really has a strong desire for any development in the town pay for town's infrastructure.

7. He made it a point to stress that, in his opinion, certain aspects of the town might be slightly incompetent in that you may give them some plans which they somehow misplace or lose; but does not think them to be dishonest. He says he has never paid off and has never know of any payoff in the town. I think we should proceed with him as soon as possible; that is, get some plans done as quickly as possible so we can get the show moving.