6

