# DAY, BERRY & HOWARD

Counsellors at Law
Stamford, Hartford and Boston

One Canterbury Green
Stamford
Connecticut 06901
Telephone (203) 977-7300
Telex 99324

Telecopier (203) 977-7301

⑩

FROM: JEROME BERKMAN

DATE: 12-21-89                                    TIME: 11:43

CONFIRMED BY: _____

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME: Mr. Caesar Arredondo

FIRM: Arredondo + Co.

CITY: Greenwich          STATE: CT     COUNTRY: _____

TELEPHONE: (___) 622-1231

TELECOPIER NO.: (___) 622-1265

TOTAL NUMBER OF PAGES INCLUDING THIS COVER PAGE: 3.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL US BACK AS SOON AS POSSIBLE AT (203) 977-7377 OR (203) 977-7322.

TELECOPIER OPERATOR: Bw

• • • • •

(This Space To Be Used For Short Messages)

12/21/89

Jerry agreed not to represent Arlen Collins in Self Storage.

Will have eng agrmt contract ready [illegible]

**DAY, BERRY & HOWARD**

Counsellors at Law
Stamford, Hartford and Boston

Jerome Berkman
977-7369

One Canterbury Green
Stamford
Connecticut 06901
Telephone (203) 977-7300
Facsimile (203) 977-7301
Telex 990686

December 21, 1989

VIA TELECOPIER

Mr. Caesar Arredondo
Arredondo & Co.
Two Greenwich Plaza
Greenwich, CT  06830

Dear Caesar:

would be pleased to represent your company in your real estate activities, and specifically your plans for development of high quality self-storage facilities in the Northeast.

We point out to you that, under our applicable Code of Ethics, we are obligated not to disclose to others any confidential or proprietary information obtained from a client. Nevertheless, we're also willing to agree to your request not to represent a competitor in the self-storage business for two years after termination of our representation of you, under the following conditions:

1. We have run your list of the top 20 self-storage companies through our computer, disclosing only that:

   (a) We represented Public Storage in connection with the acquisition of Forest Company in Fairfield, Connecticut in 1985.
   (b) We have represented what appear to be a number of affiliated U-Haul companies or franchisees in connection with various litigation and other miscellaneous matters over the years.
   (c) We have represented various lenders in making loans to Public Storage and to Nolan Brothers, Texas, which may be affiliated with the Minnesota Nolan Brothers company on your list.
   (d) At least two of our partners have stated that they own some stock in one of the Public Storage companies.

2. Our two year agreement will be in effect only if we have represented you for at least six months before the relationship is terminated.

**DAY, BERRY & HOWARD**

Page 2

    3.    During the time that we represent you and the two year period thereafter, we will not begin to represent any new clients with respect to their self-storage business, nor will we represent Public Storage or U-Haul in any self-storage business. We will not, however, restrict ourselves from representing any then existing clients (except Public Storage and U-Haul) which go into the self-storage business or acquire such a business within the applicable time period.

    4.    In no event will we be restricted from representing a lender or other party having business dealings with one of your competitors in the self-storage business.

    Caesar, I hope this is not making the subject too complex, especially since you appear to seek relative simplicity in your business dealings and relationships. Please remember that yours is an unusual request, in our experience, and we are reacting for ourselves in the same manner that we would react on behalf of a client, seeking to anticipate and reach agreement on the reasonably foreseeable possibilities for dispute.

    If you can agree to these concepts, let's get to work, and in the next couple of weeks I'll put together a formal engagement letter (which is our standard practice for new clients), covering the above points as well as the usual issues concerning the scope of our engagement, our billing practices, etc.

    Please try to give me a call before noon on Friday, since I will be out of the office for a few days thereafter.

                                              Sincerely,

                                              Jerome Berkman

JB/jm