IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CARLOS A. ARREDONDO, in his capacity as
Trustee of The 2000 Trust for the Grandchildren of
Carlos A. Arredondo and Mari V. Arredondo,
General Partner of Arredondo Properties Limited
Partnership,

      Plaintiff,

v.

CAESAR A. ARREDONDO, individually and in
his capacity as Trustee of The 2000 Trust for the
Grandchildren of Caesar A. Arredondo and Carolyn
Abad Arredondo; THE 2000 TRUST FOR THE
GRANDCHILDREN OF CAESAR A.
ARREDONDO AND CAROLYN ABAD
ARREDONDO, in its capacity as General Partner
of Arredondo Properties Limited Partnership; and
ARREDONDO & CO., LLC,

      Defendants.

CIVIL ACTION FILE

NO. 3:02 CV 2200 (CFD)

January 12, 2005

### PLAINTIFF'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A SUR-RESPONSE BRIEF

On December 21, 2004, Defendants filed a Reply Memorandum of Law in Support of Their Motion for Summary Judgment ("Reply Brief"). Defendants attached to their Reply Brief numerous documents they did not produce during discovery and that were directly responsive to Plaintiff's document requests. Indeed, Defendants had never produced nine of the ten exhibits until they filed their Reply Brief.

As demonstrated in the accompanying Memorandum of Law in support of this Motion, Plaintiff has been prejudiced by Defendants' late production and use of the documents because Plaintiff has been foreclosed by Defendants' actions from conducting discovery through which Plaintiff could establish that the documents do not support the arguments for which Defendants

now submit them. Additionally, two of the documents, Exhibits 6 and 8, are not competent evidence of the points for which Defendants cite them and should be stricken on this additional ground.

In the event the Court denies Plaintiffs' Motion to Strike, Plaintiff requests, in the alternative, that he be granted leave to file a Sur-Response Brief for the limited purpose of addressing Defendants' newly produced documents and newfound arguments based thereon. The Sur-Response Brief that Plaintiff proposes to file if its alternative motion is granted is attached hereto as Exhibit 1. Plaintiff further requests, if its Motion to Strike is denied, that it be permitted to conduct appropriate discovery regarding the new documents and issues related thereto prior to trial and that, if such discovery entails the re-deposition of Defendant Caesar Arredondo, that the Defendants be ordered to pay the costs Plaintiff incurs in connection with the deposition.

THE PLAINTIFF

By: _____
ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph (203) 327-1700; Fx (203) 708-5647

MARTIN J. ELGISON (ct24759)
DAVID J. STEWART (ct24757)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000; Fx (404) 881-7777

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 12th day of January, 2005, a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A SUR-RESPONSE BRIEF** was served upon counsel for Defendants, by first-class U.S. Mail, addressed as follows:

> Craig A. Raabe
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103

_____
Robert P. Dolian

2079745_1.doc 1/12/2005

ATL01/11825878v2