IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br>　　　　　　　　Plaintiff,<br>　　　v.<br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br>　　　　　　　　Defendants. | CV 3:02 CV 2200 (CFD)<br><br>January 12, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff Carlos A. Arredondo has manually filed the following document: EXHIBITS TO PLAINTIFF'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE A SUR-RESPONSE BRIEF.

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This has been manually served on all parties.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Robert Dolian*
　　　　　　　　　　　　　　　Robert P. Dolian (ct 04278)
　　　　　　　　　　　　　　　M. Juliet Bonazzoli (ct21394)
　　　　　　　　　　　　　　　CUMMINGS & LOCKWOOD LLC
　　　　　　　　　　　　　　　Four Stamford Plaza, P.O. Box 120
　　　　　　　　　　　　　　　Stamford, CT 06904-0120
　　　　　　　　　　　　　　　Ph (203) 327-1700   Fx (203) 708-5647

　　　　　　　　　　　　　　　OF COUNSEL:
　　　　　　　　　　　　　　　MARTIN J. ELGSON (ct24759)
　　　　　　　　　　　　　　　DAVID J. STEWART (ct21394)
　　　　　　　　　　　　　　　ALSTON & BIRD LLP
　　　　　　　　　　　　　　　One Atlantic Center  1201 West Peachtree Street
　　　　　　　　　　　　　　　Atlanta, Georgia  30309--3424
　　　　　　　　　　　　　　　Ph (404) 881-7000    Fx (404) 881-7777

2079781_1.doc 1/12/2005