IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD) |

*Granted, absent objection. So ordered.* [handwritten annotation]

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel for the Plaintiff, Carlos A. Arredondo, hereby respectfully moves that Attorney Douglas L. Bridges of the law firm Alston & Bird, LLP (Atlanta, GA) be admitted to practice *pro hac vice* in this Court for the purpose of acting as co-counsel on behalf of Plaintiff, Carlos A. Arredondo, in the above entitled action. In support of this motion, the undersigned attorney represents the following: