IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>      Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>November 2, 2005 |

**PLAINTIFF'S UNOPPOSED MOTION FOR BENCH TRIAL**

On July 22, 2003, Plaintiff filed its First Amended Complaint for Declaratory Judgment in this case. In the complaint, Plaintiff demanded a trial by jury of "all issues so triable." Currently, Plaintiff believes that there are no such issues present in this case that need to be tried by a jury. Accordingly, Plaintiff hereby moves that this case be heard as a bench trial.

Defendants have been consulted regarding this request, and they have indicated that they do not object to the withdrawal of the jury demand.

_____
ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph (203)327-1700; Fx (203) 708-5647


MARTIN J. ELGISON (ct24759)
DAVID J. STEWART (ct24757)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000; Fx (404) 881-7777

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of November, 2005, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR BENCH TRIAL** was served upon counsel for Defendants, by the First-Class U.S. Mail, addressed as follows:

> Craig A. Raabe (First Class Mail)
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103

_____
Robert P. Dolian

2164378_1.doc 11/2/2005