IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CARLOS A. ARREDONDO**, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>**CAESAR A. ARREDONDO**, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIV. ACTION NO:  3:02 CV 2200 (CFD)<br><br><br><br>Filed: NOVEMBER 23, 2005 |

## **APPEARANCE**

HUBERT J. SANTOS, of the law firm of SANTOS & SEELEY, P.C., hereby enters his appearance as counsel of record for all of the above-referenced Defendants, in addition to the appearances of Craig A. Raabe and Edward J. Heath.

**THE DEFENDANTS,**

BY_____
    HUBERT J. SANTOS
    Federal Bar No. ct 00069
    SANTOS & SEELEY, P.C.
    51 Russ Street
    Hartford, CT 06106
    Tel: (860) 249-6548
    Fax:(860) 724-5533

## **CERTIFICATION**

I hereby certify that on November 24, 2005 a copy of the foregoing was served on the following parties via fax and U.S. Mail:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Robert P. Dolian, Esq.
Cummings & Lockwood LLC
Four Stamford Plaza
P.O. Box 120
Stamford, CT 06904-0120

Martin J. Elgison, Esq.
David J. Stewart, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

_____
HUBERT J. SANTOS