## PLAINTIFF'S EXHIBIT LIST

| Ex. No. | Bates No. | Title/Description | Date | Objections |
|---|---|---|---|---|
| 1. | | Agreement of Limited Partnership of Arredondo Properties Limited Partnership (January 1, 1980) Amended and Restated as of October 8, 1987 | 01/01/1980 | |
| 2. | 00378-00379 | Founders' Credo Arredondo Properties Limited Partnership with Members Pledge | 05/00/1987 | |
| 3. | | Agreement of Limited Partnership of Arredondo Properties Limited Partnership Amended and Restated as of October 8, 1987 | 10/08/1987 | |
| 4. | | Exhibit A to Agreement of Limited Partnership of Arredondo Properties Limited Partnership Amended and Restated as of October 8, 1987 | 10/08/1987 | |
| 5. | 02447-02457 | Agreement (between Arredondo Properties Limited Partnership and Manuel Nieto) | 06/29/1989 | |
| 6. | | Port Chester Application for Permit to Build | 09/26/1989 | |
| 7. | 05124 | Press release regarding Westy's Port Chester | 10/19/1989 | |
| 8. | 05142 & 05118 | Letter from S. Powsner to Arredondo Properties Limited Partnership re difference between tenant and licensee | 11/08/1989 | |
| 9. | | Proposed Tenants of Deal regarding Norwalk Land – Towers Phase II | 12/20/1989 | |
| 10. | 22862 | Invoice for $3,210.00 from C. Pederson (draftsman) to Caesar Arredondo re drawings | 12/27/1989 | |
| 11. | 22864 | Check from Arredondo Properties to C. | 01/05/1990 | |

| | | | | |
|---|---|---|---|---|
| | | Pederson for $3,210.00 | | |
| 12. | | Certificate of Limited Partnership of Westy's Port Chester Limited Partnership | 01/12/1990 | |
| 13. | 00015-00019 | Deed from Manuel Nieto and Westy's Port Chester Limited Partnership | 01/12/1990 | |
| 14. | 26377-26706 | Project Manual for Self-Storage Campus Westy'S Port Chester | 02/12/1990 | |
| 15. | 00474-00493 | Agreement of Limited Partnership of Westy's Port Chester Limited Partnership | 03/01/1990 | |
| 16. | 05144 | Letter from Caesar Arredondo to Anthony Fontana, Building Inspector, Port Chester, regarding installation of temporary sign | 03/06/1990 | |
| 17. | | Building Permit (Village of Port Chester, NY) | 03/26/1990 | |
| 18. | 26013-26055 | Construction Contract (between Westy's Port Chester Limited Partnership and Sordoni Construction Co.) | 03/27/1990 | |
| 19. | 19834-19835 | Letter from Caeser Arredondo to E. Hug of Strescon Industries, Inc. re Subcontract with Sordoni Construction Company | 04/30/1990 | |
| 20. | 11500-501 | Certificate of Capital Improvement (between Westy's Port Chester Limited Partnership and Saldi Excavating Contractors, Inc.) | 05/31/1990 | |
| 21. | 25534-535 | Certificate of Capital Improvement (between Westy's Port Chester Limited Partnership and Andy Lopes Building Corp) | 06/01/1990 | |
| 22. | 00406 | Westy's Self-Storage Campus Letterhead | Undated | |
| 23. | 05052, | Memo from Bev regarding Yellow Pages Advertising per recommendations | 08/02/1990 | |

- 2 -

| | 05051 | of Caesar Arredondo | | |
|---|---|---|---|---|
| 24. | 05035, 05051-052 | Letter from B. Symonds of Westy's Port Chester Limited Partnership to G. Martine re Yellow Pages Advertising | 08/20/1990 | |
| 25. | 05024 | Letter from B. Symonds of Arredondo Corporate Real Estate Owner to R. Reader of Donnelley Directors re Westy's Self-Storage Campus | 08/28/1990 | |
| 26. | 05020 | Letter from B. Symonds of Westy's Port Chester Limited Partnership to C. Bronke of SNET Publishing re Advertising fees | 09/05/1990 | |
| 27. | 04998 | Letter from Carlos Arredondo on Westy's Self-Storage Campus letterhead to P. Iasillo and R. Falanka re $100 "Halloween 1990" contribution | 10/17/1990 | |
| 28. | 22984 | Customer's Deposit Receipt (from Westy's Port Chester Limited Partnership for $2,000 to ConEdison Company) | 10/25/1990 | |
| 29. | 08492 | Letter from Arredondo for Westy's Port Chester Limited Partnership to R. Graves re wiring funds | 10/28/1990 | |
| 30. | | 1991 Form 1120S (Westys Connecticut, Inc.) | 00/00/1991 | |
| 31. | 27543-544 | Photograph of Westy's truck | 00/00/1991 | |
| 32. | 27545-27546 | Photograph of Westy's reception area | 00/00/1991 | |
| 33. | 00494-00514 | Amended and Restated Agreement of Limited Partnership of Westy's Port Chester Limited Partnership dated as of January 1, 1991 | 01/01/1991 | |
| 34. | 04941 | Memo from Bev to File regarding phone call to Westy line | 02/11/1991 | |

