| | | Agreement | | |
|---|---|---|---|---|
| 129. | 02628-02634 | Babylon Project, LLC Limited Liability Company Operating Agreement | 01/01/2000 | |
| 130. | 02635-02641 | Port Chester Project II, LLC Limited Liability Company Operating Agreement | 01/01/2000 | |
| 131. | 02535 – 02542 | Milford Project, LLC Management Agreement | 01/01/2000 | |
| 132. | 02543 – 02550 | Norwalk Project, LLC Management Agreement | 01/01/2000 | |
| 133. | 02551 – 02558 | Stamford Project, LLC Management Agreement | 01/01/2000 | |
| 134. | 02559 – 02567 | Port Chester Project, LLC Management Agreement | 01/01/2000 | |
| 135. | 02575 – 02582 | Tuckahoe Project, LLC Management Agreement | 01/01/2000 | |
| 136. | 02597 – 02604 | Greenburgh Project, LLC Management Agreement | 01/01/2000 | |
| 137. | 02605 – 02612 | Danbury Project, LLC Management Agreement | 01/01/2000 | |
| 138. | 02613 – 02619 | Danbury Project, LLC Operating Agreement | 01/01/2000 | |
| 139. | 02620 – 02627 | Babylon Project, LLC Management Agreement | 01/01/2000 | |
| 140. | | Milford Project, LLC Operating Agreement | 01/01/2000 | |

- 11 -

| | | | | |
|---|---|---|---|---|
| 141. | 01387-01388 | Recordation form Cover Sheet and Trademark Assignment filed with US Patent and Trademark Office | 01/03/2000 | |
| 142. | 00322-00323 | APLP Mission Statement and Review of New Partnership Agreement | 03/00/2000 | |
| 143. | 00167-00168 | Notice of opposition of JBC Moving & Storage, Inc. to application to register SELF-STORAGE MADE EASY | 03/01/2000 | |
| 144. | 04805-04811 | Lake Success Project, LLC Operating Agreement | 03/08/2000 | |
| 145. | JS 00120 | Certificate of Dissolution (Westy New York) | 03/13/2000 | |
| 146. | JS 00123 | Certificate of Dissolution (Westy Connecticut, Inc.) | 03/13/2000 | |
| 147. | 00324-00331 | Agreement of Limited Partnership of APLP | 3/13/2000 | |
| 148. | 00332-00377 | Agreement of Limited Partnership of APLP | 3/13/2000 | |
| 149. | | Letter from Secretary of State to J. Stephens confirming acceptance of Certificate of Dissolution filing (Westy New York, Inc.) | 03/15/2000 | |
| 150. | 00284-00285 | Letter from Secretary of State to J. Stephens confirming acceptance of Certificate of Dissolution filing (Westy Connecticut, Inc.) | 03/15/2000 | |
| 151. | 2503 | Agreement by APLP to purchase land in Hicksville, NY | 04/11/2000 | |
| 152. | | United States Patent and Trademark Office Notice of Recordation of Assignment Document | 4/18/2000 | |
| 153. | 02642-02649 | Port Chester Project II, LLC Management Agreement | 01/17/2001 | |
| 154. | 04797- | Lake Success Project LLC | 01/17/2001 | |

