| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 222. | 00090 | 12/10/91 | Notice of Publication re: Westy's Connecticut, Inc., Serial No. 74/147,270 | No objections |
| 223. | 00273 | 1/1/92 | License Agreement | Incomplete document; authentication |
| 224. | | 2/17/92 | APLP annual meeting minutes/report | Authenticity -- document misidentified |
| 225. | 00094 - 00095 | 2/18/92 | Certificate of Registration of service mark re: Westy's, Reg. No. 1,676,139 | No objections |
| 226. | 00093 – 00095 | 2/28/92 | Memo from Alan Shaver to Carlos Arredondo re: trademark: Westy's, attaching Certificate of Registration of service mark re: Westy's, Reg. No. 1,676,139 | No objections |
| 227. | 00097 - 00098 | 3/3/92 | Certificate of Registration of service mark re: dog with front paws on box (Reg. No. 1,677,899) | No objections |
| 228. | 00096 -- 00098 | 3/12/92 | Memo from Alan Shaver to Carlos Arredondo re: trademark: design of dog, attaching Certificate of Registration of service mark re: dog with front paws on box (Reg. No. 1,677,899) | No objections |
| 229. | 00282 - 00283 | 4/22/92 | Certificate of Dissolution re: Westy's Connecticut, Inc. | No objections |
| 230. | | 8/13/92 | CT Secretary of State corporate record re: Westy's Connecticut, Inc. | No objections |
| 231. | | 12/24/92 | Letter from Union Trust Bank to Carlos Arredondo and Caesar Arredondo re: $15,000,000.00 unsecured line of credit to APLP and/or Carlos and Caesar Arredondo | Relevance; produced after discovery close |
| 232. | | 2/14/93 | APLP annual meeting minutes/report | Authenticity – document misidentified |

- 21 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 233. | 00320 - 00321 | 6/18/93 | Notice of Intent to Dissolve by Forfeiture re: Westy's New York, Inc. | No objections |
| 234. | | 12/22/93 | Letter from Union Trust Bank to APLP, Carlos Arredondo and Caesar Arredondo re: proposed $15,000,000.00 revolving credit facility to APLP and Carlos Arredondo and Caesar Arredondo, along with outline of terms | Relevance; produced after discovery close |
| 235. | | 3/18/94 | APLP annual meeting minutes/report | Authenticity – document misidentified |
| 236. | | 3/30/95 | APLP annual meeting minutes/report | Authenticity – document misidentified |
| 237. | 02475 - 02481 | 10/24/95 | Assignment and Assumption of Sale Purchase Agreement for real property by and between Ashgrove Realty Corp. and APLP | No objections |
| 238. | 00523 - 00525 | 11/30/95 | Articles of Organization of Port Chester Project, LLC | No objections |
| 239. | 00522 | 12/7/95 | NYS Dept. of State filing receipt re: Port Chester Project, LLC Articles of Organization | No objections |
| 240. | 00100 - 00103 | 1/2/96 | Filing receipt from Westchester County Land Records and Indenture between Westy's Port Chester LP and Port Chester Project, LLC re: property located in Village of Port Chester | No objections |
| 241. | 02665 - 02676 | 1/2/96 | Port Chester Project, LLC Operating Agreement | No objections |
| 242. | 02677 - 02689 | 1/2/96 | Tuckahoe Project, LLC Operating Agreement | No objections |
| 243. | 02690 - 02702 | 1/2/96 | Greenburgh Project, LLC Operating Agreement | No objections |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 244. | | 3/29/96 | APLP annual meeting minutes/report | Authenticity -- document misidentified |
| 245. | | 4/13/96 | APLP annual meeting minutes/report | No objections |
| 246. | 02470 - 02471 | 4/16/96 | Letter from Jeffrey Stephens, Esq. to Michael Friedman enclosing various documents re: Norwalk Project, LLC | No objections |
| 247. | 04771 - 04772 | 4/17/96 | Warranty Deed from Michael Friedman, et al. to Norwalk Project, LLC re: property located in Norwalk, CT | No objections |
| 248. | 02715 - 02726 | 4/19/96 | Norwalk Project, LLC Operating Agreement | No objections |
| 249. | | 7/24/96 | Organization and First Report re: Westy's Connecticut, Inc. | No objections |
| 250. | | 7/24/96 | Organization and First Report re: Westy's New York, Inc. | No objections |
| 251. | | 7/26/96 | Certificate of Incorporation re: Westy's Connecticut, Inc. | No objections |
| 252. | | 7/26/96 | Certificate of Incorporation re: Westy's New York, Inc. | No objections |
| 253. | 00107 | 10/28/96 | Filing for Westy's of New Jersey, Inc. | Relevance |
| 254. | | 11/19/96 | Copy of Carlos Arredondo's passport (Trust 0001 – Trust 0023) | Relevance |
| 255. | 00104 | 12/18/96 | Memo from Jeffrey Stephens, Esq. to Carlos Arredondo re: Westy's Connecticut, Inc. is owner of Westy's trademark | Incomplete document |
| 256. | 02490 - 02491 | 2/--/97 | Assignment, Acceptance and Notice of Replacement Property Contract between Carlos Arredondo and Caesar Arredondo (Assignors) and Building Exchange Company (Assignee) and Yellow Freight System, Inc. (Seller) | Relevance |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 257. | 02511 | 2/26/97 | Application for Building Permit re: 50 Keeler Avenue, Norwalk, CT | No objections |
| 258. | 02512 | 2/27/97 | Building Permit from City of Norwalk, CT re: 50 Keeler Avenue, Norwalk, CT re: new building | No objections |
| 259. | 02515 | 4/7/97 | Application for Building Permit re: 50 Keeler Avenue, Norwalk, CT | No objections |
| 260. | 02514 | 4/8/97 | Building Permit re: 50 Keeler Avenue, Norwalk, CT re: new elevators | No objections |
| 261. | | 4/19/97 | APLP annual meeting itinerary and minutes | No objections |
| 262. | | 7/11/97 | Annual Report re: Westy's Connecticut, Inc. | Relevance |
| 263. | | 7/14/97 | Annual Report re: Westy's New York, Inc. | Relevance |
| 264. | 00106 | 7/25/97 | Application for tax registration number Reg-1 for Westy Connecticut, Inc. | Relevance |
| 265. | | 8/19/97 | Certificate of Amendment re: Westy's Connecticut, Inc. changing name to Westy Connecticut, Inc. | No objections |
| 266. | | 8/19/97 | Certificate of Amendment re: Westy's New York, Inc. changing name to Westy New York, Inc. | No objections |
| 267. | 02482 | 8/27/97 | Letter from Carlos Arredondo to R.J.A. Partnership re: offer to purchase 11.8 acres on Kenosia Avenue, Danbury, CT | No objections |
| 268. | 04794 - 04796 | 9/--/97 | Warranty Deed from R.J.A. Partnership to Caesar Arredondo and Carlos Arredondo for property located on Kenosia Avenue in Danbury, CT | No objections |

