# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Carlos A. Arredondo, in his capacity as
Trustee of The 2000 Trust for the Grandchildren
of Carlos A. Arredondo and Mari V. Arredondo,
General Partner of Arredondo Properties
Limited Partnership,

**APPEARANCE**

**CASE NUMBER:** 3:02CV02200 (CFD)

Plaintiff

v.

Caesar A. Arredondo, individually and in his capacity
as Trustee of The 2000 Trust for the Grandchildren of
Caesar A. Arredondo and Carolyn Abad Arredondo, et al.,

Defendants

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

All defendants in the above captioned matter

---

December 28, 2005
**Date**

_/s/ M. Kelly_
**Signature**

ct26060
**Connecticut Federal Bar Number**

David M. Kelly
**Print Clearly or Type Name**

202-408-4000
**Telephone Number**

Finnegan Henderson
**Address**

202-408-4400
**Fax Number**

~~XXXXXXXXXXXXXXXX~~ 901 New York Avenue, N.W.
Washington, DC ~~XXXXX-XXXX~~ 20001-4413

david.kelly@finnegan.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Service List.

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

This is to certify that a copy of the foregoing was sent first class mail, postage prepaid on this 19th day of January, 2006 to:

Robert P. Dolian, Esq.
Karen L. Allison, Esq.
Mena J. Bonazzaoli, Esq.
John F. Carberry, Esq.
Cummings & Lockwood LLC
107 Elm Street
Stamford, Connecticut 06902

Martin J. Elgison, Esq.
David J. Stewart, Esq.
Dana Marty Haas, Esq.
Douglas L. Bridges, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Hubert J. Santos, Esq.
Santos & Seeley
51 Russ Street
Hartford, CT  06106

_____
Craig A. Raabe