IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: November 12, 2004 |

## PLAINTIFF'S UNOPPOSED MOTION TO EXCUSE SPONSORING LAWYER

Pursuant to Local Rule 83.1(d)(1), Plaintiff Carlos A. Arredondo ("Plaintiff") applies to excuse Robert Dolian of Cummings & Lockwood LLC from attendance in court in the case. Mr. Dolian serves as local counsel in the case and sponsored the motions for admission *pro hac vice* of Martin J. Elgison and David J. Stewart of Alston & Bird, LLP, which were granted on May 9, 2003. Messrs Elgison and Stewart are lead counsel for Plaintiff in the case and will handle the trial and all other court appearances related to this case on Plaintiff's behalf. Accordingly, Plaintiff respectfully requests that Mr. Dolian be excused from further attendance in court in the case.

- 2 -

Plaintiff has conferred with Defendant, and Defendant does not oppose this motion.

Submitted this 18th day of December, 2006.

_____
ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Six Landmark Square, P.O. Box 120
Stamford, Connecticut 06901
Ph (203)327-1700
Fx (203) 708-5647

*and*

MARTIN J. ELGISON  ct24759
DAVID J. STEWART  ct24757
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000
Fx (404) 881-7777

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 18th day of December 2006, a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO EXCUSE SPONSORING LAWYER** was served upon counsel for Defendants by first class mail, addressed as follows:

Craig A. Raabe (First Class Mail)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103

Hubert J. Santos
Santos & Seeley
51 Russ St.
Hartford, CT 06106

David M. Kelly
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave, NW
Washington, DC 20001-4413

_____
Robert P. Dolian

LEGAL01/13029061v1