IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br><br><br><br><br><br><br><br><br>March 27, 2007 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel for the Plaintiff, Carlos A. Arredondo, hereby respectfully moves that Attorney Jason D. Rosenberg of the law firm Alston & Bird, LLP (Atlanta, GA) be admitted to practice *pro hac vice* in this Court for the purpose of acting as co-counsel on behalf of Plaintiff, Carlos A. Arredondo, in the above entitled action. In support of this motion, the undersigned attorney represents the following:

1. Attorney Rosenberg's office address is Alston + Bird LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, GA 30309-3424, and his e-mail address is Jason.Rosenberg@alston.com. His business telephone phone number is (404)881-7461.

2. Mr. Rosenberg is a member in good standing of the bars of the Supreme Court of Virginia and the Supreme Court of Illinois, the U.S. Courts of Appeal for the Seventh and Fourth Circuits, and the U.S. District Courts for the N.D. of Illinois, the E.D. Virginia, and the W.D. of Virginia.

3. Mr. Rosenberg has never been denied admission to or disciplined by this Court or any other court.

4. An affidavit setting forth the necessary information regarding Attorney Rosenberg's qualifications to practice before this Court, along with such other information required by D. Conn. L. Civ. R. 83.1(d), is attached hereto as Exhibit A and made a part hereof.

5. Pursuant to D. Conn. L. Civ. R. 83.1(c)(1), Mr. Rosenberg designates Robert P. Dolian, Cummings & Lockwood, LLC, Six Landmark Square, Stamford, CT 06901, telephone number (203) 327-1700, as the member of the bar of this Court upon whom service of all papers shall also be made.

6. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

7. The requisite fee of $25.00 has been submitted herewith.

WHEREFORE, the undersigned respectfully requests that this Court admit Jason D. Rosenberg, Esq., *pro hac vice,* to practice as a visiting attorney before this Court representing Plaintiff, Carlos A. Arredondo, in all matters related to this proceeding.

By /s/ *[signature]*
Robert P. Dolian (ct04278)
Mena J. Bonazzoli (ct21394)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza
107 Elm Street
Stamford, CT 06902
Tel. (203) 327-1700
Fax (203) 351-4534
Email: rdolian@cl-law.com

Martin J. Elgison (ct24759)
Email: melgison@alston.com
David J. Stewart (ct24757)
Email: dstewart@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 27th rd day of March 2007, a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

>Craig A. Raabe, Esq. (U.S. Mail)
>Edward J. Heath, Esq.
>Robin P. Keller, Esq.
>Robinson & Cole LLP
>280 Trumbull Street
>Hartford, CT 06103
>
>Elizabeth A. Fowler, Esq.
>Brown Rudnick Berleck Israels
>CityPlace I, 185 Asylum Street
>Hartford, CT 06103-3402
>
>Finnegan, Henderson, Farabow, Garretta, Dunner, LLP
>901 New York Ave., NW
>Washington, DC 20001-4413

Mena J. Bonazzoli

2315528_1.doc 3/27/2007