IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>        Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD) |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

STATE OF GEORGIA        )
                                    ) ss: Atlanta
COUNTY OF FULTON       )

        Jason D. Rosenberg, being duly sworn, hereby deposes and says:

        1.        I am over the age of eighteen years and I understand the obligations of an oath. I submit this affidavit pursuant to D. Conn. L. Civ. R. 83.1(d) in support of the motion for my admission *pro hac vice* on behalf of the Plaintiff in the above entitled action.

2. I am an associate at the law firm of Alston & Bird, LLP. My contact information is as follows:

> Alston + Bird LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, GA 30309-3424
> (404) 881-7461
> Jason.Rosenberg@alston.com

3. I am a member in good standing of the bars of the Supreme Court of Virginia and the Supreme Court of Illinois, the U.S. Courts of Appeal for the Seventh and Fourth Circuits, and the U.S. District Courts for the N.D. of Illinois, the E.D. Virginia, and the W.D. of Virginia.

4. I have never been denied admission to or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

6. Pursuant to Local Rule 83.1(c)(1), I designate Robert P. Dolian, Esq. of Cummings & Lockwood LLC and his office, Cummings & Lockwood, LLC, Six Landmark Square, Stamford, CT 06901, telephone number (203) 327-1700 as the member of the bar of this Court upon whom service of all papers shall also be made.

_____
Jason D. Rosenberg

Subscribed and sworn to before
me this ___ day of March, 2007.

_____
Notary Public
My Commission Expires: