# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>      Plaintiff,<br><br>   v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>      Defendants. | **APPEARANCE**<br><br><br><br>CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD) |

**To the Clerk of this court and all parties of record:**

    Enter my appearance as counsel in this case for:

    **Plaintiff Carlos A. Arredondo, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership.**

| | |
|---|---|
|     April 2, 2007 |     /s/ Jason D. Rosenberg |
| Date | Signature |
| | |
|     phv01770 |     Jason D. Rosenberg |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
|     (404) 881-7000 |     Alston & Bird LLP |
| Telephone Number | Address |
| | |
|     (404) 881-7777 |     1201 West Peachtree Street |
| Fax |     Atlanta, GA  30309-3424 |
| | |
|     jason.rosenberg@alston.com | |
| E-mail address | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>        Plaintiff,<br><br>    v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD) |

I certify that on this 2nd day of April, 2007, a copy of foregoing **APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    /s/ Jason D. Rosenberg
                                    Jason D. Rosenberg – phv01770
                                    1201 West Peachtree Street
                                    Atlanta, GA  30309-3424
                                    Phone:  (404) 881-7000
                                    Fax:  (404) 881-7777
                                    E-mail:  jason.rosenberg@alston.com