IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>   Plaintiff,<br><br>v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>   Defendants. | CIVIL ACTION NO.:<br>3:02 CV 02200 (CFD)<br><br><br><br><br><br><br><br><br><br><br><br>MAY 3, 2007 |

**JOINT MOTION FOR CONTINUANCE OF
HEARING ON THE PLAINTIFF'S MOTION IN LIMINE**

  The parties hereby jointly move for a continuance of the May 11, 2007 hearing on the Plaintiff's Motion in Limine. In support of this motion, the parties state the following.

  1. On January 22, 2007, the Court issued an order scheduling this matter for a bench trial to begin on June 11, 2007. The Court thus set a pretrial conference thirty days beforehand, on May 11, 2007, at which time, among other things, pretrial motions would be addressed.

  2. Thereafter, the Court conducted a telephonic status conference with the parties to advise that due to scheduling conflicts created by two criminal cases, the trial of this matter would not begin as scheduled in June, and likely would not proceed until at least September 2007.

3. During that telephonic status conference, the Court and the parties discussed proceeding on May 11, 2007 with oral argument on the Motion in Limine that the Plaintiff had appended to the parties' Joint Trial Memorandum, which was filed on December 16, 2005.

4. Following that conference, the parties further discussed the Motion in Limine and determined that to correct a miscommunication that had occurred when the Joint Trial Memorandum was filed in December 2005, the Defendants intend to submit an Amended Exhibit List and the Plaintiff intends to submit a superseding Motion in Limine and supporting Memorandum of Law.

5. The Plaintiff expects that its superseding Motion in Limine and supporting Memorandum of Law will be filed by May 25, 2007. The Defendants expect that their Opposition Memorandum will then be filed by June 22, 2007. The Plaintiff reserves its right to file a Reply within ten days thereafter.

6. In the interests of judicial economy, the parties request that they be permitted until June 22, 2007 to propose multiple dates in August 2007 to conduct the hearing on the Plaintiff's Motion in Limine.

7. This is the parties' first request for a continuance of this hearing.

WHEREFORE, the parties jointly move for a continuance of the May 11, 2007 hearing on the Plaintiff's Motion in Limine, and further move that they be permitted until June 22, 2007 to propose multiple dates in August 2007 to conduct the hearing on that Motion.

/s/ Robert P. Dolian
ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph (203)327-1700; Fax (203) 708-5647

MARTIN J. ELGISON (ct24759)
DAVID J. STEWART (ct24757)
JASON D. ROSENBERG (phv01770)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000; Fax (404) 881-7777

Counsel for Plaintiff


/s/ Edward J. Heath
CRAIG A. RAABE (CT04116)
EDWARD J. HEATH (CT20292)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8200
Facsimile: (860) 275-8299
craabe@rc.com
eheath@rc.com

HUBERT J. SANTOS (CT00069)
Santos & Seeley, P.C.
51 Russ Street
Hartford, CT 06106
Phone: (860) 249-6548

DAVID M. KELLY, *pro hac vice*
Finnegan, Henderson, Farabow, Garrett & Dunner,
 LLP
1300 I Street, NW
Washington, DC 20005-3315
Phone: (202) 408-4000

Counsel for Defendants

## **ORDER**

The foregoing motion having been presented to the Court, it is hereby ordered

GRANTED/DENIED on this        day of                , 2007.

                                      BY THE COURT

                                      _____
                                      Judge/Clerk