IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>       Plaintiff,<br><br>      v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>       Defendants. | May 25, 2007<br><br><br><br>CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD) |

**JOINT MOTION TO FILE DEFENDANTS' AMENDED EXHIBIT LIST AND
PLAINTIFF'S AMENDED MOTION IN LIMINE**

      Pursuant to the Court's May 9, 2007 Order granting the parties' joint motion to continue the hearing on the plaintiff's motion in limine, the parties hereby jointly move for an order allowing (1) Defendants to file Defendants' Amended Exhibit List and (2) Plaintiff to file Plaintiff's Amended Motion in Limine and Memorandum of Law in Support Thereof. In support of this motion, the parties state the following:

      1.      On December 16, 2005, the parties submitted their Joint Trial Memorandum in accordance with the Trial Memorandum Order entered by the Court.

ORAL ARGUMENT NOT REQUESTED

2.	After filing the Joint Trial Memorandum, the parties realized that, due to a miscommunication between counsel, the Defendants' Exhibit List and objections thereto submitted with the Joint Trial Memorandum was an incorrect version that omitted several of the Defendants' proposed exhibits and included the wrong number for others.

3.	Accordingly, the Plaintiff's Motion In Limine that was submitted as part of the Joint Trial Memorandum contained references to exhibit numbers from the incorrect Exhibit List.

4.	On May 3, 2007, the parties jointly moved for a continuance of the May 11 hearing on the Plaintiff's Motion in Limine. By that motion, the parties also sought permission for the Plaintiff to submit an Amended Motion in Limine and the Defendants to submit an Amended Defendants' Exhibit List by May 25, 2007, and the Defendants' to submit an Opposition Memorandum by June 22, 2007.

5.	The parties have now rectified the mistakes in the Defendant's Exhibit List and in the Plaintiff's Motion In Limine, and hereby request that they be allowed to file (1) Defendant's Amended Exhibit List and (2) Plaintiff's Amended Motion In Limine and Memorandum in Support Thereof, copies of which are attached hereto as Exhibit A and B, respectively.

WHEREFORE, the parties jointly move for an order allowing Defendant to file Defendant's Amended Exhibit List and Plaintiff to file Plaintiff's Amended Motion in Limine and Memorandum in Support Thereof.

Respectfully submitted, this 25th day of May, 2007.

- 3 -

/s/ Martin J. Elgison
ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph  (203)327-1700; Fx  (203) 708-5647

MARTIN J. ELGISON (ct24759)
DAVID J. STEWART (ct24757)
JASON D. ROSENBERG (phv01770)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000; Fx (404) 881-7777

Counsel for Plaintiff


/s/ Edward J. Heath
CRAIG A. RAABE (CT04116)
EDWARD J. HEATH (CT20292)
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-8200
Facsimile: (860) 275-8299
craabe@rc.com
eheath@rc.com

HUBERT J. SANTOS (CT00069)
Santos & Steeley, P.C.
51 Russ Street
Hartford, CT 06106
Phone: (860) 249-6548

DAVID M. KELLY, *pro hac vice*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1300 I Street, NW
Washington, DC 20005-3315
Phone: (202) 408-4000

Counsel for Defendants