A

## DEFENDANTS' AMENDED EXHIBIT LIST

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 1. | 00258 - 00262 | Undated | Action of the Directors of Westy's Connecticut, Inc. | No objections | Same |
| 2. | 00308 - 00312 | Undated | Action of the Directors of Westy's New York, Inc. | No objections | Same |
| 3. | 00270 | Undated | Action of the Shareholders of Westy's Connecticut, Inc. re: election of directors | No objections | Same |
| 4. | 00314 | Undated | Action of the Shareholders of Westy's New York, Inc. where Caesar was elected director | No objections | Same |
| 5. | 02413 | Undated | Amortization Schedule re: Kost Road, Parcel C, Loan # 144990-7 | Relevance; authentication | Same |
| 6. | 00322 - 00323 | Undated | APLP Mission | No objections | Same |
| 7. | 02521 | Undated | Application for Foundation Building Permit re: 80 Brownhouse Road, Stamford, CT | No objections | Same |
| 8. | 02473 - 02474 | Undated | Assignment of Leasehold Interests by Michael Friedman, et al. to Norwalk Project, LLC | Relevance | Same |
| 9. | 00691 - 00692 | Undated | Brochure for Westy at Your Door in Elmsford, NY | No objections | Same |
| 10. | 00249 - 00256 | Undated | Bylaws of Westy's Connecticut, Inc. | No objections | Same |
| 11. | 00297- 00304 | Undated | Bylaws of Westy's New York, Inc. | No objections | Same |
| 12. | 00144 | Undated | Draft of Trademark Assignment assigning Westy trademarks from Westy Connecticut, Inc. to Arredondo & Co, LLC | No objections | Same |
| 13. | 01398 - 01400 | Various | Entries from Caesar Arredondo's calendar/date book | Relevance; authenticity; hearsay | Same |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 14. | | Undated | Handwritten note re: benefits to APLP | Relevance; inadmissible settlement document; hearsay | Same |
| 15. | 02778 - 02779 | Undated | Handwritten notes re: Milford expenditures | Relevance; hearsay; authenticity | Same |
| 16. | 02775 | Undated | Handwritten notes re: status of corporations and bank account information | Relevance; hearsay; authenticity | Same |
| 17. | 00044 | Undated | Handwritten notes re: trademarks | No objections | Same |
| 18. | 00654 – 00655 | Undated | Pennysaver brochure with advertisement for Westy Storage in Port Chester, Tuckahoe and Elmsford, NY | No objections | Same |
| 19. | 00658 – 00659 | Undated | Pennysaver brochure with advertisement for Westy Storage in Port Chester, Tuckahoe and Elmsford, NY | No objections | Same |
| 20. | 02946 | Undated | Photo of proposed Westy's Self-Storage Campus – Milford, CT, with dog on roof | Relevance; hearsay; authenticity-document misidentified | Same |
| 21. | 02949 | Undated | Photo of proposed Westy's Self-Storage Campus – Milford, CT, without dog on roof | Relevance; hearsay; authenticity-document misidentified | Same |
| 22. | 27543 – 27544 | Undated | Picture of advertisement on delivery van | No objections | Same |
| 23. | 27545 - 27546 | Undated | Picture of reception area | No objections | Same |
| 24. | 02472 | Undated | Sale of 50 Keeler Avenue, Norwalk, CT Michael Friedman, et al. (Sellers) to Norwalk Project, LLC (Purchaser) | No objections | Same |
| 25. | 00656 – 00657 | Undated | Shoppers Guide brochure with advertisement for Westy storage in Port Chester, NY | No objections | Same |
| 26. | 29195 | | Sketch of PCX/NY | Authenticity | Same |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 27. | 00529 - 00552 | Undated | Various logo exemplars | No objections | Same |
| 28. | 29162 - 29172 | Undated | Various pictures of dogs, along with blank order form from Lakeshore Artisans | Relevance; produced after discovery closed | Same |
| 29. | 00667 | Undated | Westy logo with (888) 8-WESTYS number to call | No objections | Same |
| 30. | 00406 | Undated | Westy's Self-Storage Campus letterhead, with logo of dog with front paws on box | No objections | 32 |
| 31. | 01036 – 01049 | Various | Application file history from PTO obtained by Finnegan | No objections | 33 |
