**SETTLEMENT CONFERENCE ORDER**

    A Settlement Conference is scheduled in this case before Judge Thomas P. Smith.  Requests to reschedule the conference, including requests for an earlier date, must be made by motion no later than fourteen (14) days prior to the conference.  Such motion shall set forth the position of opposing counsel.

    Counsel shall be accompanied by the appropriate persons with authority to settle, including insurance adjusters. See Nick v. Morgan's Foods, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000)(attached hereto).  Counsel are hereby **ORDERED** to advise their respective principles and insurance adjusters of the Nick decision.

    The parties shall submit ex parte statements not to exceed four (4) pages directly to Chambers Room 258, 450 Main Street, Hartford, CT 06103 no later than two (2) business days before the conference. The ex parte statements may also be faxed to 860-240-3587.  The ex parte statements shall address settlement negotiations to date as well as potential resolutions and the parties' confidential settlement positions.

    Counsel are also **ORDERED** to confer with the opposing party prior to the settlement conference to attempt to settle the case without judicial intervention.  The parties will exchange settlement demands within seven (7) days of the conference.

**SO ORDERED**

                                            /s/ Thomas P. Smith
                                            **Thomas P. Smith**
                                            **United States Magistrate Judge**