IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>      Plaintiff,<br><br>  v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: August 17, 2007 |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**

Plaintiff respectfully moves the Court for an extension of time to respond to Defendants' Motion for Leave to Amend Answer. In support of this Motion, Plaintiff shows the Court as follows:

1.    On July 27, 2007, Defendants filed a Motion for Leave to Amend Answer. Plaintiff's response to the motion is due on or before August 17, 2007.

2.    The parties are currently scheduled for a settlement conference before Judge Smith on October 30, 2007. The parties are hopeful that this matter can be resolved at or before the conference without need for further litigation between them.

- 2 -

3. Plaintiff requests that its time to respond to Defendants' motion be extended until ten days after the settlement conference, or until November 9, 2007, so that, in the intervening period, Plaintiff can focus its attention on attempts to settle and resolve this matter short of trial.

4. Defendants have been consulted and consent to the proposed extension.

5. Plaintiff has not previously requested an extension to the deadline for the filing of its response to Defendants' motion.

6. This request is not submitted for the purpose of delay, and the requested enlargement of time will not unduly delay the Court's judgment in this matter.

Accordingly, Plaintiff respectfully requests that the Court grant this motion and that the deadline for Plaintiff to respond to Defendants' Motion for Leave to Amend Answer be extended to and including November 9, 2007.

Respectfully submitted, this 17th day of August, 2007.

/s/ DAVID J. STEWART
MARTIN J. ELGISON (ct24759)
DAVID J. STEWART (ct24757)
JASON D. ROSENBERG (phv01770)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000; Fx (404) 881-7777

ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph  (203)327-1700; Fx  (203) 708-5647

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 17th day of August, 2007, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER** was served upon counsel for Defendants, by the manner indicated, addressed as follows:

>   Craig A. Raabe (First Class Mail)
>   ROBINSON & COLE LLP
>   280 Trumbull Street
>   Hartford, CT 06103

>                        /s David J. Stewart
>                        David J. Stewart