IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLOS A. ARREDONDO, in his capacity as Trustee of The 2000 Trust for the Grandchildren of Carlos A. Arredondo and Mari V. Arredondo, General Partner of Arredondo Properties Limited Partnership,<br><br>      Plaintiff,<br><br>  v.<br><br>CAESAR A. ARREDONDO, individually and in his capacity as Trustee of The 2000 Trust for the Grandchildren of Caesar A. Arredondo and Carolyn Abad Arredondo; THE 2000 TRUST FOR THE GRANDCHILDREN OF CAESAR A. ARREDONDO AND CAROLYN ABAD ARREDONDO, in its capacity as General Partner of Arredondo Properties Limited Partnership; and ARREDONDO & CO., LLC,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 3:02 CV 2200 (CFD)<br><br>Filed: December 13, 2007 |

**PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER**

Plaintiff respectfully moves the Court for an additional extension of time to respond to Defendants' Motion for Leave to Amend Answer. In support of this Motion, Plaintiff shows the Court as follows:

1. On July 27, 2007, Defendants filed a Motion for Leave to Amend Answer (Dkt. 115).

2. On August 17, 2007, Plaintiff filed a motion for extension of time (Dkt. 117) to respond to Defendants' Motion for Leave to Amend Answer so that it could focus its attention on the October 30, 2007 settlement conference. The Court granted Plaintiff's motion, allowing

- 2 -

Plaintiff until November 9, 2007 to respond to Defendants' Motion for Leave to Amend Answer. (Dkt. 118).

3. The October 30, 2007 settlement conference between the parties, mediated by Judge Smith, proved productive and the parties are currently working out the terms of a settlement.

4. Plaintiff filed a second motion for extension of time on November 7, 2007 (Dkt. 122) so that the parties could continue to focus on the terms of the settlement with the assistance of Judge Smith. The Court granted Plaintiff's motion (Dkt. 123), allowing Plaintiff until December 17, 2007 to respond to Defendants' Motion for Leave to Amend Answer.

5. Though the parties are working diligently to agree on settlement terms, a final agreement has not yet been reached.

6. To that end, the parties are planning to hold an additional settlement conference with Judge Smith, which is in the process of being scheduled.

7. Accordingly, the parties are hopeful that this matter can be resolved in the near future without need for further litigation between them.

8. Plaintiff requests that its time to respond to Defendants' motion be extended until February 15, 2008, so that, in the intervening period (60 days), the parties can continue to focus their attention on attempts to settle and resolve this matter short of trial.

9. Defendants have been consulted and consent to the proposed extension.

10. This request is not submitted for the purpose of delay, and the requested enlargement of time will not unduly delay the Court's judgment in this matter.

- 3 -

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and that the deadline for Plaintiff to respond to Defendants' Motion for Leave to Amend Answer be extended to and including February 15, 2008.

Respectfully submitted, this 13th day of December, 2007.

/s/ Jason D. Rosenberg

MARTIN J. ELGISON (ct24759)
DAVID J. STEWART (ct24757)
JASON D. ROSENBERG (phv01770)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Ph (404) 881-7000; Fx (404) 881-7777

ROBERT P. DOLIAN (ct04278)
CUMMINGS & LOCKWOOD LLC
Four Stamford Plaza, P.O. Box 120
Stamford, Connecticut 06904-0120
Ph  (203)327-1700; Fx  (203) 708-5647

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 13th day of December, 2007, a true and correct copy of the foregoing **PLAINTIFF'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER** was served upon counsel for Defendants through the CM/ECF system:

CRAIG A. RAABE
EDWARD HEATH
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

HUBERT J. SANTOS
Santos & Steeley, P.C.
51 Russ Street
Hartford, CT 06106
Phone: (860) 249-6548
hsantos@santos-seeley.net

DAVID M. KELLY, *pro hac vice*
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1300 I Street, NW
Washington, DC 20005-3315
Phone: (202) 408-4000
David.kelly@finnegan.com

/s/ Jason D. Rosenberg
_____
Jason D. Rosenberg

LEGAL01/13069431v1