Civil- (Dec-2008)

HONORABLE: DRONEY

DEPUTY CLERK Johnson   RPTR/ECRO/TAPE Marshal

TOTAL TIME: 1 hours 10 minutes

DATE: Mar. 10, 2010   START TIME: 10:00   END TIME: 11:10

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:02CV2200(CFD)

ARRENDONDO

vs

ARRENDONDO

Elgison
Plaintiff's Counsel

Kelley/Raab
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing   *Closing Argument*

☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..... _____ ☐ filed ☐ docketed
☐ ..... _____ ☐ filed ☐ docketed
☐ ..... _____ ☐ filed ☐ docketed
☐ ..... _____ ☐ filed ☐ docketed
☐ ..... _____ ☐ filed ☐ docketed
☐ ..... _____ ☐ filed ☐ docketed
☐ ..... _____ Hearing continued until _____ at _____