| 35. | 00402 | Memo from Bev to file regarding conversation with Alan Shaver | 02/13/1991 | |
| 36. | 00046 | Memo from A. Shaver to Carlos Arredondo regarding "Trademark Search: WESTY'S" | 02/21/1991 | |
| 37. | 00517-00518 | Assignment Agreement and Consent between Westy's Self-Storage Campus, Inc. and partners of APLP | 02/21/1991 | |
| 38. | 00048-00054 | Fax cover sheet from A. Shaver to Carlos Arredondo with draft trademark applications for the WESTY'S and Design of Dog Marks | 02/22/1991 | |
| 39. | 00055-00056 | Certificate of Incorporation of Westy's Connecticut, Inc. | 02/22/1991 | |
| 40. | 00057-00058 | Certificate of Incorporation of Westy's New York, Inc. | 02/22/1991 | |
| 41. | 00515-00518 | Confirmation of Filing and Receipt of Fees (Certificate Of Amendment re Westy's Port Chester Limited Partnership) | 02/27/1991 | |
| 42. | 00044 | Handwritten notes regarding WESTY'S trademark | Undated | |
| 43. | | Action of the Shareholders of Westy's Connecticut, Inc. | 03/00/1991 | |
| 44. | 00268 | Memo from Caesar to The Board of Directors of Westy's Connecticut, Inc. | 03/00/1991 | |
| 45. | 00269 | Letter by Carlos Arredondo to Board of Directors of Westy's Connecticut, Inc. offering to buy shares | 03/00/1991 | |
| 46. | 00296 | Organization & First Biennial Report for Westy's New York, Inc. | 03/05/1991 | |
| 47. | 00258-262 | Action of the Directors of Westy's Connecticut, Inc. (re: incorporation) | Undated | |
| 48. | 00270 | Action of the Shareholders of Westy's | Undated | |

ATL01/12096639v1

| | | Connecticut, Inc. | | |
|---|---|---|---|---|
| 49. | 00249-00256 | By-Laws of Westy's Connecticut, Inc. | Undated | |
| 50. | 00297-304 | By-Laws of Westy's New York, Inc. | Undated | |
| 51. | 00308-312 | Action of the Directors of Westy's New York, Inc. (adopting corporate by-laws) | Undated | |
| 52. | 00314 | Action of the shareholders of Westy's New York, Inc. | Undated | |
| 53. | 00074-00075 | Share Certificates of Westy's Connecticut, Inc. and Original Shareholders | 03/05/1991 | |
| 54. | 00292 | Filing Receipt (Westy's New York, Inc. Certificate of Incorporation) | 03/05/1991 | |
| 55. | 26839-26843 | Arredondo & Co. Quality Field Report | 03/06/1991 | |
| 56. | 00244 | Filing Receipt (Westy's Connecticut, Inc. Certificate of Incorporation) | 03/08/1991 | |
| 57. | 00306 | Incorporator's Organizational Meeting of Westy's New York, Inc. | 03/08/1991 | |
| 58. | 00315-318 | Westy's New York, Inc. Share Certificates (Caesar Arredondo) | 03/08/1991 | |
| 59. | 00257 | Incorporator's Organizational Meeting of Westy's Connecticut, Inc. | 03/09/1991 | |
| 60. | 00068-00072 | Letter from A. Shaver to Commissioner of Patents and Trademarks transmitting WESTY'S service mark application | 03/11/1991 | |
| 61. | 00388-391 | Letter from A. Shaver to Commissioner of Patents and Trademarks transmitting Design of Dog service mark application | 03/11/1991 | |
| 62. | 00395-00398 | Trademark Design of Dog application | 03/11/1991 | |