- 12 -

|      | 4804            | Management Agreement |            |   |
|------|-----------------|----------------------|------------|---|
| 155. | 00218           | Letter from Caesar Arredondo to George Olds of Amerco Legal Dept. re: trademark opposition proceeding No. 120,014 re: confirmation of agreement re: Self-Storage Made Easy trademark | 01/07/2002 |   |
| 156. | 00219           | Letter from Rod Berman, Esq. to Geza Ziegler, Esq. re: trademark opposition proceeding No. 120, 014 stating his client did not reach agreement as set forth in Caesar Arredondo's letter | 01/18/2002 |   |
| 157. | 02650-02657     | Hicksville Project II, LLC Management Agreement | 01/25/2002 |   |
| 158. | 02658-02664     | Hicksville Project II, LLC Operating Agreement | 01/25/2002 |   |
| 159. | 02533-02534     | Amendment between store LLCs and Arredondo & Co. amending the termination date of the Management Agreements | 01/25/2002 |   |
| 160. | 00222-00226     | Settlement Agreement between U-Haul International and Westy Connecticut, Inc. | 03/07/2002 |   |
| 161. |                 | APLP Report – State of the Properties | 03/09/02 |   |
| 162. | 00228-00229     | Transmittal of Notice of Request to Withdraw Application from Examination | 03/25/2002 |   |
| 163. | 00230-00229     | Transmittal of Request to Withdraw Application from Examination | 03/25/2002 |   |
| 164. | 00821-00827     | Application for trademark registration of WESTY | 08/03/2002 |   |
| 165. | JS 00069        | Memo from J. Stephens to G. Ziegler re lapsed WESTY trademark | 08/29/2002 |   |
| 166. | 00940-943       | Application for Trademark Registration (WESTY'S) | 08/30/2002 |   |

- 13 -

| | | | | |
|---|---|---|---|---|
| 167. | 01032-035 | Application for Trademark Registration (Design) | 08/30/2002 | |
| 168. | | Asset Management Agreement between APLP and A&Co. | 09/04/2002 | |
| 169. | 00923 | Filing Receipt for Trademark Application (WESTY'S; S/N 76/445,815) | 09/27/2002 | |
| 170. | | Letter from Carlos to Caesar regarding WESTY and WESTY'S trademark applications | 10/30/2002 | |
| 171. | JS 00032 | Memo from Caesar to Carlos re WESTY trademark | 10/30/2002 | |
| 172. | | Stipulated Motion to Consolidate and Suspend Opposition Proceedings filed by the parties with the TTAB | 12/12/2002 | |
| 173. | 00921 | Notice of Publication Under 12(a) (WESTY'S; S/N 76/445,815) | 02/26/2003 | |
| 174. | | Memo from Carlos Arredondo to APLP seeking reimbursement of legal fees incurred in connection with case. | 03/08/2003 | |
| 175. | 00234-00235 | Watch Notice of Publication of WESTY'S Application | 03/21/2003 | |
| 176. | 00236-00237 | Watch Notice of Publication of WESTY Application | 03/28/2003 | |
| 177. | | Notice of Opposition to WESTY'S trademark registration application | 04/03/2003 | |
| 178. | | Notice of Opposition to WESTY trademark registration application | 04/03/2003 | |
| 179. | | Notice of Opposition to Design of Dog Trademark Application | 07/08/2003 | |
| 180. | | TTAB Order on Consented Motion for Consolidation and Suspension | 09/22/2003 | |
| 181. | | Redacted invoices of Alston & Bird for legal services rendered in connection | Various | |

| | | | | |
|---|---|---|---|---|
| | | with litigation | | |
| 182. | | Redacted invoices of Cummings & Lockwood for legal services rendered in connection with litigation | Various | |
| 183. | 05221 | Revised site plan of Port Chester property | 08/25/1989 | |
| 184. | 06284-06287 | Report of Malcolm Pirnie regarding Port Chester site audit | 09/15/1989 | |
| 185. | 02459 | Amendment to agreement between APLP and Manuel Nieto regarding Port Chester property | 09/27/1989 | |
| 186. | 02458 | Amendment to agreement between APLP and Manuel Nieto regarding Port Chester property | 11/01/1989 | |
| 187. | 02460 | Amendment to agreement between APLP and Manuel Nieto regarding Port Chester Property | 11/01/1989 | |
| 188. | | APLP Annual Meeting Notice | 02/25/1991 | |
| 189. | | APLP Annual Meeting Notice | 02/17/1992 | |
| 190. | | Connecticut Secretary of State Record for Westy's Connecticut, Inc. showing dissolution of corporation on 8/13/1992 | Undated | |
| 191. | | APLP Notice of Annual Meeting | 02/14/199 | |
| 192. | | APLP Notice of Annual Meeting | 03/18/1994 | |
| 193. | | APLP Notice of Annual Meeting | 03/30/1995 | |
| 194. | | APLP Notice of Annual Meeting/Itinerary | 03/29/1996 | |
| 195. | | APLP Annual Meeting Minutes | 04/13/1996 | |
| 196. | | APLP Annual Meeting minutes, report, and itinerary | 04/19/1997 | |
| 197. | | Certificate of Amendment of Name | 08/19/1997 | |