- 24 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 269. | 00290 - 00291 | 9/4/97 | CT Secretary of State acceptance of business filing re: Westy's New York, Inc. Certificate of Amendment | No objections |
| 270. | 00263 - 00264 | 9/10/97 | CT Secretary of State acceptance of business filing re: Westy's Connecticut, Inc. Certificate of Amendment | No objections |
| 271. | 00110 - 00112 | 10/3/97 | Trademark or Service Mark Cancellation Alert re: Westy's, Reg. No. 1676139 | No objections |
| 272. | 02486 | 12/4/97 | Letter from Carlos Arredondo to Michael Siegel re: offer to purchase 328 Selleck Street, Stamford, CT | No objections |
| 273. | 02487 - 02489 | 12/12/97 | Quit Claim Deed re: property on Selleck Street, Stamford, CT | No objections |
| 274. | 02496 - 02502 | 12/18/97 | Contract for Sale of Real Estate between Yellow Freight System, Inc. and Caesar Arredondo and Carlos Arredondo re: property in Port Chester, NY | No objections |
| 275. | | 1998 | Tax return for Westy Connecticut, Inc. | Relevance |
| 276. | 02703 - 02714 | 1/2/98 | Danbury Project, LLC Operating Agreement | No objections |
| 277. | 02727 - 02737 | 1/2/98 | Milford Project, LLC Operating Agreement | No objections |
| 278. | 02738 - 02748 | 1/13/98 | Stamford Project, LLC Operating Agreement | No objections |
| 279. | 00114 | 1/23/98 | Statement of Use re: Westy's Connecticut, Inc., Serial No. 74/147,270 | No objections |
| 280. | 00115 | 1/26/98 | Letter from Jeffrey Stephens, Esq. to Assistant Commissioner for Trademarks re: form of Statement of Use re: Westy's Connecticut, Inc.; bottom of letter shows copy of check in the amount of $100.00 from Westy Connecticut, Inc., payable to Commissioner of Patents & Trademarks | Incomplete document |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 281. | 02416 - 02417 | 1/30/98 | Income statement re: Westy-Norwalk | Relevance. |
| 282. | 02483 - 02485 | 2/2/98 | Quit Claim Deed re: 13-25 Kenosia Avenue, Danbury, CT | No objections |
| 283. | 02494 | 2/2/98 | First Amendment to Exchange Agreement by and between Carlos Arredondo and Caesar Arredondo and Building Exchange Company | Relevance |
| 284. | 04791 - 04793 | 2/2/98 | Quit Claim Deed from Caesar Arredondo and Carlos Arredondo to Danbury Project, LLC for property located on Kenosia Avenue in Danbury, CT | No objections |
| 285. | 00305 | 2/9/98 | Minutes of the Annual Meeting of Shareholders of Westy New York, Inc. where Caesar was elected president, secretary and sole director | No objections |
| 286. | | 2/10/98 | Appointment of Statutory Agent for Service re: Westy Connecticut, Inc. | Relevance |
| 287. | | 2/10/98 | Appointment of Statutory Agent for Service re: Westy New York, Inc. | Relevance |
| 288. | 00242 - 00243 | 2/26/98 | CT Secretary of State acceptance of business filing re: Westy Connecticut, Inc. Change of Agent for Service of Process | Relevance |
| 289. | 00288 - 00289 | 2/26/98 | CT Secretary of State acceptance of business filing re: Westy New York, Inc. Change of Agent for Service of Process | Relevance |
| 290. | | 3/3/98 | Limited Guaranty by Carlos Arredondo and Caesar Arredondo to and for the benefit of People's Bank | Relevance |
| 291. | | 3/10/98 | Letter from People's Bank to Carlos Arredondo re: Tuckahoe Project, LLC | Relevance |
| 292. | | 4/18/98 | APLP annual meeting itinerary and minutes | No objections |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 293. | 02518 | 5/13/98 | Building Permit for foundation only re: 15 Kenosia Ave, Danbury, CT | No objections |
| 294. | 00123 - 00126 | 5/18/98 | Letter from Jeffrey Stephens to Bud Green, Esq. enclosing letter dated 3/11/91 from Alan Shaver, Esq. to Commissioner of Patents and Trademarks re: application to register Westy's as a trademark in class 39, along with attached application and notice of publication | No objections |
| 295. | 02495 | 5/20/98 | Letter from Carlos Arredondo to Frank Hanan re: confirmation to purchase 2.8 acre site at 151 Executive Boulevard in Babylon, NY | No objections |
| 296. | 02517 | 5/22/98 | Application for Building Permit re: 15 Kenosia Avenue, Danbury, CT | No objections |
| 297. | | 7/27/98 | Annual Report re: Westy Connecticut, Inc. | Relevance |
| 298. | | 7/27/98 | Annual Report re: Westy New York, Inc. | Relevance |
| 299. | 02492 - 02493 | 7/31/98 | Limited Warranty Deed re: 1529 Boston Post Road, Milford, CT | No objections |
| 300. | 02520 | 8/10/98 | Building Permit for 80 Brownhouse Road, Stamford, CT | No objections |
| 301. | 00521 | 8/13/98 | NYS Dept. of State filing receipt re: Port Chester Project, LLC Affidavit of Publication | No objections |
| 302. | | 9/11/98 | Letter from People's Bank to Carlos Arredondo re: Greenburgh Project, LLC | Relevance |
| 303. | | 9/15/98 | Limited Guaranty by Carlos Arredondo and Caesar Arredondo to and for the benefit of People's Bank | Relevance |
| 304. | 02519 | 10/21/98 | Building Permit for 80 Brownhouse Road, Stamford, CT | No objections |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 305. | 00127 – 00133 | 11/11/98 | Letter from Mark Harrington, Esq. to Jeffrey Stephens, Esq. enclosing U.S. Service Mark Application Westy at your door | No objections |
| 306. | 00128 - 00133 | 11/16/98 | Application for Service Mark Registration re: Westy at your door mark | No objections |
| 307. | 00134 | 11/18/98 | Letter from Jeffrey Stephens, Esq. to Mark Harrington, Esq. re: Westy at your door application for Service mark registration | No objections |
| 308. | | 11/30/98 | Carlos and Mari Arredondo's statement re: net worth - $27,678,063.87 | Relevance; confidentiality; hearsay; authenticity |
| 309. | 02522 – 02523 | 12/22/98 | Building Permit re: 1525 Boston Post Road, Milford, CT, along with attached receipt in the amount of $16,797.00 paid by Milford Project, LLC representing the fee | No objections |
| 310. | | 1999 | Tax return re: Westy Connecticut, Inc. | Relevance |
| 311. | 00136 | 2/26/99 | Warranty Deed from Caesar Arredondo and Carolyn Arredondo and Carlos Arredondo and Mari Carmen Arredondo to St. Paul Hospitality, LLC for property located in Milford, CT | Relevance |
| 312. | | 4/14/99 | Limited Guaranty by Carlos Arredondo and Caesar Arredondo to and for the benefit of People's Bank | Relevance; produced after discovery close |
| 313. | | 5/15/99 | APLP annual meeting minutes/report | No objections |
| 314. | | 7/27/99 | Annual Report re: Westy Connecticut, Inc. | Relevance |
| 315. | | 7/27/99 | Annual Report re: Westy New York, Inc. | Relevance |
| 316. | 02428 - 02429 | 9/9/99 | Income statement re: Westy-Stamford | Relevance |