| 32. | 02749 - 02772 | Various | Various advertisements and coupons for Westy storage centers | No objections | 34 |
| 33. |  | 1/25/78 | Agreement by and between Caesar Arredondo and Carlos Arredondo | Relevance | 35 |
| 34. |  | 2/27/81 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 37 |
| 35. |  | 2/26/82 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 38 |
| 36. |  | 3/7/83 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 39 |
| 37. |  | 3/5/84 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 40 |
| 38. |  | 3/11/85 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 41 |
| 39. |  | 3/10/86 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 42 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 40. | | 3/6/87 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 43 |
| 41. | 00378 - 00379 | 5/--/87 | Founders' Credo Arredondo Properties Limited Partnership, along with Member's Pledge | No objections | 44 |
| 42. | | 3/14/88 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 45 |
| 43. | 02780-02781 | 1989 | Disbursements for Building Port Chester, NY | No objections | 46 |
| 44. | 27527 | 2/1/89 | Sketch of front elevation of Westy facility | Relevance; authenticity | 47 |
| 45. | 27615 | 2/1/89 | Sketch of south elevation of Milford, CT facility | Relevance; authenticity; hearsay | 48 |
| 46. | 03971 - 03973 | 2/15/89 | Quit Claim Deed from Barbara Lisman and Robert Lee to City of Milford re: Rowe Avenue, Milford, CT | Relevance; authenticity; incomplete document | 49 |
| 47. | | 2/28/89 | APLP annual meeting minutes/report | Relevance; authenticity-document misidentified | 50 |
| 48. | 29196 – 29197 | 5/10/89 | Memo from Carlos Arredondo to Milford self-storage file re: investigation of self-storage market in Milford | Relevance; hearsay | 51 |
| 49. | 27595 | 6/7/89 | Sketch of Port Chester facility | No objections | 52 |
| 50. | | 6/16/89 | Sketch of Jarboe Site self-storage facility in Trumbull, CT | Relevance; authenticity; hearsay; produced after discovery closed | 53 |
| 51. | 29207 | 6/16/89 | Sketch of facility (circular arena) | Relevance; produced after discovery closed; authenticity; hearsay | 54 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 52. | 03639 – 03652 | 6/28/89 | Agreement between Caesar Arredondo and Carlos Arredondo and Barbara Lisman and Robert Lee re: properties located in NC and CT | Relevance | 55 |
| 53. | 02447 – 02457 | 6/29/89 | Agreement re: Port Chester property | No objections | 56 |
| 54. | 00010 – 00013 | 7/11/89 | Warranty Deed from Barbara Lisman and Robert Lee to Caesar Arredondo and Carlos Arredondo re: Lot 2, Rowe Avenue, Milford, CT | Relevance | 57 |
| 55. | 29159 – 29160 | 8/7/89 | Receipt from Lakeshore Artisans, Inc. | Relevance; produced after discovery closed | 58 |
| 56. | 29173 - 29174 | 8/7/89 | Letter from Pat McCoy to Cairnucopia enclosing check for order of West Highland White Terrier Midget Dog, attached is copy of pewter midget dog advertisement | Relevance; produced after discovery closed | 59 |
| 57. | 29175 – 29176 | 8/7/89 | Letter from Pat McCoy to Dulux Ltd. enclosing $1.00 for catalog and price list for pullovers and cardigans, specifically requesting West Highland White Terrier design, with attached reply of how to place order | Relevance; produced after discovery closed | 60 |
| 58. | 29198 – 29199 | 8/9/89 | Memo from Carlos Arredondo to Hurwitz & Sagarin File re: meeting with Lewis Hurwitz on 7/27/89 | Relevance; produced after discovery closed | 61 |
| 59. | 06346 – 06348 | 8/18/89 | Invoice from Day, Berry & Howard to Arredondo & Company in the total amount of $5,673.94 | Relevance; authenticity-document misidentified | 62 |
| 60. | 05221 | 8/25/89 | Revised Site Plan re: Port Chester, NY | No objections | 63 |
| 61. | 00526 - 00527 | 8/31/89 | Memo from Jean Martine to Caesar Arredondo attaching various draft sketches of dog | Relevance | 64 |