ATL01/12096639v1

| 63. | 00398 | Westy's Self-Storage Campus advertising brochure | Undated | |
|---|---|---|---|---|
| 64. | 01036-01049 | Application file history from PTO Obtained by Finnegan for Design of Dog Application | | |
| 65. | 00386 | Filing Receipt for Trademark Application (WESTY'S; S/N 74/147,271) | 03/13/1991 | |
| 66. | 00393 & 00275-280 | Filing Receipt for Trademark Application (Design of Dog; S/N 74/147,270) | 03/13/1991 | |
| 67. | JS 00110-111 | Trademark Registration Publication Receipt for Design of Dog (Service mark Registration No. 1,677,899) | 03/13/1991 | |
| 68. | 00271 | Application for Employer Identification Number Form SS-4 (Westy's Connecticut, Inc.) | 03/15/1991 | |
| 69. | 04903 | Letter from B. Symonds of Westy's Self-Storage Campus to R. Marchant of The Daily Item re newspaper article | 03/20/1991 | |
| 70. | | Fax Transmission from A. Shaver to Carlos Arredondo regarding "Formation of new corporations / trademark applications." | 03/23/1991 | |
| 71. | 00248 | Organization & First Biennial Report (Westy's Connecticut, Inc.) | 03/28/1991 | |
| 72. | | Form 2553 Election by a Small Business Corporation – Westy's Connecticut, Inc. | 03/28/1991 | |
| 73. | 00319 | Letter from A. Shaver to Carlos Arredondore: Action of the Directors of Westy's New York, Inc. | 03/29/1991 | |
| 74. | 00543-544 | Occupancy Agreement (Original Design) | 04/00/1991 | |
| 75. | 00545- | Logo exemplars | Undated | |

- 6 -

| | 00552 | | | |
|---|---|---|---|---|
| 76. | | Letter from A. Shaver to Carlos Arredondo regarding invoice for services | 04/04/1991 | |
| 77. | 00081-083 | Letter from A. Shaver to Carlos Arredondo enclosing Certificate of Incorporation of Westy's Connecticut, Inc. | 05/07/1991 | |
| 78. | 00541-542 | Occupancy Agreement (Revised Design) | 08/16/1991 | |
| 79. | 00088 | Fax Transmission from A. Shaver to Carlos Arredondo regarding approval of WESTY'S application for publication | 11/6/1991 | |
| 80. | 00273 | License Agreement (Westy's Connecticut, Inc licenses Westy's New York, Inc. to use unidentified "miscellaneous design") | 01/01/1992 | |
| 81. | 00382-383 | Certificate of Registration (WESTY'S Reg. No. 1,676,139) | 02/18/1992 | |
| 82. | 00097-098 | Certificate of Registration (Design of Dog, Reg. No. 1,677,899) | 03/03/1992 | |
| 83. | 00282-00283 | Certificate of Dissolution by Directors and Shareholders (Westy's Connecticut, Inc.) | 04/22/1992 | |
| 84. | 00320 | Notice from Secretary of State of Intent to Dissolve by Forfeiture (Westy's New York, Inc.) | 06/18/1993 | |
| 85. | 00321 | Secretary of State Certification of Dissolution or Revocation (Westy's New York, Inc.) | 10/01/1993 | |
| 86. | 02475-02481 | Assignment and Assumption of Sale Purchase Agreement for real property by and between Ashgrove Realty Corp. and APLP | 10/24/1995 | |
| 87. | 00524- | Articles of Incorporation of Port Chester | 11/30/1995 | |

|  | 00525 | Project, LLC |  |  |
|---|---|---|---|---|
| 88. | 00522 | Filing Receipt for Articles of Incorporation of Port Chester Project LLC | 12/07/1995 |  |
| 89. | 02665-02676 | Port Chester Project, LLC Operating Agreement | 01/02/1996 |  |
| 90. | 02677-02689 | Tuckahoe Project, LLC Operating Agreement | 01/02/1996 |  |
| 91. | 02690-02702 | Greenburgh Project, LLC Operating Agreement | 01/02/1996 |  |
| 92. | 00100-103 | Westchester County Recording and Endorsement Page of Deed between Westy's Port Chester Limited Partnership and Port Chester Project LLC | 01/10/1996 |  |
| 93. | 02715-2726 | Norwalk Project, LLC Operating Agreement | 04/19/1996 |  |
| 94. |  | Certificate of Incorporation Westy's New York, Inc. | 07/26/1996 |  |
| 95. |  | Certificate of Incorporation of Westy's Connecticut, Inc. | 07/26/1996 |  |
| 96. | 02512 | Building Permit to Norwalk Project LLC | 02/27/1997 |  |
| 97. | 00648-00692 | Various advertising samples |  |  |
| 98. |  | APLP Annual Meeting Notes | 04/19/1997 |  |
| 99. | 00290-291 | Filing Receipt from CT Secretary of State for Certificate of Amendment (Westy's New York, Inc.) | 09/04/1997 |  |
| 100. | 00263-264 | Filing Receipt from CT Secretary of State for Certificate of Amendment (Westy's Connecticut, Inc.) | 09/10/1997 |  |
| 101. | 00110- | 1997 Trademark or Service Mark | 10/03/1997 |  |