ATL01/12096639v1

|      |                  |                                                                                                                                  |            |   |
|------|------------------|----------------------------------------------------------------------------------------------------------------------------------|------------|---|
|      |                  | Change, Westy New York, Inc.                                                                                                     |            |   |
| 198. |                  | Certificate of Amendment of Name Change, Westy Connecticut, Inc.                                                                 | 08/19/1997 |   |
| 199. |                  | NYS Dept. of State filing receipt re: Port Chester Project, LLC Affidavit of Publication                                         | 08/16/1998 |   |
| 200. |                  | APLP Annual Meeting notice, report and minutes                                                                                   | 05/15/1999 |   |
| 201. |                  | APLP annual meeting notice, report and minutes                                                                                   | 03/13/2000 |   |
| 202. |                  | APLP annual meeting notice, report and agenda                                                                                    | 03/10/2001 |   |
| 203. |                  | APLP annual meeting notice, report and minutes                                                                                   | 03/09/2002 |   |
| 204. |                  | APLP annual meeting agenda, notice, report and minutes                                                                           | 03/08/2003 |   |
| 205. | 02473-02474      | Sale of 50 Keeler Avenue, Norwalk, CT Michael Friedman, et al. (Sellers) to Norwalk Project, LLC (Purchaser)                     | Undated    |   |
| 206. | 04789-04790      | Nassau County Clerk Records Office Recording Page for fees regarding Lake Success Project.                                       | 6/23/1999  |   |
| 207. | 02531-02532      | Building permit from Town of Oyster Bay Department of Planning and Development for Hicksville Project.                           | 7/21/2001  |   |
| 208. | 02527-02528      | Building Permit for Port Chester II Westy and Application for Building Permit                                                    | 07/21/1998 |   |
| 209. | 02524-02526      | Building Permit Application for Babylon Project with Town of Babylon Department of Planning and Development and Issued Building Permit | 11/16/1998 |   |
| 210. | 02516            | Building Permit for Greenburgh Project LLC by Department of Buildings, Town                                                      | 6/20/1997  |   |

- 16 -

| | | of Greenburgh | | |
|---|---|---|---|---|
| 211. | 02513 | Building Permit for Norwalk Project LLC by City of Norwalk Department of Code Enforcement | 02/27/1997 | |
| 212. | 02507-02510 | Building Permit for Arredondo Properties for Village of Tuckahoe and Application for Building Permit | 8/25/1995 | |
| 213. | 02521 | Application for Foundation Building Permit by Stamford Project LLC to Building Bureau, City of Stamford | Undated | |
| 214. | 02461 | Contract of Sale between Gerald F. Conlin, Robert T. Conlin and APLP for property in Tuckahoe | 6/27/1995 | |
| 215. | 02441 | Milford Project LLC – Project Cost Update Spreadsheet | 2/10/2000 | |
| 216. | 02433 | Stamford Project LLC – Project Cost Update Spreadsheet | 2/10/2000 | |
| 217. | 02379 | Babylon Project LLC – Project Cost Update Spreadsheet | 01/28/2000 | |
| 218. | 02346 | Greenburgh Project LLC – Project Cost Update Spreadsheet | 02/07/2000 | |
| 219. | 01513-01514 | Check 1152 from WPCLP to Stamford Signs | 8/24/1990 | |
| 220. | 01501-01502 | Check 1159 from WPCLP to Stamford Signs | 11/10/1990 | |
| 221. | 02780-02781 | APLP Disbursements for Building – Port Chester NY | 12/31/1989 | |
| 222. | 05221 | Site Plan for Port Chester NY facility | 11/26/1989 | |
| 223. | 02782-02787 | Westy's Port Chester 1990 Disbursements for Building | 12/20/1990 | |
| 224. | 02788-02791 | Westy's 1990 Expenditures and Westy's Port Chester Disbursements for Building 1991 | 3/13/1991 | |