- 28 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 317. | 00137 - 00141 | 10/4/99 | Application for service mark: Self-Storage Made Easy | No objections |
| 318. | | 11/1/99 | Letter from Caesar Arredondo, Trustee for Trust "A" for the grandchildren of Carlos A. Arredondo and Mari V. Arredondo, of Tuckahoe Project, LLC to Westy New York, Inc. re: cancellation of management agreement | Relevance |
| 319. | | 11/1/99 | Letter from Caesar Arredondo, Trustee for Trust "A" for the grandchildren of Carlos A. Arredondo and Mari V. Arredondo, of Port Chester Project, LLC to Westy New York, Inc. re: cancellation of management agreement | Relevance |
| 320. | | 11/1/99 | Letter from Caesar Arredondo, Trustee for Trust "A" for the grandchildren of Carlos A. Arredondo and Mari V. Arredondo, of Greenburgh Project, LLC to Westy New York, Inc. re: cancellation of management agreement | Relevance |
| 321. | | 11/1/99 | Letter from Caesar Arredondo, Trustee for Trust "A" for the grandchildren of Carlos A. Arredondo and Mari V. Arredondo, of Danbury Project, LLC to Westy Connecticut, Inc. re: cancellation of management agreement | Relevance |
| 322. | | 11/1/99 | Letter from Caesar Arredondo of Milford Project, LLC to Westy Connecticut, Inc. re: cancellation of management agreement | Relevance |
| 323. | | 11/1/99 | Letter from Caesar Arredondo of Stamford Project, LLC to Westy Connecticut, Inc. re: cancellation of management agreement | Relevance |
| 324. | | 11/1/99 | Letter from Caesar Arredondo of Norwalk Project, LLC to Westy Connecticut, Inc. re: cancellation of management agreement | Relevance |