| 62. | 29204 | 9/6/89 | Sketch of self-storage facility in Milford, CT (shows person and car) | Relevance; produced after discovery closed; authenticity; hearsay | 65 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 63. | 06284 – 06287 | 9/15/89 | Letter from Jerry Marcus, Malcolm Pirnie, Inc., to Caesar Arredondo re: Port Chester, NY site audit | No objections | 66 |
| 64. | 29177 - 29183 | 9/15/89 | Order form from C. Arredondo to Cairnucopia re: ceramic W. Highland White Terrier from North light, along with attached ceramic samples | Relevance; produced after discovery closed | 67 |
| 65. | 29205 | 9/16/89 | Sketch of lobby section "A" | Relevance; produced after discovery closed; authenticity | 68 |
| 66. | 23356 - 23358 | 9/19/89 | Invoice from Malcolm Pirnie to Arredondo & Co. re: two Site Audits – Milford, CT and Westchester in the amount of $11,158.74 | Relevance | 69 |
| 67. | 02459 | 9/27/89 | Letter from Carlos Arredondo to Manuel Nieto re: mutual agreement to substitute various dates | No objections | 70 |
| 68. | 23362 - 23363 | 10/25/89 | Invoice from Malcolm Pirnie to Arredondo & Co. re: two Site Audits – Milford, CT and Westchester in the amount of $2,084.35 | Relevance | 71 |
| 69. | 02458 | 11/1/89 | Letter from Carlos Arredondo to Manuel Nieto re: mutual agreement to substitute various dates | No objections | 72 |
| 70. | 05142; 05118 | 11/8/89 | Letter from Powsner & Powsner re: 351 North Main Street, Port Chester, NY | No objections | 73 |
| 71. | | 11/9/89 | Letter from Chase Manhattan Bank to Carlos Arredondo re: property in Norwalk, CT | Relevance; produced after discovery closed | 74 |
| 72. | 02460 | 12/11/89 | Letter from Carlos Arredondo to Manuel Nieto re: mutual agreement to substitute various dates | No objections | 75 |
| 73. | | 12/20/89 | Proposed Tenets of Deal re: Norwalk Land – Towers Phase II | Relevance; produced after discovery closed | 76 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 74. | | 12/21/89 | Facsimile from Jerome Berkman, Esq. to Caesar Arredondo attaching letter re: representation of company re: plans for self-storage facilities in the Northeast | Relevance; produced after discovery closed; authenticity | 77 |
| 75. | 22862 | 12/27/89 | Invoice from Craig Pedersen of Autocad Consulting Services to Caesar Arredondo re: hours to date on storage campus for Port Chester, NY | No objections | 78 |
| 76. | 26073 - 26075 | 1990 | Draft Assignment and Assumption of Subcontract between _____ ("Subcontractor"), Sordoni Construction Company and Sordoni Skanska Construction Company and Westy's Port Chester Limited Partnership | No objections | 79 |
| 77. | 22864 | 1/5/90 | Check from Arredondo Properties payable to Craig Pedersen in the amount of $3,210.00 | No objections | 80 |
| 78. | 00015 - 00019 | 1/12/90 | Deed between Manuel Nieto and Westy's Port Chester, L.P. re: Port Chester property | No objections | 81 |
| 79. | 23243 | 2/21/90 | Invoice from Day, Berry & Howard to Arredondo & Company in the total amount of $4,779.50 | Relevance | 82 |
| 80. | 23366 - 23368 | 2/28/90 | Invoice from Malcolm Pirnie to Arredondo & Co. re: two Site Audits – Milford, CT and Westchester in the amount of $4,150.02 | Relevance | 83 |
| 81. | | 2/28/90 | APLP annual meeting minutes/report | Authenticity- document misidentified | 84 |
| 82. | | 3/1/90 | Application for permit to build re: 351 North Main Street, Port Chester, NY | No objections | 85 |
| 83. | 00474 – 00493 | 3/1/90 | Agreement of Limited Partnership of Westy's Port Chester Limited Partnership | No objections | 86 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 84. |  | 3/26/90 | Building Permit for 351 North Main Street, Port Chester, NY | No objections | 87 |
| 85. | 26013 – 26055 | 3/27/90 | Construction Contract re: Westy's Port Chester Limited Partnership and Sordoni Construction Co. | No objections | 88 |
| 86. | 00020 | 4/12/90 | Facsimile from Vollmer Associates re: storm and sanitary sewer erosion control | Relevance | 89 |
| 87. | 11500 – 11501 | 5/31/90 | Certificate of Capital Improvement re: Westy's Port Chester Limited Partnership and Saldi Excavating Contractors, Inc. | No objections | 90 |