- 8 -

|  | 112 | Cancellation Alert |  |  |
|---|---|---|---|---|
| 102. | 02703-2714 | Danbury Project, LLC Operating Agreement | 01/02/1998 |  |
| 103. | 02727-2737 | Milford Project, LLC Operating Agreement | 01/02/1998 |  |
| 104. | 02738-2748 | Stamford Project, LLC Operating Agreement | 01/13/1998 |  |
| 105. | 00274-00114 | Letter from J. Stephens to Assistant Commissioner for Trademarks transmitting Statement of Use | 01/26/1998 |  |
| 106. | 04791-04793 | Quitclaim deed to Danbury Project, LLC | 02/02/1998 |  |
| 107. | 00305 | Minutes of the Annual Meeting of Shareholders of Westy New York, Inc. | 02/09/1998 |  |
| 108. | 00322-323 | Arredondo Properties Limited Partnership Annual Meeting – April 18, 1998, Itinerary | 04/18/1998 |  |
| 109. |  | To the Partners of APLP – Report in connection with 1998 Annual Meeting | 04/18/1998 |  |
| 110. |  | APLP Annual Meeting Minutes | 04/18/1998 |  |
| 111. | 02518 | Building Permit – Danbury | 05/13/1998 |  |
| 112. | 00123-00126 | Letter from Jeffrey Stephens to Bud Green regarding WESTY'S mark | 05/18/1998 |  |
| 113. | 02492-02493 | Limited Warranty Deed re: 1529 Boston Post Road, Milford, CT to Milford Project, LLC | 07/31/1998 |  |
| 114. | 02519 | Building Permit - Stamford | 10/21/1998 |  |
| 115. | 00128-00133 | Application to Register WESTY AT YOUR DOOR with the USPTO | 11/16/1998 |  |
| 116. | 02522-02523 | Building Permit – City of Milford, CT | 12/22/1998 |  |

| 117. | | APLP Annual Meeting Agenda | 05/15/1999 | |
|---|---|---|---|---|
| 118. | | APLP Annual Meeting Minutes | 05/15/1999 | |
| 119. | | To the Partners of APLP – Annual Meeting Report | 05/15/1999 | |
| 120. | 00137-00141 | Application for Service mark Registration of SELF-STORAGE MADE EASY | 10/04/1999 | |
| 121. | 00142 | Letter from M. Harrington to J. Stephens regarding draft trademark assignment | 12/20/1999 | |
| 122. | 00143-00144 | Letter from J. Stephens to Caesar Arredondo with attached draft Trademark Assignment | 12/20/1999 | |
| 123. | 00146 | Trademark Assignment (Trademark Registration No. 1,676,139 for WESTY'S and applications Nos. 75/591,603 WESTY AT YOUR DOOR and 75/818,796 SELF-STORAGE MADE EASY from Westy Connecticut, Inc. to Arredondo & Co., LLC) | 12/21/1999 | |
| 124. | 00147 | Bill of Sale (for trademarks WESTY, WESTY AT YOUR DOOR and SELF-STORAGE MADE EASY from Westy Connecticut, Inc. to Arredondo & Co., LLC) | 12/28/1999 | |
| 125. | 00151-00152 | Arredondo & Co., LLC Agreement (transferring ownership from Carlos to Caesar) | 01/01/2000 | |
| 126. | 02568-02574 | Port Chester Project, LLC Limited Liability Company Operating Agreement | 01/01/2000 | |
| 127. | 02583-02589 | Tuckahoe Project, LLC Limited Liability Company Operating Agreement | 01/01/2000 | |
| 128. | 02590-02596 | Greenburgh Project, LLC Limited Liability Company Operating | 01/01/2000 | |