- 18 -

| 225. | 27595 | Sketch of Port Chester facility | 6/7/1989 | |

Plaintiff does not believe that the following documents are relevant, and, by listing them, Plaintiff does not concede to their relevance. Plaintiff lists the documents herein solely out of an abundance of caution in the event the court disagrees with Plaintiff's position and the documents become appropriate for use on redirect, cross-examination, rebuttal, or otherwise.

| | | | | |
|---|---|---|---|---|
| 226. | JS 00138-319 | Agreement (re: right, title and interest in Arredondo & Co.) | 01/25/1978 | |
| 227. | 29196 | Memo to Milford Self-Storage File from Carlos Arredondo | 05/10/1989 | |
| 228. | 03639-03652 | Agreement between Carlos and Caesar Arredondo and Barbara Lisman and Robert W. Lee to sell property located in North Carolina | 06/28/1989 | |
| 229. | 29189-29294 | Unsigned letter from Carlos Arredondo to Richard Graves of Union Trust with listing of properties | 07/19/1990 | |
| 230. | 00021-00024 | Handwritten notes from Zoning Meeting | 10/16/1990 | |
| 231. | 03963 | Transmittal coversheet from A&Co to Vollmer Associates | 10/24/1990 | |
| 232. | 00027-00028, 00025-00026 | Application for Permit for Regulated Activity in Wetlands, Watercourses and Regulated Areas, Milford, CT | 11/06/1990 | |
| 233. | | Letter Agreement between Union Trust and APLP | 11/15/1990 | |
| 234. | 29200-29203 | Letter from Thomas Riley to John Altieri, Consulting Engineers, regarding invitation to submit a proposal for engineering services at 30 Rowe Avenue | 02/26/1991 | |
| 235. | 00106 | Application for Tax Registration Number for Westy Connecticut Inc. | 07/25/1997 | |
| 236. | 00136 | Warranty Deed of Milford property to | 02/26/1999 | |

| | | St. Paul Hospitality, LLC | | |
|---|---|---|---|---|
| 237. | JS00131 | Letter from Port Chester Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 238. | JS00132 | Letter from Tuckahoe Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 239. | JS00133 | Letter from Greenburgh Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 240. | JS00134 | Letter from Norwalk Project LLC to Westy Connecticut, Inc. canceling Management Agreement | 11/01/1999 | |
| 241. | JS00135 | Letter from Danbury Project LLC to Westy Connecticut, Inc. canceling Management Agreement | 11/01/1999 | |
| 242. | JS00136 | Letter from Stamford Project LLC to Westy Connecticut, Inc. canceling Management Agreement | 11/01/1999 | |
| 243. | JS00137 | Letter from Milford Project LLC to Westy Connecticut, Inc. canceling Management Agreement | 11/01/1999 | |
| 244. | JS00131 | Letter from Port Chester Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 245. | JS00131 | Letter from Port Chester Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 246. | JS00131 | Letter from Port Chester Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 247. | JS00131 | Letter from Port Chester Project LLC to Westy New York, Inc. canceling Management Agreement | 11/01/1999 | |
| 248. | | Photograph of Thomas Jefferson statue | Undated | |

ATL01/12096639v1

- 21 -

| | | | | |
|---|---|---|---|---|
| 249. | Trust 0001-0023 | Carlos Arredondo Passport | | |
| 250. | 01398-01400 | Caesar Arredondo Journal Entries | 12/00/1999 | |
| 251. | | Handwritten letter from Carlos Arredondo to Caesar Arredondo regarding draft contract and historical record of development of Westy's business | Undated | |
| 252. | 27527 | Sketch of front elevation of Port Chester facility | 2/1/1989 | |