ATL01/12103526v1

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 325. | 00149 | 12/1/99 | CAP account statement 12/1/99 - 12/31/99 | Relevance |
| 326. | 02438 – 02439 | 12/7/99 | Income statement re: Westy-Milford | Relevance |
| 327. | | 12/17/99 | Handwritten note re: financing with personal responsibility | Relevance; confidentiality |
| 328. | 01380 | 12/17/99 | Letter from Jeffrey Stephens, Esq. to Mark Harrington, Esq. re: assignment of rights re: Westy, Westy at your Door and Self-Storage Made Easy to Arredondo & Co. | No objections |
| 329. | 00142 | 12/20/99 | Letter from Mark Harrington, Esq. to Jeffrey Stephens, Esq. re: draft trademark assignment re: Westy Connecticut, Inc. | No objections |
| 330. | 00143 - 00144 | 12/20/99 | Facsimile from Jeffrey Stephens, Esq. to Caesar Arredondo re: assigning Westy trademarks from Westy Connecticut, Inc. to Arredondo & Co, LLC, with attached draft of Trademark Assignment | No objections |
| 331. | 01383 | 12/21/99 | Trademark Assignment of Westy's, Westy at your Door, Self-Storage Made Easy to Arredondo & Co., LLC | No objections |
| 332. | 00147 | 12/28/99 | Bill of Sale – Westy Connecticut, Inc. transfers to Arredondo & Co., LLC the following: Westy, Westy at your Door, Self-Storage Made Easy | No objections |
| 333. | 00148 | 12/28/99 | Check from Arredondo & Co, LLC to Westy CT in the amount of $20,000.00, along with letter from First Union to Arredondo & Co., LLC re: photocopy service | No objections |
| 334. | | 12/31/99 | Carlos Arredondo's statement re: net worth - $59,146,287.13 | Relevance; confidentiality; hearsay; authenticity |
| 335. | 02431 | 12/31/99 | Income statement re: Westy-Stamford | Relevance |