| 88. | 25597 | 7/19/90 | Letter from Caesar Arredondo to John Braun welcoming him to employment with Arredondo & Co. | Relevance | 91 |
| 89. | 29189 - 29194 | 7/19/90 | Letter from Carlos Arredondo to Richard Graves of Union Trust enclosing listing of properties as of 7/19/90 | Relevance; produced after discovery closed | 92 |
| 90. | 29190 – 29194 | 7/19/90 | Investment real estate of Caesar and Carlos Arredondo, prepared for Union Trust Company | Relevance; produced after discovery closed | 93 |
| 91. | 03086 - 03088 | 8/10/90 | Accounting of costs for Greenwich project | Authenticity- document misidentified | 94 |
| 92. | 29184 - 29188 | 8/13/90 | Union Trust Wire Transfer Agreement | Relevance; produced after discovery closed | 95 |
| 93. | 04245 | 8/22/90 | Standard Precast Concrete Wall Panels | Relevance | 96 |
| 94. | 25596 | 8/28/90 | Agreement signed by John Braun to Arredondo & Co. re: terms of employment/termination of employment | Relevance; authenticity | 97 |
| 95. | 11563 – 11564 | 9/14/90 | Letter from Ken Anton, Project Manager of Sordoni Construction Company to Westy's Port Chester Limited Partnership re: Site Storm Revisions at Port Chester facility | No objections | 98 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 96. | 00021 - 00024 | 10/16/90 | Handwritten notes from zoning meeting | Relevance | 99 |
| 97. | 03943 - 03946 | 10/18/90 | Letter from Leon Wolochuk of Vollmer Associates to Thomas Riley re: proposal to perform professional engineering services for Milford, CT project (signed in acceptance on 10/23/90) | Relevance; authenticity | 100 |
| 98. | 23245; 23244 | 10/22/90 | Invoice from Day, Berry & Howard to Arredondo & Company in the total amount of $4,588.78 | Relevance | 101 |
| 99. | 03963 | 10/24/90 | Facsimile from T. Riley to Dave Bartlet of Vollmer Assoc. re: site plan drawing/trench drain | Relevance; authenticity | 102 |
| 100. | 22984 | 10/25/90 | Con Edison customer's deposit receipt in the amount of $2,000.00 re: 351 North Main Street | No objections | 103 |
| 101. | 03025 - 03028 | 10/26/90 | Letter from Bruce Laskey of Northeast Soils, Inc. to Arredondo & Co. re: soil report of Westy's Storage in Milford, CT | Relevance | 104 |
| 102. | 03029 | 10/26/90 | Site Layout Plan of Westy's in Milford, CT (A-1) | Relevance; hearsay; authenticity | 105 |
| 103. | 08492 | 10/28/90 | Letter from Carlos Arredondo to Richard Graves of Union Trust re: Westy's facility in Port Chester, NY | No objections | 106 |
| 104. | 03992 | 10/30/90 | Calculations from Vollmer Associates re: Westy's in Milford, CT | Relevance; authenticity | 107 |
| 105. | 04030 | 10/31/90 | Letter from James Connors, Fire Marshal of Milford, CT re: request for information | Relevance | 108 |
| 106. | 26069 - 26072 | 11/--/90 | Draft Agreement between Westy's Port Chester Limited Partnership and Sordoni Skanska Construction Co. | No objections | 109 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 107. | 04029 | 11/1/90 | Letter from Lewis Hurwitz, Esq. to Arredondo & Co. re: preliminary report from fire marshal | Relevance | 110 |
| 108. | 00025 - 00026 | 11/5/90 | Letter from Thomas Riley to Inland Wetland Agency of Milford, CT | Relevance; authenticity | 111 |
| 109. | 04112 | 11/5/90 | Facsimile from Arredondo & Co. to Lewis Hurwitz, Esq. re: various site plans | Relevance | 112 |
| 110. | 03021 - 03024 | 11/6/90 | Application for Permit for Regulated Activity in Wetlands, Watercourses and Regulated Areas, along with Reporting Form | Relevance | 113 |
| 111. | 00029 | 11/8/90 | Memo from Mary Anne Davis, Compliance Officer at Inlands Wetlands Office in Milford, CT to Applicants Caesar and Carlos Arredondo re: construction of storage warehouse | Relevance | 114 |
| 112. | 00030 | 11/8/90 | Receipt from City of Milford, CT to Carlos Arredondo in the amount of $10.00 representing payment of application fee | Relevance | 115 |
| 113. | 04237 | 11/8/90 | Zone Change Plan re: Rowe Avenue, Milford, CT | Relevance | 116 |