- 30 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 336. | 02440 | 12/31/99 | Income statement re: Westy-Milford | Relevance |
| 337. | 00682 - 00684 | 2000 | Advertisement "Welcome to the Wonderful World of Westy" on front and letter from director on page 2 | No objections |
| 338. | 00151 – 00152 | 1/1/00 | Agreement among Carlos Arredondo, Caesar Arredondo and Arredondo & Co., LLC re: sale/transfer of LLC | No objections |
| 339. | 02535 - 02542 | 1/1/00 | Milford Project LLC Management Agreement | No objections |
| 340. | 02543 - 02550 | 1/1/00 | Norwalk Project LLC Management Agreement | No objections |
| 341. | 02551 - 02558 | 1/1/00 | Stamford Project LLC Management Agreement | No objections |
| 342. | 02559 - 02567 | 1/1/00 | Port Chester Project LLC Management Agreement | No objections |
| 343. | 02575 - 02582 | 1/1/00 | Tuckahoe Project LLC Management Agreement | No objections |
| 344. | 02597 - 02604 | 1/1/00 | Greenburgh Project LLC Management Agreement | No objections |
| 345. | 02605 - 02612 | 1/1/00 | Danbury Project LLC Management Agreement | No objections |
| 346. | 02613 - 02619 | 1/1/00 | Danbury Project, LLC Operating Agreement | No objections |
| 347. | 02620 – 02627 | 1/1/00 | Babylon Project LLC Management Agreement | No objections |
| 348. | 00145 - 00146 | 1/3/00 | Form PTO-1594 conveyance from Westy Connecticut, Inc. to Arredondo & Co., LLC, with attached Trademark Assignment | No objections |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 349. | 01384 – 01388 | 1/3/00 | Recordation trademark cover sheet assignment, along with the following attachments: check in the amount of $90.00 payable to Commissioner of Patents & Trademarks, Trademark Assignment re: Westy, Westy at your Door, Self-Storage Made Easy | No objections |
| 350. |  | 1/10/00 | Reconciliation Report (page 3) re: CAP account, period ending 12/31/99 | Relevance; incomplete document |
| 351. | 00153 – 00166 | 1/31/00 | TTAB – Notice of Opposition re: Serial No. 75-591,603, JBL Moving & Storage, Inc., v. Westy Connecticut, Inc. | No objections |
| 352. |  | 2/1/00 | Handwritten note re: listing various "reasons" | Relevance; authenticity; hearsay |
| 353. | 00167 – 00168 | 3/1/00 | Letter from Patent and Trademark Office to Mark Harrington, Esq. re: Notice of Opposition re: Serial No. 75/591,603 re: JBL Moving & Storage, Inc. v. Westy Connecticut, Inc. | No objections |
| 354. | 04805 – 04811 | 3/8/00 | Lake Success Project, LLC Operating Agreement | No objections |
| 355. |  | 3/13/00 | APLP annual meeting minutes/report | No objections |
| 356. |  | 3/13/00 | Certificate of Dissolution re: Westy Connecticut, Inc. | No objections |
| 357. |  | 3/13/00 | Certificate of Dissolution re: Westy New York, Inc. | No objections |
| 358. |  | 3/15/00 | CT Secretary of State acceptance of business filing re: Certificate of Dissolution re: Westy New York, Inc. | No objections |
| 359. | 00284 – 00285 | 3/15/00 | CT Secretary of State acceptance of business filing re: Certificate of Dissolution re: Westy Connecticut, Inc. | No objections |

ATL01/12103526v1

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 360. | 02503 | 4/11/00 | Letter from Caesar Arredondo to Alan and Richard Gilison re: confirmation of agreement for purchase of 2.4 acres of G-1 zoned property at 65 West John Street, Hicksville, NY | No objections |
| 361. | | 4/18/00 | Notice of Recordation of Assignment Document re: mark – Westy at your Door, Self-Storage Made Easy, Westy's | No objections |
| 362. | 00528 | 8/4/00 | Letter from Janice Boland to Caesar Arredondo re: thank you for opportunity to illustrate terrier | Relevance |
| 363. | 02642 - 02649 | 1/17/01 | Port Chester Project II, LLC Management Agreement | No objections |
| 364. | 04797 - 04804 | 1/17/01 | Lake Success Project, LLC Management Agreement | No objections |
| 365. | | 3/10/01 | APLP annual meeting minutes/report | Authenticity – document misidentified |
| 366. | | 3/31/01 | Carlos and Mari Arredondo's statement re: net worth - $20,747,857.11 | Relevance; confidentiality; hearsay; authenticity |
| 367. | 00170 | 4/11/01 | Letter from Perman & Green to Elizabeth Gibson, Esq. re: opposition proceeding: Self-Storage Made Easy (first page of letter only) | Incomplete document; authenticity; hearsay |
| 368. | 02529 – 2530 | 6/21/01 | Application for Permit to Build or Install re: One Station Place, Stamford, CT | No objections |
| 369. | 00171 - 00212 | 8/13/01 | Opposer's Motion to Compel Responses to Discovery Requests re: U-Haul International, Inc. v. Westy Connecticut, Inc. | Relevance |
| 370. | 00213 | 9/21/01 | Letter from TTAB re: U-Haul International, Inc. v. Westy Connecticut, Inc. re: proceedings suspended pending disposition of Motion to Compel | Relevance |