| 114. | 04108 | 11/13/90 | Facsimile from Thomas Riley to Dave Johnson of Regional Water Authority re: Landscaping and Lighting Plan A-2; flow test report form | Relevance; authenticity | 117 |
| 115. | | 11/15/90 | Letter from Union Trust Company to Carlos Arredondo and Caesar Arredondo re: renewal of $15,000,000.00 unsecured line of credit to APLP, and/or Carlos and Caesar Arredondo | Relevance; produced after discovery closed | 118 |
| 116. | 26172 | 11/16/90 | American Arbitration Association Demand for Arbitration from Sordoni Skanska Construction Co. to Westy's Port Chester Limited Partnership | Relevance | 119 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 117. | 26171 | 11/16/90 | Letter from Richard Wenger of Peckar & Abramson to American Arbitration Association re: Sordoni Skanska Co. v. Westy's Port Chester | Relevance | 120 |
| 118. | 00031 - 00033 | 11/20/90 | Letter from John Casey, City Engineer, City of Milford, CT to Lewis Hurwitz, Esq. re: Westy's Self Storage Campus on Rowe Avenue | Relevance | 121 |
| 119. | 29206 | 11/27/90 | Second Floor Plan of Westy's in Milford, CT (A-0) | Relevance; produced after discovery close; authenticity; hearsay | 122 |
| 120. | 26066 - 26075 | 11/29/90 | Facsimile cover sheet attaching letter from Tom Byrne, Esq. to Caesar Arredondo re: Westy's Port Chester Limited Partnership, enclosing the following: revised draft agreement by and between Westy's Port Chester Limited Partnership and Sordoni Construction Co., and draft Assignment and Assumption of Subcontract | No objections | 123 |
| 121. | 26067 - 26068 | 11/29/90 | Letter from Thomas Byrne, Esq. to Caesar Arredondo re: Westy's Port Chester Limited Partnership, enclosing the following: revised draft agreement by and between Westy's Port Chester Limited Partnership and Sordoni Construction Co., and draft Assignment and Assumption of Subcontract | No objections | 124 |
| 122. | 00034 – 00035 | 11/30/90 | Letter from Vollmer Associates to Arredondo & Co. re: Westy's Self Storage Campus in Milford, CT | Relevance | 125 |
| 123. | 00037 – 00039 | 12/4/90 | Memo from John Casey, City Engineer to Wade Pierce, City Planner re: off street parking plan submitted by Westy's meets regulations | Relevance; authenticity | 126 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 124. | 04150 | 12/4/90 | Memo from John Casey, City Engineer to Wade Pierce, City Planner re: off street parking for 30 Rowe Avenue | Relevance; authenticity | 127 |
| 125. | 00036 - 0039 | 12/7/90 | Letter from Lewis Hurwitz, Esq. to Arredondo & Co. re: Rowe Avenue, Milford, CT enclosing revised approval from Engineering Dept. | Relevance; authenticity | 128 |
| 126. | 04101 | 12/10/90 | Facsimile from Thomas Riley to John Casey of City of Milford Engineering Bureau re: revised drainage calculations | Relevance; authenticity | 129 |
| 127. | | 1991 | Westys Connecticut, Inc. IRS form for an S Corporation | No objections | 130 |
| 128. | 00494 - 00514 | 1/1/91 | Amended and Restated Agreement of Limited Partnership of Westy's Port Chester Limited Partnership | No objections | 131 |
| 129. | 03935 | 1/2/91 | Revised Pipe Layout Storm Sewer | Relevance; authenticity | 132 |
| 130. | 03936 - 03938 | 1/2/91 | Facsimile from Dave Bartlett of Vollmer Associates to Tom Riley attaching 2 sketches of piping | Relevance; authenticity | 133 |
| 131. | 03848 - 03889 | 1/4/91 | Engineering Evaluation Stormwater Drainage and Sanitary Sewage re: Westy's in Milford, CT | Relevance; authenticity | 134 |
| 132. | 03082 | 1/16/91 | Facsimile from Arredondo & Co. to Leake & Nelson Co. re: preliminary framing plans | Relevance; authenticity | 135 |
| 133. | 00041 | 1/22/91 | Memo from James Connors, Fire Marshal, Milford Fire Dept., to Lewis Hurwitz, Esq. re: 30 Row Avenue | Relevance; authenticity | 136 |
| 134. | 03085 | 1/22/91 | Quote from Leake & Nelson Co. for erection of building in Greenwich, CT | Relevance; authenticity | 137 |