ATL01/12103526v1

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 371. | | 10/1/01 | Letter from Carlos Arredondo to Caesar Arredondo re: decline in personal stock portfolio | Relevance; confidentiality; not produced during discovery |
| 372. | 00214 | 10/15/01 | Draft letter from Perman & Green to Elizabeth Gibson, Esq. re: trademark opposition proceeding No. 120,014 Mark: Self-Storage Made Easy, suggested resolution of trademark issue | Relevance; authenticity; hearsay |
| 373. | 00215 | 10/19/01 | Letter from Perman & Green to Elizabeth Gibson, Esq. re: U-Haul trademark opposition proceeding No. 120,014 Mark: Self-Storage Made Easy, suggested resolution of trademark issue | Relevance; authenticity; hearsay |
| 374. | 00216 | 11/30/01 | Letter from Perman & Green to Jeffrey Stephens, Esq. re: invoices for legal services in October, 2001 | Relevance; authenticity; hearsay |
| 375. | 02430 | 12/31/01 | Income statement re: Westy-Stamford | Relevance |
| 376. | 00678 - 00681 | 2002 | Advertisement for Westy Storage Centers with "Save $55* call for details" on front | No objections |
| 377. | 00685 - 00686 | 2002 | Advertisement "Welcome to the Wonderful World of Westy" on front, along with a list of various locations | No objections |
| 378. | | 2002 | Handwritten agreement | Inadmissible settlement document; authenticity – document misidentified |
| 379. | 00218 | 1/7/02 | Letter from Caesar Arredondo to George Olds of Amerco Legal Dept. re: trademark opposition proceeding No. 120,014 re: confirmation of agreement re: Self-Storage Made Easy trademark | No objections |

- 34 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 380. | 00219 | 1/18/02 | Letter from Rod Berman, Esq. to Geza Ziegler, Esq. re: trademark opposition proceeding No. 120, 014 stating his client did not reach agreement as set forth in Caesar Arredondo's letter | No objections |
| 381. | 02650 - 02657 | 1/25/02 | Hicksville Project, LLC Management Agreement | No objections |
| 382. | 02658 - 02664 | 1/25/02 | Hicksville Project, LLC Operating Agreement | No objections |
| 383. | 00220 – 00221 | 1/31/02 | U-Haul International, Inc. v. Westy Connecticut, Inc. Motion to Compel granted | Relevance |
| 384. | 00222 - 00226 | 3/7/02 | Settlement Agreement between U-Haul International, Inc. and Westy Connecticut, Inc. | No objections |
| 385. | | 3/9/02 | APLP annual meeting minutes/report | No objections |
| 386. | | 3/9/02 | APLP State of the Properties | No objections |
| 387. | | 3/9/02 | APLP resolution | Relevance |
| 388. | 02533 - 02534 | 3/9/02 | Arredondo & Co., LLC Agreement amending Article 2, Management Agreements | No objections |
| 389. | | 3/13/02 | Memo from Caesar to Carlos re: agreement made at APLP general partners meeting on 3/9/02 | Relevance; hearsay; not produced during discovery. |
| 390. | 00227 | 3/18/02 | Request to Withdraw Application from Examination re: Self-Storage Made Easy, Serial No. 75/818,769 | No objections |
| 391. | | 3/23/02 | Carlos Arredondo's statement re: net worth - $18,699,349.74 | Relevance; confidentiality; hearsay; authenticity |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 392. | 00228 - 00229 | 3/25/02 | Transmittal of Notice of Request to Withdraw Application from Examination, with attached Notice re: Self-Storage Made Easy, Serial No. 75/818,769 | No objections |
| 393. | 00230 - 00231 | 3/25/02 | Transmittal of Request to Withdraw Application from Examination, with attached Request re: Self-Storage Made Easy, Serial No. 75/818,769 | No objections |
| 394. | JS00050 – JS00056 | 8/30/02 | Transmittal of Trademark Application for the mark WESTY, with attached Application for Trademark Registration | No objections |
| 395. | JS00062 – JS00067 | 8/30/02 | Transmittal of Trademark Application for the mark WESTY'S, with attached Application for Trademark Registration | No objections |
| 396. | | 10/30/02 | Letter from Carlos Arredondo to Caesar Arredondo re: Arredondo Properties Limited Partnership | Inadmissible settlement document – FRE 408 |
| 397. | | 10/30/02 | Memo from Caesar Arredondo to Carlos Arredondo re: Westy trademark | Inadmissible settlement document – FRE 408 |
| 398. | 00239 | 12/17/02 | Memo from Peter Formanek to Caesar and Carlos Arredondo re: trademark sale from Westy Connecticut, Inc. to A&Co., LLC | Hearsay; authenticity |
| 399. | 02427 | 12/31/02 | Income statement re: Westy-Stamford | Relevance |
| 400. | 00668 – 00669 | 2003 | Advertisement and coupon for West Storage in Milford, CT | No objections |
| 401. | 00674 - 00675 | 2003 | Advertisement for Westy Storage Center in Hicksville | No objections |
| 402. | 00687 - 00690 | 2003 | Advertisement for Westy Storage Centers with "Save hours use our Westy truck" on front | No objections |