| 135. | 03089 | 1/22/91 | Erection estimate sheet for Greenwich project | Relevance; authenticity | 138 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 136. | 26060 | 1/30/91 | Letter from Jeffrey Zaino of American Arbitration Association to Bruce Meller, Esq. and Robert Harris, Esq. confirming case has been settled | Relevance | 139 |
| 137. | 03083 - 03084 | 2/11/91 | Memo from Tom at Arredondo & Co. to Leake & Nelson re: visitation report from trip to Leake & Nelson | Relevance; authenticity | 140 |
| 138. | 00042 | 2/13/91 | Memo from Bev. of Arredondo & Co. re: instructions for Westy's trademark registration | No objections | 141 |
| 139. | 00419 - 00473 | 2/15/91 | Trademark Research Report re: WESTY'S | No objections | 142 |
| 140. | 00043 | 2/19/91 | Facsimile from Alan Shaver, Esq. to Beverly Symonds of Arredondo & Co. re: formation of new corporations | No objections | 143 |
| 141. | 00407 - 00408 | 2/21/91 | Memo from Alan Shaver to Carlos Arredondo re: trademark search: WESTY'S | No objections | 144 |
| 142. | 00516 | 2/21/91 | Certificate of Amendment to Certificate of Limited Partnership of Westy's Port Chester Limited Partnership | None | 145 |
| 143. | 00517 - 00518 | 2/21/91 | Assignment Agreement and Consent by and between Westy's Self-Storage Campus, Inc. and the 1987 Trust for the Grandchildren of Caesar Arredondo and Carolyn Arredondo, Carlos Arredondo, Trustee and Trust "A" for the Grandchildren of Carlos Arredondo and Mari Arredondo, Caesar Arredondo, Trustee | None | 146 |
| 144. | 02931 | 2/21/91 | Building Sections Plan of Westy's in Milford, CT (A-11) | Relevance; authenticity | 147 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 145. | 00048 - 00054 | 2/22/91 | Facsimile from Alan Shaver to Carlos Arredondo re: trademark applications/formation of new corporations, attaching trademark application for Westy's and trademark application for design of dog | No objections | 148 |
| 146. | 00055 - 00056 | 2/22/91 | State of CT Certificate of Incorporation of Westy's Connecticut, Inc. | No objections | 149 |
| 147. | 00057 - 00058 | 2/22/91 | State of CT Certificate of Incorporation of Westy's New York, Inc. | No objections | 150 |
| 148. | 00082 - 00083 | 2/22/91 | Certificate of Incorporation of Westy's Connecticut, Inc., as file stamped by CT Secretary of State | No objections | 151 |
| 149. | 00295 | 2/22/91 | Appointment of Statutory Agent for Service of Westy's Connecticut, Inc. | Relevance | 152 |
| 150. |  | 2/25/91 | APLP annual meeting minutes/report | Authenticity- document misidentified | 153 |
| 151. | 29200 – 29203 | 2/26/91 | Letter from Thomas Riley, Project Architect to John Altieri, Consulting Engineers re: invitation to submit a proposal for engineering services at 30 Rowe Avenue | Relevance; produced after discovery closed; authenticity | 154 |
| 152. | 00515 – 00516 | 2/27/91 | Connecticut Secretary of State confirmation of filing and receipt of fees re: Westy's Port Chester Limited Partnership, with attached Certificate of Amendment to Certificate of Limited Partnership of Westy's Port Chester Limited Partnership dated 2/21/91 | No objections | 155 |
| 153. | 00049 - 00051 | 2/28/91 | Draft of trademark application re: Westy's mark | No objections | 156 |
| 154. | 00052 - 00054 | 2/28/91 | Draft of trademark application re: design (of dog) mark | No objections | 157 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 155. | 00268 | 3/--/91 | Letter from Caesar Arredondo to the Board of Directors of Westy's Connecticut, Inc. re: purchase of stock | No objections | 158 |
| 156. | 00269 | 3/--/91 | Letter from Carlos Arredondo to the Board of Directors of Westy's Connecticut, Inc. re: purchase of stock | No objections | 159 |
| 157. | 00313 | 3/--/91 | Letter from Caesar Arredondo to Board of Directors of Westy's New York, Inc. re: purchase of stock | No objections | 160 |
| 158. | 00292 | 3/5/91 | Filing receipt re: Westy's New York, Inc. Certificate of Incorporation | No objections | 161 |
| 159. | 00296 | 3/5/91 | Organization and First Biennial Report re: Westy's New York, Inc. | No objections | 162 |