- 36 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 403. | 00676 – 00677 | 2003 | Advertisement for Westy's with Long Island number given on front and all locations listed on back | No objections |
| 404. | 00660 – 00661 | 2003 | Carrier News advertisement for Westy Storage in Lake Success, Hicksville and Farmingdale | No objections |
| 405. | 00662 – 00663 | 2003 | Pennysaver brochure with advertisement and coupon for Westy Storage in Port Chester, NY | No objections |
| 406. | 00648 | 2003 | Telephone book advertisement re: Westy Storage in Danbury, CT | No objections |
| 407. | 00649 | 2003 | Telephone book advertisement re: Westy Storage in Milford, CT | No objections |
| 408. | 00650 | 2003 | Telephone book advertisement re: Westy Storage in Port Chester, Elmsford and Tuckahoe, NY | No objections |
| 409. | | 3/8/03 | APLP annual meeting minutes/report | No objections |
| 410. | | 3/20/03 | Letter from Craig Raabe, Esq. to David Stewart, Esq. re: APLP to pay attorneys' fees and costs for the trust in the pending litigation with attached facsimile confirmation | Relevance; hearsay; document contains inadmissible legal conclusions |
| 411. | 00234 - 00235 | 3/21/03 | USPTO Official Gazette Watch Notice re: Westy's, Serial No. 76-445,815 | No objections |
| 412. | 00652 | 3/27/03 | Pennysaver brochure with advertisement for Westy Storage in Port Chester, Tuckahoe and Elmsford, NY | No objections |
| 413. | 00236 - 00237 | 3/28/03 | USPTO Official Gazette Watch Notice re: Westy's, Serial No. 76-446,777 | No objections |
| 414. | | 4/3/03 | TTAB - Notice of Opposition re: Serial No. 76/446,777 application for WESTY filed on 9/3/02, published on 3/25/03 | No objections |

- 37 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 415. | | 4/3/03 | TTAB - Notice of Opposition re: Serial No. 76/445,815 application for WESTY'S filed on 9/3/02, published on 3/18/03 | No objections |
| 416. | 02415 | 5/20/03 | Income Statement re: Westy-Norwalk | Relevance |
| 417. | | 5/30/03 | TTAB - Stipulated Motion to Consolidate and Suspend Opposition Proceedings re: Application Serial No. 76/446,777, filed on 9/3/02 for the mark WESTY, published on 3/25/03 and Application Serial No. 76/445,815, filed on 9/3/02 for the mark WESTY'S, published on 3/18/03 | No objections |
| 418. | | 5/30/03 | Affidavit of Peter Formanek | Hearsay; authenticity |
| 419. | 00653 | 6/03 | Clipper Magazine with advertisement and coupon for Westy Storage in Hicksville, Lake Success and Farmingdale | No objections |
| 420. | | 6/2/03 | Affidavit of Caesar Arredondo, without exhibits | Hearsay; incomplete document |
| 421. | | 6/23/03 | Declaration of Carlos Arredondo, without exhibits | Hearsay; authenticity |
| 422. | | 6/23/03 | Declaration of David J. Stewart, without exhibits | Relevance; hearsay; incomplete document |
| 423. | | 6/23/03 | Plaintiff's Local Rule 56(a)(2) Statement | Hearsay |
| 424. | | 7/8/03 | TTAB - Notice of Opposition re: Serial No. 76/446,778 application for design only filed on 9/3/03, published on 6/24/03 | No objections |
| 425. | 00238 | 7/9/03 | Memo from Peter Formanek to Caesar and Carlos Arredondo re: trademark sale memo review by Caesar and Carlos Arredondo | Hearsay; authenticity |
| 426. | 00665 – 00666 | 7/10/03 | Letter from Westy Storage Centers in Norwalk, CT to Wilton Property Owner re: advertisement for Westy's | No objections |