| 160. | 03546 | 3/6/91 | Building and Interior Galleria Elevations Plan of Westy's in Milford, CT (A-2) | Relevance; authenticity | 163 |
| 161. | 03545 | 3/6/91 | Building elevations of Westy's in Milford, CT (A-1) | Relevance; authenticity | 164 |
| 162. | 03544 | 3/6/91 | Panel Schedule and Reflected Ceiling of Westy's in Milford, CT (A-3) | Relevance; authenticity | 165 |
| 163. | 26839 - 26843 | 3/6/91 | Quality Control Field Report re: Port Chester, NY | No objections | 166 |
| 164. | 00060 | 3/7/91 | Appointment of Statutory Agent for Service of Westy's Connecticut, Inc. | No objections | 167 |
| 165. | 00062 | 3/8/91 | Incorporator's Organizational Meeting of Westy's New York, Inc. | No objections | 168 |
| 166. | 00064 | 3/8/91 | Filing receipt re: Westy's Connecticut, Inc. re: Certificate of Incorporation | No objections | 169 |
| 167. | 00315; 00318 | 3/8/91 | Westy's New York, Inc. share certificates cover sheet with attached list of stockholders | No objections | 31 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 168. | 00317 | 3/8/91 | Westy's New York, Inc. stock certificate # 1 issued to Caesar Arredondo in the amount of 1,000 shares | No objections | 170 |
| 169. | 00257 | 3/9/91 | Incorporator's Organizational Meeting of Westy's Connecticut, Inc. | No objections | 171 |
| 170. | 00068 – 00072; 00067 | 3/11/91 | Letter from Alan Shaver, Esq. to Commissioner of Patents and Trademarks enclosing application to register Westy's as a trademark in class 39 | No objections | 172 |
| 171. | 00070 – 00072; 00067 | 3/11/91 | Trademark re: Westy's mark | No objections | 173 |
| 172. | 00387 | 3/11/91 | Letter from Alan Shaver, Esq. to Commissioner of Patents and Trademarks re: application to register Westy's as a trademark in class 39 | No objections | 174 |
| 173. | 00388 - 00391 | 3/11/91 | Request for registration of Westy's Connecticut, Inc. mark – Westy's for international class 39 services | No objections | 175 |
| 174. | 00394 | 3/11/91 | Letter from Alan Shaver to Commissioner of Patents and Trademarks enclosing application to register design of dog as a trademark in class 39 | No objections | 176 |
| 175. | 00395 - 00398 | 3/11/91 | Request for registration of Westy's Connecticut, Inc. mark – design (of dog) for international class 39 services, along with advertisement for Westy's | No objections | 177 |
| 176. | 00409; 00412 | 3/11/91 | Various logos | No objections | 178 |
| 177. | 00386 | 3/13/91 | Filing receipt for trademark application re: Westy's Connecticut, Inc. service mark, Serial No. 74/147271 | No objections | 179 |
| 178. | 00393 | 3/13/91 | Filing receipt for trademark application re: service mark, miscellaneous design, Serial No. 74/147270 for owner: Westy's Connecticut, Inc. | No objections | 180 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 179. | 03039 – 3045 | 3/13/91 | Quote from Overhead Door Co. of Norwalk, CT to Arredondo & Co. re: order for 20 plus doors, along with information on rolling doors and technical data | Relevance; authenticity | 181 |
| 180. | 03675 – 03679 | 3/13/91 | Bid Proposal and facsimile from Joe Creighton of HH Robertson to C. Arredondo attaching price study and summary | Relevance; authenticity; incomplete document | 182 |
| 181. | 00074 – 00075 | 3/15/91 | Westy's CT, Inc. share certificates cover sheet with attached list of stockholders | No objections | 183 |
| 182. | 00271 | 3/15/91 | Application for Employer Identification Number re: Westy's Connecticut, Inc. | No objections | 184 |
| 183. | 00278 | 3/15/91 | Stock certificate # 1 of Westy's Connecticut, Inc. issued to Caesar Arredondo in the amount of 500 shares | No objections | 185 |
| 184. | 02934 | 3/19/91 | Wall Sections Plan of Westy's in Milford, CT (A-14) | Relevance | 186 |
| 185. | | 3/23/91 | Facsimile from Alan Shaver, Esq. to Carlos Arredondo re: formation of new corporations/trademark applications | No objections | 187 |