- 38 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 427. | 00693 | 7/15/03 | Arredondo and Company record retention policy | Relevance |
| 428. | | 7/18/03 | Supplemental Affidavit of Caesar Arredondo | Hearsay; authenticity |
| 429. | | 8/21/03 | TTAB – Stipulated Motion to Consolidate and Suspend Opposition Proceedings re: Application Serial No. 76/446,778, filed on 9/3/02, for the mark DESIGN ONLY, published on 6/24/03, and Opposition No. 156,040, the "parent" case consolidating Opposition Nos. 91156192 and 91156040 | No objections |
| 430. | | 9/17/03 | TTAB - Order granting Opposition No. 157,195 Consolidated with Previously Consolidated Opposition Nos. 156,040 and 156,192 re: Carlos A. Arredondo v. Arredondo & Company, LLC | No objections |
| 431. | | 9/17/03 | TTAB - Order granting Opposition No. 157,195 Consolidated with Previously Consolidated Opposition Nos. 156,040 and 156,192 re: Carlos A. Arredondo, Trustee of the 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Ltd. v. Arredondo & Company, LLC | No objections |
| 432. | 00664 | 9/18/03 | Letter from Westy Storage Centers in Norwalk, CT to Westy Raffle Contestant re: contest for Westy dog cuddle toy | No objections |
| 433. | | 9/22/03 | TTAB – Order granting Opposition No. 157,195 Consolidated with Previously consolidated Opposition Nos. 156,040 and 156,192 re: Carlos A. Arredondo v. Arredondo & Company, LLC | No objections |
| 434. | | 10/17/03 | Transcript re: Motion to Stay Discovery | Hearsay; relevance; authenticity |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 435. | | 1/20/04 | Plaintiff's Responses and Objections to Defendants' First Set of Interrogatories | Hearsay; relevance |
| 436. | | 1/20/04 | Plaintiff's Responses and Objections to Defendants' First Set of Requests for Production | Hearsay; relevance |
| 437. | | 3/13/04 | Transcript of APLP annual meeting | Hearsay; authenticity |
| 438. | | 5/13/04 | APLP annual meeting minutes/report | Hearsay as to certain documents; includes documents other than what is indicated in the description; relevance as to certain documents |
| 439. | | 6/3/04 | Subpoena directed to Jeffrey Stephens, Esq. and request for Production of Documents | Relevance; hearsay |
| 440. | | 6/3/04 | Subpoena directed to Peter Formanek and Notice of Deposition and Request for Production of Documents | Relevance; hearsay |
| 441. | | 6/3/04 | Subpoena directed to Weinstein & Formanek and request for Production of Documents | Relevance; hearsay |
| 442. | | 6/23/04 | Deposition transcript of Carlos Arredondo | Hearsay |
| 443. | | 6/24/04 | Deposition transcript of Caesar Arredondo | Hearsay |
| 444. | | 6/30/04 | Defendants' Request for Production of Documents Directed to Carlos Arredondo | Relevance; hearsay |
| 445. | | 6/30/04 | Subpoena directed to Carlos Arredondo | Relevance; hearsay |
| 446. | | 7/16/04 | Carlos Arredondo's Responses and Objections to Defendants' Request for Production | Hearsay; relevance |
| 447. | | 11/10/04 | Affidavit of Carolyn Arredondo | Hearsay; authenticity |

- 40 -

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS |
|---|---|---|---|---|
| 448. | | 11/10/04 | Affidavit of Colette Arredondo | Hearsay; authenticity |
| 449. | | 11/10/04 | Affidavit of Vanessa Arredondo | Hearsay; authenticity |
| 450. | | 11/11/04 | Affidavit of Caesar Arredondo, without exhibits | Hearsay; incomplete document; authenticity |
| 451. | | 11/11/04 | Affidavit of Edward Arredondo | Hearsay; authenticity |
| 452. | | 11/11/04 | Affidavit of John Arredondo | Hearsay; authenticity |
| 453. | | 11/12/04 | Plaintiff's Local Rule 56(A)(1) Statement | Hearsay |
| 454. | | 11/12/04 | Second Declaration of Carlos Arredondo, without exhibits | Hearsay, incomplete document |
| 455. | | 12/7/04 | Plaintiff's Local Rule 56(a)2 Statement | Relevance; hearsay |
| 456. | | 1/12/05 | Third Declaration of Carlos Arredondo, without exhibits | Hearsay; incomplete document |
| 457. | | 2/25/05 | APLP annual cash flow from leased buildings | Relevance; not produced during discovery |
| 458. | | 3/12/05 | APLP annual meeting minutes/report | Relevance; hearsay; attorney-client privilege as to email. |