| 186. | 00248 | 3/28/91 | Organization and First Biennial Report re: Westy's Connecticut, Inc. | No objections | 188 |
| 187. | 00281 | 3/28/91 | Election by a Small Business Corporation re: Westy's Connecticut, Inc. | No objections | 189 |
| 188. | 00319 | 3/29/91 | Letter from Alan Shaver to Carlos Arredondo re: action of Directors of Westy's New York, Inc. re: deletion of "S" status | No objections | 190 |
| 189. | 03556 – 03578 | 3/26/91 - 4/3/91 | Testwell Craig Laboratories Field Test Boring Logs of Westy's in Milford, CT | Relevance; authenticity | 191 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 190. | 00078 - 00080 | 4/4/91 | Letter from Alan Shaver, Esq. to Carlos Arredondo enclosing invoices re: incorporation in CT of two corporations | No objections | 192 |
| 191. | 00079 - 00080 | 4/4/91 | Invoice from Weber Neville & shaver to Arredondo & Co. re: legal fees for formation of Westy's CT, Inc., Westy's NY, Inc. and trademark work, along with statement of disbursements | No objections | 193 |
| 192. | 03158 - 03160 | 4/9/91 | Letter from J.A. Creighton of H.H. Robertson Company to Caesar Arredondo re: revised layout of Westy's in Milford, CT, attached are 2 drawings | Relevance | 194 |
| 193. | 03204 - 03206 | 4/11/91 | Letter from Patrick Johnson of Lamit Industries, Inc. to Caesar Arredondo re: revision of 4/4/91, attached are 2 drawings of proposed "in-panel" window system | Relevance | 195 |
| 194. | 04737 – 04740 | 4/12/91 | Supplier – I – Contract/Agreement by and between Caesar and Carlos Arredondo and Play-Clay Inc. | Relevance | 196 |
| 195. | 02943 | 4/12/91 | Grading & Drainage Plan of Westy's in Milford, CT (SD-1) | Relevance; authenticity | 197 |
| 196. | 02922 | 4/14/91 | Site Layout Plan of Westy's in Milford, CT (A-1) | Relevance; authenticity | 198 |
| 197. | 02939 | 4/18/91 | Typical MTL Building Plans Sections and Elevation of Westy's in Milford, CT (A-20) | Relevance; authenticity | 199 |
| 198. | 02923 | 4/24/91 | Site Plan/Ground Floor Plan of Westy's in Milford, CT (A-2) | Relevance; authenticity | No. Ex. # |
| 199. | 02932 | 4/25/91 | Wall Sections of Westy's in Milford, CT (A-13) | Relevance; authenticity | 201 |
| 200. | 02928 | 4/26/91 | Building Elevations of Westy's in Milford, CT (A-8) | Relevance; authenticity | 200 |

| EX. # | BATES NUMBER | DATE | DESCRIPTION | OBJECTIONS | OLD EX. # |
|---|---|---|---|---|---|
| 201. | 02929 | 4/26/91 | Interior Galleria Elevation of Westy's in Milford, CT (A-9) | Relevance; authenticity | 202 |
| 202. | 02933 | 4/26/91 | Wall Sections of Westy's in Milford, CT (A-14) | Relevance; authenticity | 203 |
| 203. | 02924 | 4/30/91 | Main Floor Plan of Westy's in Milford, CT (A-4) | Relevance; authenticity | 204 |
| 204. | 02925 | 4/30/91 | Second Floor Plan of Westy's in Milford, CT (A-5) | Relevance; authenticity | 205 |
| 205. | 02926 | 4/30/91 | Third Floor Plan of Westy's in Milford, CT (A-6) | Relevance; authenticity | 206 |
| 206. | 02927 | 5/1/91 | Roof Plan of Westy's in Milford, CT (A-7) | Relevance; authenticity | 207 |
| 207. | 02935 | 5/1/91 | Stair Plans and Sections of Westy's in Milford, CT (A-16) | Relevance; authenticity | 208 |
| 208. | 02937 | 5/1/91 | Stair Plans and Sections of Westy's in Milford, CT (A-17) | Relevance; authenticity | 209 |
| 209. | 02930 | 5/6/91 | Building Section Plan of Westy's in Milford, CT (A-10) | Relevance; authenticity | 210 |
| 210. | 00081 – 00083 | 5/7/91 | Letter from A. Shaver, Esq. to Carlos Arredondo enclosing file stamped copy of Certificate of Incorporation of Westy's Connecticut, Inc. | No objections | 211 |
| 211. | 00084 – 00085 | 5/21/91 | Letter from Carlos Arredondo to Alan Shaver, Esq. enclosing check in the amount of $198.00 | No objections | 212 |
| 212. | 00086 | 6/4/91 | Memo from A. Shaver, Esq. to Carlos Arredondo re: trademark applications | No objections | 213 |
| 213. | 00385 | 6/17/91 | Amendment from Patent and Trademark Office re: description of services for Westy's Connecticut, Inc., Serial No. 74/147271 | No objections | 214 |